CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:19−mj−01031−LTW All Defendants

Case title: USA v. Taylor, et al.  
Other court case number: 19CRIM850 USDC, Southern District of New York

Date Filed: 11/26/2019  
Date Terminated: 11/26/2019

Assigned to: Magistrate Judge Linda T. Walker

**Defendant (1)**

**William Taylor**  
*TERMINATED: 11/26/2019*

represented by **William Taylor**  
400 Lafayette Circle  
Roswell, GA 30075  
PRO SE

**Jay Lester Strongwater**  
Strongwater & Associates, LLC  
One Midtown Plaza, Suite 910  
1360 Peachtree Street  
Atlanta, GA 30309  
404−872−1700  
Fax: 404−881−8040  
Email: jls@strongh2o.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES and 15:78(b) & 78ff SECURITIES FRAUD

Assigned to: Magistrate Judge Linda T. Walker

**Defendant (2)**

| | | |
|---|---|---|
| **Parker H. Petit**<br>*TERMINATED: 11/26/2019* | represented by | **Parker H. Petit**<br>1650 Cox Road<br>Roswell, GA 30075<br>770−650−2755<br>PRO SE |
| | | **Jay Lester Strongwater**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES and 15:78(b) & 78ff SECURITIES FRAUD | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Sekret T. Sneed**<br>Office of the United States Attorney−ATL600 |

Northern District of Georgia  
600 United States Courthouse  
75 Ted Turner Dr., S.W.  
Atlanta, GA 30303  
404–581–6000  
Fax: 404–581–6181  
Email: sekret.sneed@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/26/2019 | | | Arrest (Rule 40) of William Taylor, Parker H. Petit. (bdb) (Entered: 11/29/2019) |
| 11/26/2019 | 1 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Initial Appearance in Rule 5(c)(3) Proceedings as to William Taylor held on 11/26/2019. Defendant waives Identity Hearing. Waiver filed. Bond Hearing. Property Bond set at $500,000.00. Dft to return before 12/12/19 to satisfy the bond with property. Bond filed. Defendant released. (Attachments: # 1 Arrest Warrant) (Tape #FTR) (bdb) (Entered: 11/29/2019) |
| 11/26/2019 | 2 | | WAIVER of Rule 5 Identity Hearing by William Taylor. (bdb) (Entered: 11/29/2019) |
| 11/26/2019 | 3 | | Property Bond on Rule 5(c)(3) Entered as to William Taylor in amount of $ 500,000.00. (bdb) (Entered: 11/29/2019) |
| 11/26/2019 | 4 | | ORDER Setting Conditions of Release as to William Taylor. The defendant shall appear at JUDGE JED RACOFF, 500 Pearl St., #14–B on Wednesday, December 4, 2019 at 11:00 a.m. Signed by Magistrate Judge Linda T. Walker on 11/26/2019. (bdb) (Entered: 11/29/2019) |
| 11/26/2019 | 5 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Initial Appearance in Rule 5(c)(3) Proceedings as to Parker H. Petit held on 11/26/2019. Defendant waives Identity Hearing. Waiver filed. Bond Hearing. Property Bond set at $1,000,000.00. Dft to return before 12/12/19 to satisfy the bond with property. Bond filed. Defendant released. (Attachments: # 1 Arrest Warrant) (Tape #FTR) (bdb) (Entered: 11/29/2019) |
| 11/26/2019 | 6 | | WAIVER of Rule 5 Identity Hearings by Parker H. Petit. (bdb) (Entered: 11/29/2019) |
| 11/26/2019 | 7 | | Property Bond on Rule 5(c)(3) Entered as to Parker H. Petit in amount of $1,000,000.00. (bdb) (Entered: 11/29/2019) |
| 11/26/2019 | 8 | | ORDER Setting Conditions of Release as to Parker H. Petit. The defendant shall appear at JUDGE JED RACOFF, 500 Pearl St., #14–B, Wednesday, December 4, 2019 at 11:00 a.m. Signed by Magistrate Judge Linda T. Walker on 11/26/2019. (bdb) (Entered: 11/29/2019) |
| 11/26/2019 | | | Magistrate Case Closed. Defendant Parker H. Petit and William Taylor terminated. (bdb) (Entered: 11/29/2019) |
| 11/29/2019 | | | Transmittal of Rule 5(c)(3) Documents as to William Taylor, Parker H. Petit, sent |

|  |  |  | to USDC, Southern District of New York via electronic mail. Original case file with Bond and docket sheet. (bdb) (Entered: 11/29/2019) |

