# EXHIBIT G



**AGENDA**

**Meeting of the Audit Committee of the Board of Directors**

**October 24, 2018**

**9:30 am – 12:00 pm EST**

**Board Room**

*Highly Confidential – Do Not Disseminate*

Confidential Treatment Requested by Ernst & Young LLP

EY-MDXG-CUST-JH-006243

*The following slide is excerpted from the original*

# Investigation and Related Fees – As of September 30, 2018

(000's Omitted)

| Supplier | Q1 2018 | Apr-18 | May-18 | Jun-18 | Q2 2018 | Jul-18 | | Aug-18 | | Sep-18 | | Q3 2018 | Oct-18 | Nov-18 | Dec-18 | Q4 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consulting - Public Company** | | | | | | | | | | | | | | | | | |
| KPMG | 606 | 802 | 800 | 446 | 2,050 | 467 | | 1,037 | | 935 | | 2,439 | 500 | 400 | 270 | 1,170 | 6,265 |
| K&S | 1,656 | 2,100 | 2,956 | 1,183 | 6,239 | 626 | | 832 | | 1,165 | | 2,623 | 800 | 600 | 450 | 1,850 | 12,368 |
| Davis Polk | - | - | 165 | 510 | 675 | 500 | [C] | 390 | [C] | (276) | [D] | 615 | 300 | 200 | 180 | 680 | 1,970 |
| Simpson Thatcher | - | - | 1,160 | 593 | 1,753 | 796 | | (332) | [C] | 34 | | 497 | 200 | 200 | 135 | 535 | 2,785 |
| Deloitte | - | - | - | 20 | 20 | 127 | | 496 | | 679 | | 1,302 | 700 | 700 | 630 | 2,030 | 3,352 |
| Total | 2,261 | 2,902 | 5,081 | 2,755 | 10,737 | 2,515 | | 2,424 | | 2,537 | | 7,475 | 2,500 | 2,100 | 1,665 | 6,265 | 26,739 |
| | | | | | | | | | | | | | | | | | |
| **Audit Fees [A]** | | | | | | | | | | | | | | | | | |
| EY | 430 | - | 495 | 871 | 1,366 | 358 | | 282 | | 149 | | 788 | 300 | 300 | 270 | 870 | 3,454 |
| CB | 40 | - | - | - | - | 12 | | 206 | | 83 | | 301 | 200 | 200 | 200 | 600 | 941 |
| Total | 470 | - | 495 | 871 | 1,366 | 370 | | 488 | | 232 | | 1,090 | 500 | 500 | 470 | 1,470 | 4,396 |
| | | | | | | | | | | | | | | | | | |
| **Litigation [B]** | | | | | | | | | | | | | | | | | |
| Sidley Austin | 246 | (49) | 314 | 841 | 1,105 | 718 | [C] | 1,047 | [C] | 1,286 | | 3,050 | 750 | 750 | 450 | 1,950 | 6,351 |
| Quinn Emanuel | - | - | - | - | - | - | | 1,029 | [C] | - | | 1,029 | - | - | - | - | 1,029 |
| Total | 246 | (49) | 314 | 841 | 1,105 | 718 | | 2,076 | | 1,286 | | 4,079 | 750 | 750 | 450 | 1,950 | 7,381 |
| | | | | | | | | | | | | | | | | | |
| **Overall Total** | 2,977 | 2,853 | 5,890 | 4,466 | 13,209 | 3,602 | | 4,988 | | 4,055 | | 12,644 | 3,750 | 3,350 | 2,585 | 9,685 | 38,515 |

[A] Investigation / restatement related only.
[B] Only includes invoices titled "SEC Investigation" / "VA OIG" / "SDNY DOJ"/ "SDFL USAO".
    Does not include "Audit Committee Issues" and "SEC Disclosure Advice" totaling $1.2m YTD 2018.
[C] Includes estimate based on prior month experience.
[D] Adjusted in Sep to exclude other matters, includes estimates.

*Down $1.5M from prior forecast*

10   10/23/2018   Company Confidential – UNAUDITED AND SUBJECT TO COMPLETION OF INVESTIGATION. Do Not Disseminate   MiMedx

Confidential Treatment Requested by Ernst & Young LLP

EY-MDXG-CUST-JH-006255