UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>PARKER H. PETIT and<br>WILLIAM TAYLOR<br><br>　　　　Defendants. | No. 19 Cr. 850 (JSR)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

　　　　PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated October 5, 2020, Defendant William Taylor will move this Court on a date and time to be designated by the Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting William Taylor's motion *in limine* #1: to exclude evidence relating to the MiMedx Audit Committee's investigation and findings in 2018 and 2019.

PLEASE TAKE FURTHER NOTICE, that pursuant to this Court's Individual Rule of Practice 9, answering papers, if any, shall be served on or before one week before trial, or October 19, 2020.

| | |
|---|---|
| Dated: Boston, Massachusetts<br>October 5, 2020 | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br><br> /s/ William Weinreb<br>William Weinreb<br>Michael Packard<br>111 Huntington Ave., Suite 520<br>Boston, MA 02199<br>Tel: (617) 712-7100<br>Fax: (617) 712-7200<br>billweinreb@quinnemanuel.com<br>michaelpackard@quinnemanuel.com<br><br>William Burck<br>Daniel Koffmann<br>51 Madison Avenue, 22nd Floor<br>New York, New York<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>williamburck@quinnemanuel.com<br>danielkoffmann@quinnemanuel.com<br><br>*Attorneys for Defendant William Taylor* |