UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>PARKER H. PETIT and<br>WILLIAM TAYLOR<br><br>Defendants. | No. 19 Cr. 850 (JSR)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the Declaration of Daniel Koffmann, dated October 9, 2020, Defendants Parker H. Petit and William Taylor will move this Court on a date and time to be designated by the Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting Mr. Petit's and Mr. Taylor's motion for an adjournment.

1

PLEASE TAKE FURTHER NOTICE, that pursuant to prior Order of the Court, answering papers, if any, shall be served on or before October 15, 2020, and reply papers, if any, shall be served on or before October 19, 2020.

Dated: October 9, 2020

| FRESHFIELDS BRUCKHAUS DERINGER US LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| /s/ Eric B. Bruce | /s/ William Weinreb |
| Eric B. Bruce<br>Jennifer B. Loeb<br>Altin H. Sila<br>700 13th Street, NW<br>10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4577<br>Eric.Bruce@freshfields.com<br>Jennifer.Loeb@freshfields.com<br>Altin.Sila@freshfields.com | William Weinreb<br>Michael Packard<br>111 Huntington Ave., Suite 520<br>Boston, MA 02199<br>Tel: (617) 712-7100<br>Fax: (617) 712-7200<br>billweinreb@quinnemanuel.com<br>michaelpackard@quinnemanuel.com |
| KOBRE & KIM LLP | William Burck<br>Daniel Koffmann<br>51 Madison Avenue, 22nd Floor<br>New York, New York<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>williamburck@quinnemanuel.com<br>danielkoffmann@quinnemanuel.com |
| Matthew I. Menchel<br>Amanda N. Tuminelli<br>800 Third Avenue<br>6th Floor<br>New York, NY 10022<br>Telephone: (212) 488-1200<br>matthew.menchel@kobrekim.com<br>amanda.tuminelli@kobrekim.com | *Attorneys for Defendant William Taylor* |
| *Attorneys for Parker H. Petit* | |