UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA                     :
                                             :
            – v. –                           :
                                             :           19 Cr. 850 (JSR)
PARKER H. PETIT and WILLIAM TAYLOR,          :
                                             :
            Defendants.                      :
------------------------------------------------------------ x

## NOTICE OF DEFENDANTS PARKER H. PETIT AND WILLIAM TAYLOR'S JOINT MOTION TO COMPEL CLARIFICATION OF PRIOR WITNESS STATEMENTS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and supporting exhibits, Defendants respectfully request that the Court compel the Government to provide Defendants with explanations, context, and other additional information, including author information and corresponding Bates numbers for referenced documents, concerning its 3500 production sufficient for Defendants to understand the meaning of the produced material.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated: October 13, 2020

/s/ Eric B. Bruce
Eric B. Bruce
Jennifer B. Loeb
Altin H. Sila
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Email: Eric.Bruce@freshfields.com
Email: Jennifer.Loeb@freshfields.com
Email: Altin.Sila@freshfields.com

Matthew I. Menchel
Amanda N. Tuminelli
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022
Telephone: (212) 488-1200
Email: Matthew.Menchel@kobrekim.com
Email: Amanda.Tuminelli@kobrekim.com

*Attorneys for Parker H. Petit*

/s/ William D. Weinreb
William D. Weinreb
Michael T. Packard
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave., Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Email: Billweinreb@quinnemanuel.com
Email: Michaelpackard@quinnemanuel.com

William A. Burck
Daniel Koffmann
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: Williamburck@quinnemanuel.com
Email: Danielkoffmann@quinnemanuel.com

*Attorneys for William Taylor*