# EXHIBIT A

Hartman

Jason Mitchell

John Del Giudice

10/19/2020

Joseph Docter

NYC Pensions

4 different accounts, summing to about $10-12 million, when started in 2012, $20 million in 2017.

- Fire, Police, Teachers, Employees
- Funds themselves were headquartered in Lower Manhattan, 1 Center Street, NYC Municipal Bld

3535-005
Doctor, Joe