UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>PARKER H. PETIT and<br>WILLIAM TAYLOR<br><br>Defendants. | No. 19 Cr. 850 (JSR)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated October 22, 2020, Defendants Parker H. Petit and William Taylor will move this Court on a date and time to be designated by the Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting Mr. Petit's and Mr. Taylor's motion to quash the government's Rule 17(c) subpoena *duces tecum* to their expert witness, Jason Flemmons.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Criminal Rule 49.1(b), answering papers, if any, shall be served on or before November 5, 2020, and reply papers, if any,

shall be served on or before November 12, 2020.

Dated:  October 22, 2020

| FRESHFIELDS BRUCKHAUS DERINGER US LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| /s/ Eric B. Bruce | /s/ William Weinreb |
| Eric B. Bruce<br>Jennifer B. Loeb<br>Altin H. Sila<br>700 13th Street, NW<br>10th Floor<br>Washington, DC 20005<br>Telephone: (202) 777-4577<br>Eric.Bruce@freshfields.com<br>Jennifer.Loeb@freshfields.com<br>Altin.Sila@freshfields.com | William Weinreb<br>Michael Packard<br>111 Huntington Ave., Suite 520<br>Boston, MA 02199<br>Tel: (617) 712-7100<br>Fax: (617) 712-7200<br>billweinreb@quinnemanuel.com<br>michaelpackard@quinnemanuel.com |
| KOBRE & KIM LLP | William Burck<br>Daniel Koffmann<br>51 Madison Avenue, 22nd Floor<br>New York, New York<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>williamburck@quinnemanuel.com<br>danielkoffmann@quinnemanuel.com |
| Matthew I. Menchel<br>Amanda N. Tuminelli<br>800 Third Avenue<br>6th Floor<br>New York, NY 10022<br>Telephone:  (212) 488-1200<br>matthew.menchel@kobrekim.com<br>amanda.tuminelli@kobrekim.com | *Attorneys for Defendant William Taylor* |
| *Attorneys for Parker H. Petit* | |