UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

      v.

PARKER H. PETIT and
WILLIAM TAYLOR,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 19 Cr. 850 (JSR)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of Kathleen Marini for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that Applicant is a member in good standing of the bar of the Commonwealth of Massachusetts and that Applicant's contact information is as follows:

Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
Email: kathleenmarini@quinnemanuel.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant William Taylor in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _10/23/_, 2020

_____
Honorable Judge Jed S. Rakoff
United States District Judge