UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>PARKER H. PETIT and<br>WILLIAM TAYLOR<br><br>Defendants. | No. 19 Cr. 850 (JSR)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, the undersigned will move this Court on a date and time to be designated by the Court, before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, for a judgment of acquittal of William Taylor under Rule 29 of the Federal Rules of Criminal Procedure, or, in the alternative, an order granting a new trial under Rule 33 of the Federal Rules of Criminal Procedure.

PLEASE TAKE FURTHER NOTICE, that by prior order of the Court, the government's opposition, if any, is due by January 22, 2021, and Mr. Taylor's reply, if any, is due by January 29, 2021.

Dated: January 8, 2021
       Boston, Massachusetts

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

/s/ William D. Weinreb
William D. Weinreb
Michael T Packard
111 Huntington Ave., Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
billweinreb@quinnemanuel.com
michaelpackard@quinnemanuel.com

William A. Burck
Daniel R. Koffmann
51 Madison Avenue, 22nd Floor
New York, New York
Tel: (212) 849-7000
Fax: (212) 849-7100
williamburck@quinnemanuel.com
danielkoffmann@quinnemanuel.com

*Attorneys for William Taylor*