

**Exhibit 1**
**MiMedx Group Inc. Closing Stock Price and Trading Volume: 4/25/2013 - 3/18/2020**
*Source: Bloomberg*



**Exhibit 2A**
**Restated Revenue and Revenue Overstatement in $1,000's**
*Source: MiMedx Form 10-K filed March 17, 2020*



**Exhibit 2B**
**Revenue Overstatement as a Share of Previously Reported Revenue**
*Source: MiMedx Form 10-K filed March 17, 2020*



Exhibit 2C
Total Revenue Overstatement and $8.26 Million 2015 Fraudulent Revenue Inflation Proven at Trial in $1,000's
Source: MiMedx Form 10-K filed March 17, 2020, Trial Exhibit GX-0050

# Exhibit 3
## Allocation of $5.62 Price Drop Across Restated Periods
## January 1, 2014 - September 30, 2017

*Source: MiMedx Form 10-K filed March 17, 2020, pages 55 and F-49, Trial Exhibit GX-0050, Event Study Analysis*

|  | [1] | [2] | [3] | [4] | [5] = [4] / 70,744 | [6] = [5] x $5.62 | [7] | [8] | [9] = [7] x ([8] / [3]) |
|---|---|---|---|---|---|---|---|---|---|
|  | **Net Sales, thousands (Revenue)** | | | **Calculation of Incremental Price Inflation Due to Restatement** | | | | **Value of Fraud per Share** | |
| Reported Period | Previously Reported | Restated | Revenue Overstatement | Cumulative Net Sales Adjustment (thousands) | Cumulative Net Sales Adjustment, % of Total | Cumulative Price Inflation Per Share as of Reporting Day | Incremental Price Inflation as of Period Reporting Day | Fraudulent Revenue Recognition (thousands) | Incremental Price Inflation per Share Due to Fraud (rounded down to $0.01) |
| 2014 | $118,223 | $105,257 | $12,966 | $12,966 | 18.3% | $1.03 | $1.03 | $0 | $0.00 |
| 2015 | $187,296 | $153,131 | $34,165 | $47,131 | 66.6% | $3.75 | $2.72 | $8,262 | $0.65 |
| 2016 | $245,015 | $221,712 | $23,303 | $70,434 | 99.6% | $5.60 | $1.85 | $0 | $0.00 |
| Q1-Q3 2017 | $233,592 | $233,282 | $310 | $70,744 | 100.0% | $5.62 | $0.02 | $0 | $0.00 |

**Exhibit 4**
**Institutional Holdings of MiMedx Common Stock**
**December 31, 2015 - March 31, 2018**

*Source: FactSet, Bloomberg*

|  | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Institution | 12/31/2015 | 3/31/2016 | 6/30/2016 | 9/30/2016 | 12/31/2016 | 3/31/2017 | 6/30/2017 | 9/30/2017 | 12/31/2017 | 3/31/2018 |
| 1 | Wellington Management Co. LLP | 123,762 | 123,762 | 45,762 | 1,435,500 | 1,446,718 | 2,215,575 | 5,770,972 | 5,890,200 | 7,276,445 | 7,222,769 |
| 2 | SSgA Funds Management, Inc. | 3,248,487 | 2,833,963 | 2,870,698 | 2,831,300 | 3,046,408 | 3,249,802 | 3,960,317 | 4,967,268 | 7,923,216 | 11,113,931 |
| 3 | Consonance Capital Management LP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,990,682 | 0 |
| 4 | The Vanguard Group, Inc. | 4,222,145 | 4,286,254 | 4,524,831 | 4,641,000 | 4,810,205 | 4,880,996 | 5,453,905 | 7,349,450 | 7,731,600 | 8,371,554 |
| 5 | BlackRock Fund Advisors | 9,091,734 | 8,961,702 | 8,969,233 | 9,446,329 | 10,534,088 | 11,270,579 | 11,332,071 | 12,213,557 | 12,399,364 | 12,564,598 |
| 6 | Millennium Management LLC | 90,462 | 0 | 370,531 | 178,114 | 73,634 | 16,603 | 494,038 | 1,967,244 | 2,193,907 | 1,480,159 |
| 7 | CIBC Private Wealth Advisors, Inc. | 0 | 0 | 1,481,531 | 1,481,531 | 1,481,531 | 1,431,045 | 1,452,474 | 1,490,411 | 1,486,496 | 1,473,474 |
| 8 | Tiedemann Advisors LLC | 0 | 0 | 0 | 1,769,455 | 44,429 | 1,786,342 | 1,576,756 | 45,672 | 1,452,418 | 1,452,418 |
| 9 | Morgan Stanley & Co. LLC | 80,966 | 349,152 | 208,594 | 57,362 | 338,662 | 269,353 | 276,129 | 1,389,507 | 2,225,996 | 228,887 |
| 10 | Balyasny Asset Management LP | 12,760 | 14,700 | 0 | 0 | 0 | 0 | 0 | 0 | 1,780,000 | 131,450 |
| 11 | Credit Suisse Securities (USA) LLC (Broker) | 52,629 | 85,744 | 96,815 | 138,316 | 133,586 | 153,040 | 94,961 | 142,340 | 813,777 | 2,429,829 |
| 12 | Norges Bank Investment Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,209,183 | 1,209,183 |
| 13 | Manulife Investment Management (US) LLC | 343,603 | 284,192 | 41,666 | 41,019 | 168,034 | 1,643,411 | 1,036,106 | 40,447 | 1,365,269 | 1,423,823 |
| 14 | Arrowstreet Capital LP | 0 | 0 | 0 | 0 | 0 | 0 | 10,500 | 272,800 | 633,517 | 1,726,555 |
| 15 | Senzar Asset Management LLC | 0 | 0 | 0 | 1,538,456 | 1,245,550 | 1,692,850 | 0 | 0 | 726,300 | 902,100 |
| 16 | QMA LLC | 230,800 | 235,600 | 241,220 | 178,880 | 171,230 | 172,940 | 187,520 | 966,750 | 910,440 | 687,710 |
| 17 | Disciplined Growth Investors, Inc. | 0 | 187,525 | 688,300 | 677,825 | 732,825 | 727,225 | 726,225 | 694,050 | 714,361 | 713,706 |
| 18 | Thrivent Asset Management LLC | 42,200 | 44,540 | 48,840 | 52,030 | 53,920 | 56,680 | 61,600 | 371,150 | 631,664 | 459,124 |
| 19 | LahiTapiola Varainhoito Oy | 0 | 0 | 554,634 | 554,634 | 689,634 | 689,634 | 689,634 | 509,634 | 509,634 | 509,634 |
| 20 | Allianz Global Investors GmbH | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 470,447 | 442,652 |
|  | Other Institutions* | 28,995,552 | 29,079,172 | 31,363,208 | 32,409,801 | 33,463,001 | 32,876,886 | 35,543,736 | 39,282,288 | 31,839,037 | 32,629,504 |
|  | Total | 46,535,100 | 46,486,306 | 51,505,863 | 57,431,552 | 58,433,455 | 63,132,961 | 68,666,944 | 77,592,768 | 90,283,753 | 87,173,060 |
|  | Shares Outstanding | 108,962,000 | 107,810,000 | 109,548,000 | 110,042,000 | 109,515,000 | 108,841,000 | 110,871,000 | 112,470,000 | 111,035,000 | 111,035,000 |
|  | *Institutional Holdings as a % of Shares Outstanding* | *42.7%* | *43.1%* | *47.0%* | *52.2%* | *53.4%* | *58.0%* | *61.9%* | *69.0%* | *81.3%* | *78.5%* |

