**ARTUR MINKIN**
33 Arch St, Boston, MA 01742
617 573 4572
minkina@sec.gov

---
QUALIFICATIONS

---

**Economist**

Seventeen years of experience with economic, financial, econometric, and statistical modeling. Primary fields of expertise include applied economics and econometrics. Experience in managing teams to provide litigation support, conducting research, consulting business clients, conducting analysis of large data sets.

---
EDUCATION

---

**Ph.D., Economics, University of Wisconsin-Madison, August 2003**
**M.A., Economics, New Economic School, Moscow, Russia, July 1997**
**Diplom, Mathematics, Moscow State University, Moscow, Russia, June 1994**

---
PROFESSIONAL EXPERIENCE

---

June 2013-Present

**Financial Economist,** *Division of Economic and Risk Analysis*
*US Securities and Exchange Commission,* Boston, MA

- Case work at the SEC:
  - Event studies to measure effects of manipulation and impact of news on stock prices
  - Insider trading investigations, including Rule 105 violations
  - Investigations of preferential trade allocation ("cherry picking")
  - Investigations of securities markets manipulations such as front-running, layering, and spoofing
  - Calculation of damages due to fraud; analysis of suitability of certain methods of damage calculations
  - Calculation of ill-gotten gains
  - Review of fair fund distributions - advising on economic theory of harm and measurement of harm, analysis of allocation plans
  - Share class selection and recommendation – analysis of avoidable 12b-1 fees charged to clients when lower fee share classes of mutual funds are available

**Senior Economist**   March 2009-May 2013
*Advanced Analytical Consulting Group,* Boston, MA

- Managed projects, prepared expert reports, wrote new project proposals, led client meetings and presentations, mentored and managed junior staff. Evaluated the performance of junior staff and established criteria for performance evaluations.
- Selected Engagements:
  - Managed a team retained by the SEC to analyze the value of portfolio investments of a publicly traded company. Measured the stock price impact of disclosures of declining value of the investments.
  - In a copyright infringement dispute involving business software updates, supervised a team that provided economic and statistical analyses that resulted in the largest copyright infringement jury award to a plaintiff.
  - In a labor discrimination litigation, my work on a Fair Labor Standards Act spotlighted challenges and pitfalls of using statistical sampling in wage and hour litigation.
  - Managed a team that devised a new and successful pricing strategy for a major international beverage manufacturer.
  - Co-managed a small team that designed a rewards program for a financial services company.

- Led a team modeling rewards program performance for a rewards management public company.

**Manager**  August 2003-March 2009
*Deloitte & Touche LLP*, Economic and Statistical Consulting Group, Boston, MA

- Managed expert reports, supervised the work on large and complex data sets, accounting data for large corporations, Medicare expenses data, and telecommunication data.
- Selected Engagements:
  - Managed a project with an outside expert working for the SEC in an investigation of a registered broker-dealer engaged in a fraudulent scheme designed to conceal from the institutional customers the manner in which their orders were executed.
  - Managed a project providing data analytic support in a large market-timing case investigated by the SEC and the NY State Attorney General's Office.
  - As part of a billing dispute, calculated the amount by which a non-profit hospital chain may have over-billed Medicare.
  - In an insurance claim dispute, provided analytical and statistical support for several defendant insurance companies in multiple "residual value insurance" cases.
  - In an antitrust dispute, managed a project to provide testimony for the defense refuting plaintiffs' claims that ten of the world's leading modeling agencies charged their model clients above-competitive commission rates.
  - Managed a project to provide performance reports filed by telecommunication companies with state and federal regulators to assure competition and equal access in local markets.

**Research Assistant**  June 1998-June 2003
*Social Science Research Institute*, University of Wisconsin, Madison, WI

- Assisted University of Wisconsin-Madison Economics Department faculty with academic research. Conducted economic research for publication, prepared literature reviews, programmed econometric estimation methods.
- Served as Network Administrator for the MacArthur Foundation Research Network on Inequality and Social Interactions.

**Referee**  June 1998-June 2003
*Economics Department*, University of Wisconsin, Madison, WI

- Journal of Applied Econometrics
- Journal of Money, Credit and Banking

**Papers, Publications & Presentations**

- Artur Minkin, "EDD Showcase: Don't Be Deceived" (joint with Daniel Mosher), Law Technology News, Vol. 15 No. 8, p. 28, August 2008.
- Artur Minkin, "Heterogeneous Social Interactions Models", Simon Fraser University, January 2003.
- Artur Minkin, "The Local Solow Growth Model" (joint with S. Durlauf and A. Kourtellos), European Economic Review, Vol. 45 (4-6) pp. 928-940.