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**     FILED IN OPEN COURT

DATE: 11/26/2019 @ 2:33 pm
TAPE: FTR
TIME IN COURT: 37 minutes

MAGISTRATE JUDGE: LINDA T. WALKER     COURTROOM DEPUTY CLERK: Sonya Coggins
CASE NUMBER: 1:19-MJ-1031-LTW     DEFENDANT'S NAME: William Taylor
AUSA: Secret Sneed     DEFENDANT'S ATTY: Jay Strongwater
USPO / PTR: Steven Witherspoon     ( ) Retained   ( ) CJA   (X) FDP   ( ) Waived

\_\_\_ ARREST DATE _____

X Initial appearance hearing held.     \_\_\_ Defendant informed of rights.

\_\_\_ Interpreter sworn: _____

## COUNSEL

\_\_\_ ORDER appointing Federal Defender as counsel for defendant.
\_\_\_ ORDER appointing _____ as counsel for defendant.
\_\_\_ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

X Defendant WAIVES identity hearing.     X WAIVER FILED
\_\_\_ Identity hearing HELD. \_\_\_ Def is named def. in indictment/complaint; held for removal to other district.
\_\_\_ Defendant WAIVES preliminary hearing in this district only.     \_\_\_ WAIVER FILED
\_\_\_ Preliminary hearing HELD. \_\_\_ Probable cause found; def. held to District Court for removal to other district
\_\_\_ Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

\_\_\_ Government motion for detention filed. _____ @ _____
\_\_\_ Pretrial hearing set for _____ @ _____ ( ) In charging district.)
\_\_\_ Bond/Pretrial detention hearing held.
\_\_\_ Government motion for detention ( ) GRANTED ( ) DENIED
\_\_\_ Pretrial detention ordered. \_\_\_ Written order to follow.
X BOND set at 500,000.00     \_\_\_ NON-SURETY     \_\_\_ SURETY
    \_\_\_ cash     X property     \_\_\_ corporate surety ONLY
X SPECIAL CONDITIONS: Dft to return before 12/12/19 to satisfy the bond w property.

X Bond filed. Defendant released.
\_\_\_ Bond not executed. Defendant to remain in Marshal's custody.
\_\_\_ Motion ( \_\_\_ verbal) to reduce/revoke bond filed.
\_\_\_ Motion to reduce/revoke bond \_\_\_ GRANTED \_\_\_ DENIED
\_\_\_ See page 2

5

Mod AO 442 (09/13) Arrest Warrant — AUSA Name & Tel no: E. Imperatore, 212-637-2327; S. Hartman, 637-2357; D. Tracer, 637-2329

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

United States of America
v.
William Taylor

Defendant

Case No. **19 CRIM 850**

NDGA No: 1:19-MJ-1031-LTW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* William Taylor,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

-Conspiracy to Commit Securities Fraud, Making False SEC Filings, Improperly Influencing the Conduct of Audits ,18 U.S.C. s 371 (Count One)

-Securities Fraud, 15 U.S.C. ss 78j(b) & 78ff; 17 C.F.R. s 240.10b-5; 18 U.S.C. s 2 (Count Two)

Date: NOV 25 2019

*Issuing officer's signature*
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

City and state: New York, NY

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

Secret Sneed

6

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# UNITED STATES DISTRICT COURT

NOV 2 6 2019

James N. Hatten, Clerk
By: _____ Deputy Clerk

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

V.