## Exhibit 5
## MiMedx Group, Inc. Institutional Shareholder Harm
### Share Activity 2/23/2016 - 2/20/2018

*Source: FactSet, Bloomberg*

|  | [1] | [2] | [3] | [4]=[2]-[3] | [5]=[4]×$0.65 |
|---|---|---|---|---|---|
|  | **Institution** | **Estimate of Shares Purchased** | **Estimate of Shares Sold** | **Estimate of Net Shares Purchased** | **Harm** |
| 1 | Wellington Management Co. LLP | 7,230,683 | 94,573 | 7,136,110 | $4,638,471 |
| 2 | SSgA Funds Management, Inc. | 6,113,841 | 199,423 | 5,914,419 | $3,844,372 |
| 3 | Consonance Capital Management LP | 5,990,682 | 1,849,730 | 4,140,952 | $2,691,619 |
| 4 | The Vanguard Group, Inc. | 3,667,692 | 0 | 3,667,692 | $2,384,000 |
| 5 | BlackRock Fund Advisors | 3,488,681 | 50,198 | 3,438,483 | $2,235,014 |
| 6 | Millennium Management LLC | 2,547,835 | 609,233 | 1,938,602 | $1,260,091 |
| 7 | CIBC Private Wealth Advisors, Inc. | 1,540,897 | 58,422 | 1,482,475 | $963,609 |
| 8 | Tiedemann Advisors LLC | 4,918,114 | 3,465,696 | 1,452,418 | $944,072 |
| 9 | Morgan Stanley & Co. LLC | 2,341,475 | 977,742 | 1,363,733 | $886,426 |
| 10 | Balyasny Asset Management LP | 1,780,749 | 523,719 | 1,257,030 | $817,069 |
| 11 | Credit Suisse Securities (USA) LLC (Broker) | 1,302,611 | 62,809 | 1,239,802 | $805,871 |
| 12 | Norges Bank Investment Management | 1,209,183 | 0 | 1,209,183 | $785,969 |
| 13 | Manulife Investment Management (US) LLC | 2,945,294 | 1,869,072 | 1,076,221 | $699,544 |
| 14 | Arrowstreet Capital LP | 971,012 | 0 | 971,012 | $631,158 |
| 15 | Senzar Asset Management LLC | 2,766,337 | 1,985,756 | 780,581 | $507,378 |
| 16 | QMA LLC | 802,993 | 195,072 | 607,921 | $395,149 |
| 17 | Disciplined Growth Investors, Inc. | 648,479 | 49,452 | 599,027 | $389,367 |
| 18 | Thrivent Asset Management LLC | 588,027 | 53,275 | 534,753 | $347,589 |
| 19 | LahiTapiola Varainhoito Oy | 689,634 | 180,000 | 509,634 | $331,262 |
| 20 | Allianz Global Investors GmbH | 470,447 | 8,582 | 461,865 | $300,212 |
|  | Other Institutions |  |  | 13,451,127 | $8,743,233 |
|  | **Total** | **52,014,666** | **12,232,755** | **53,233,039** | **$34,601,475** |