__WILLIAM TAYLOR__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: __1:19-MJ-1031-LTW__

CHARGING DISTRICTS
CASE NUMBER: __19CRIM850__

I understand that charges are pending in the __SOUTHERN__ District of __NEW YORK__

alleging violation of __18:371 (COUNT ONE)__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

( ✓ ) preliminary hearing

( ✗ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.
_WCT_

_____
Defendant

__11/26/2019__
Date

_____
Defense Counsel

7

◎AO 98A (12/03) Includes Violations of Conditions of Release as well as non-appearance as grounds for forfeiture

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 2 6 2019

James N. Hatten, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA
V.

WILLIAM TAYLOR

_____
             Defendant

**APPEARANCE AND COMPLIANCE BOND**

Case     1:19-MJ-10310LTW

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __500,000.00 (PROPERTY)__ , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant, __WILLIAM TAYLOR__
                                                                                                (Name)
is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __11/26/2019__ at __75 Ted Turner Drive S.W. Atlanta, GA 30303__
                                       Date                                                                                Place

Defendant _/s/ William Taylor_ Address __Roswell, GA 30075__
                                                                                                                   **CITY, STATE, AND ZIP CODE ONLY**

Surety _____ Address _____

Surety _____ Address _____

Signed and acknowledged before me on __11/26/2019__
                                                                                               Date

_____
            Judge/Clerk

Approved _/s/ Linda T. Walker_
               Judge Officer

8

Case 1:19-cr-00850-JSR Document 12 Filed 12/03/19 Page 9 of 18
Case 1:19-mj-01031-LTW Document 4 Filed 11/26/19 Page 1 of 3

AO 199A    (Rev. 6/97) Order Setting Conditions of Release                                              Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

_____NORTHERN_____  **District of**  _____GEORGIA_____

United States of America

V.

WILLIAM TAYLOR

_____
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:   1:19-MJ-1031-LTW

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____JUDGE JED RACOFF_____
                                                                                                                    Place
_____500 PEARL ST., #14-B_____ on _____WEDNESDAY DECEMBER 4, 2019 AT 11:00 A.M._____
                                                                                   Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( X ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
FIVE HUNDRED THOUSAND _____ dollars ($ __500,000.00__ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

Case 1:19-cr-00850-JSR Document 12 Filed 12/03/19 Page 10 of 38
Case 1:19-mj-01031-LTW Document 4 Filed 11/26/19 Page 2 of 3
AO 199B (Rev. 03/09) Additional Conditions of Release       Page ____ of ____ Pages

# ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:
Person or organization _____
Address (only if above is an organization) _____
City and state _____ Tel. No. (only if above is an organization) _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____   _____
              Custodian or Proxy                        Date

DEFENDANT: WILLIAM TAYLOR

( X ) ( )  The defendant must:

( X ) (a) report to the U.S. PRETRIAL SERVICES, telephone number 404-215-1950, no later than 5:00 PM TODAY.

( X ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: 500,000.00 CO-SIGNED BY WIFE BY 12/12/2019 (PROPERTY BOND)

( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum _____.

( ) (d) execute a bail bond with solvent sureties in the amount of $ _____.

( ) (e) maintain or actively seek employment.

( ) (f) maintain or commence an education program.

( X ) (g) surrender any passport to: U. S. PRETRIAL SERVICES

( X ) (h) obtain no passport.

( X ) (i) abide by the following restrictions on personal association, place of abode, or travel: RESIDE AT THE ADDRESS PROVIDED TO U.S. PRETRIAL SERVICES AND **DO NOT** CHANGE ADDRESS W/O PRE-APPROVAL FROM THIS COURT.

( X ) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: _____

( ) (k) undergo medical or psychiatric treatment: _____

( ) (l) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____

( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( X ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons **TO INCLUDE AMMUNITION**.

( X ) (o) refrain from ( ) any ( X ) excessive use of alcohol.

( X ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

( ) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
    ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or
    ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

( ) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.
    ( ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.

    ( ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
    ( ) (ii) Radio Frequency (RF) monitoring;
    ( ) (iii) Passive Global Positioning Satellite (GPS) monitoring;
    ( ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
    ( ) (v) Voice Recognition monitoring.

( X ) (u) Defendant ORDERED to remain w/in the jurisdiction of the NDGA/SDNY/BOSTON, MA unless pre-approval from U.S. Pretrial Services is received.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

≊AO 199C   (Rev.12/03) Advice of Penalties . . .                                   Page 3 of 3 Pages

## Advice of Penalties and Sanctions

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 2 6 2019

James N. Hatten, Clerk
By: _____
      Deputy Clerk

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

 A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

 The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

 Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation.  It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

 If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

 A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

 I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

400 Lafayette Close
Address

Roswell      GA      30075
CITY/STATE/ZIP CODE     TELEPHONE

### Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: November 26, 2019

_____
Signature of Judicial Officer

U.S. Magistrate Judge
Name and Title of Judicial Officer

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**  FILED IN OPEN COURT

DATE: 11/26/2019 @ 2:33 pm
TAPE: FTR
TIME IN COURT: 37 minutes

| | |
|---|---|
| MAGISTRATE JUDGE: LINDA T. WALKER | COURTROOM DEPUTY CLERK: Sonya Coggins |
| CASE NUMBER: 1:19-MJ-1031-LTW | DEFENDANT'S NAME: Parker H. Petit |
| AUSA: Secret Sneed | DEFENDANT'S ATTY: Jay Strongwater |
| USPO / PTR: Steven Witherspoon | ( ) Retained  ( ) CJA  (X) FDP  ( ) Waived |

____ ARREST DATE _____

X  Initial appearance hearing held.           ____ Defendant informed of rights.

____ Interpreter sworn: _____

### COUNSEL

____ ORDER appointing Federal Defender as counsel for defendant.

____ ORDER appointing _____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

X  Defendant WAIVES identity hearing.                    X  WAIVER FILED

____ Identity hearing HELD. ____ Def is named def. in indictment/complaint; held for removal to other district.

____ Defendant WAIVES preliminary hearing in this district only.      ____ WAIVER FILED

____ Preliminary hearing HELD. ____ Probable cause found; def. held to District Court for removal to other district

____ Commitment issued.

### BOND/PRETRIAL DETENTION HEARING

____ Government motion for detention filed. _____ @ _____

____ Pretrial hearing set for _____ @ _____ ( ) In charging district.)

____ Bond/Pretrial detention hearing held.

____ Government motion for detention ( ) GRANTED ( ) DENIED

____ Pretrial detention ordered. ____ Written order to follow.

X  BOND set at  1,000,000.00    ____ NON-SURETY    ____ SURETY
                ____ cash    X  property    ____ corporate surety ONLY

X  SPECIAL CONDITIONS: Dft to return before 12/12/19 to satisfy the bond w property.

---

X  Bond filed. Defendant released.

____ Bond not executed. Defendant to remain in Marshal's custody.

____ Motion ( ____ verbal) to reduce/revoke bond filed.

____ Motion to reduce/revoke bond ____ GRANTED ____ DENIED

____ See page 2

Mod AO 442 (09/13) Arrest Warrant — AUSA Name & Tel No: E. Imperatore, 212-637-2327; S. Hartman, 637-2357; D. Tracer, 637-2329

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

United States of America
v.
Parker H. Petit

Defendant

Case No. **19 CRIM 850**

NDGA No: 1:19-MJ-1031-LTW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Parker H. Petit,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

-Conspiracy to Commit Securities Fraud, Making False SEC Filings, Improperly Influencing the Conduct of Audits, 18 U.S.C. s 371 (Count One)

-Securities Fraud, 15 U.S.C. ss 78j(b) & 78ff; 17 C.F.R. s 240.10b-5; 18 U.S.C. s 2 (Count Two)

Date: NOV 2 5 2019

_Issuing officer's signature_

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

City and state: New York, NY

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____

Date: _____

_Arresting officer's signature_

_Printed name and title_

13

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

NOV 2 6 2019

NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta
James N. Hatten, Clerk
Deputy Clerk

UNITED STATES OF AMERICA

V.

PARKER H. PETIT

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:19-MJ-1031-LTW

CHARGING DISTRICTS
CASE NUMBER: 19CRIM850

I understand that charges are pending in the SOUTHERN District of NEW YORK alleging violation of 18:371 (COUNT ONE) and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

(X) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

11/26/2019
Date

_____
Defense Counsel

14

◎AO 98A (12/03) Includes Nebbia hold condition and Certified check for release as well as court appearance as conditions for release.

# UNITED STATES DISTRICT COURT

NORTHERN District of GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta
NOV 2 6 2019
James N. Hatten, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
V.
PARKER PETIT

Defendant

**APPEARANCE AND COMPLIANCE BOND**

Case 1:19-MJ-10310LTW

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 1,000,000.00 (PROPERTY) , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant, PARKER PETIT
(Name)
is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 11/26/2019 at 75 Ted Turner Drive S.W. Atlanta, GA 30303
Date                                                   Place

Defendant _/s/ Parker H. Petit_ Address Roswell, GA 30075
                                        CITY, STATE, AND ZIP CODE ONLY
Surety _____ Address _____
Surety _____ Address _____

Signed and acknowledged before me on 11/26/2019
                                      Date
                                                    _____ Judge/Clerk

Approved _____
          Judge Officer

15

%AO 199A    (Rev. 6/97) Order Setting Conditions of Release      Page 1 of   3   Pages

# UNITED STATES DISTRICT COURT

    NORTHERN     **District of**     GEORGIA    

United States of America

V.

PARKER H. PETIT

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:    1:19-MJ-1031-LTW

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified)      JUDGE JED RACOFF     
                                                                                                                                                                                               Place

    500 PEARL ST., #14-B     on      WEDNESDAY DECEMBER 4, 2019 AT 11:00 A.M.     
                                                                                                                                                                                                             Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( X ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of     ONE MILLION     dollars ($  1,000.000.00  )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

Case 1:19-cr-00850-JSR Document 12 Filed 12/03/19 Page 17 of 18
Case 1:19-mj-01031-LTW Document 8 Filed 11/26/19 Page 2 of 3

AO 199B (Rev. 03/09) Additional Conditions of Release                                             Page _____ of _____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____  _____
*Custodian or Proxy*   *Date*

DEFENDANT: PARKER H. PETIT
( X ) ( ) The defendant must:
( X ) (a) report to the U.S. PRETRIAL SERVICES,
telephone number 404-215-1950, no later than 5:00 PM TODAY.
( X ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: 1,000,000.00 CO-SIGNED BY WIFE BY 12/12/2019 (PROPERTY BOND)
( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum _____
( ) (d) execute a bail bond with solvent sureties in the amount of $ _____ .
( ) (e) maintain or actively seek employment.
( ) (f) maintain or commence an education program.
( X ) (g) surrender any passport to: U. S. PRETRIAL SERVICES
( X ) (h) obtain no passport.
( X ) (i) abide by the following restrictions on personal association, place of abode, or travel: RESIDE AT THE ADDRESS PROVIDED TO U.S. PRETRIAL SERVICES AND **DO NOT** CHANGE ADDRESS W/O PRE-APPROVAL FROM THIS COURT.
( X ) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: _____
( ) (k) undergo medical or psychiatric treatment: _____
( ) (l) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____
( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( X ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons **TO INCLUDE AMMUNITION**.
( X ) (o) refrain from ( ) any ( X ) excessive use of alcohol.
( X ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.
( ) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
    ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or
    ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
( ) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.
    ( ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.

    ( ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
    ( ) (ii) Radio Frequency (RF) monitoring;
    ( ) (iii) Passive Global Positioning Satellite (GPS) monitoring;
    ( ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
    ( ) (v) Voice Recognition monitoring.
( X ) (u) Defendant ORDERED to remain w/in the jurisdiction of the NDGA/SDNY/WASH., DC unless pre-approval from U.S. Pretrial Services is received.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

≋AO 199C (Rev.12/03) Advice of Penalties . . .  Page __3__ of __3__ Pages

## Advice of Penalties and Sanctions

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 2 6 2019

James N. Hatten, Clerk
By: _____
Deputy

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

1650 COX ROAD
Address

ROSWELL, GA 30075  770)650-2785
CITY/STATE/ZIP CODE    TELEPHONE

### Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: November 26, 2019

_____
Signature of Judicial Officer

U.S. Magistrate Judge
Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

18