# EXHIBIT 1

# EXPERT REPORT OF DR. ATANU SAHA

February 12, 2021

In Re: *United States v. Petit & Taylor*, 19-cr-850 (JSR) (S.D.N.Y.)

## Table of Contents

I.    INTRODUCTION ................................................................................................. 3

   A. QUALIFICATIONS ............................................................................................ 3

   B. CASE BACKGROUND AND ASSIGNMENT ....................................................... 4

   C. INFORMATION RELIED ON ............................................................................ 4

   D. DR. MINKIN'S ANALYSIS .............................................................................. 4

   E. SUMMARY OF CONCLUSIONS ........................................................................ 5

II.   ANALYSIS ......................................................................................................... 9

   A. THE REVENUE IMPACT OF THE CONDUCT AT ISSUE .................................... 9

   B. REVENUE-RELATED NEWS AND STOCK PRICE REACTION ........................ 12

      *Methodology for the Event-study Analysis* ............................................... 12

      *MiMedx Price Response on Revenue Announcement Days in 2013-17* ................................. 13

      *Studies on the Absence of a Relationship Between Guidance and Returns* .......................... 17

      *Shareholders' Response to MiMedx's Q1 2016 Revenue Guidance Miss* .............................. 19

      *Shareholders' Response to MiMedx Stock Drops in the 2013-17 Period* .............................. 21

   C. THE FACTORS CONTRIBUTING TO THE PRICE DROP ON FEBRUARY 20, 2018 ..................... 23

      *Limitations of Event Study Analyses When There are Confounding Pieces of News* ........... 23

      *News Announcements on February 20, 2018* .......................................... 24

      *Analysts' Commentaries Regarding February 20, 2018 Announcements* .............................. 25

      *Short Sellers' Negative Commentaries on MiMedx* .................................. 27

      *Massive Short Interest and Its Effects* .................................................. 31

   D. DR. MINKIN CHOSE THE INCORRECT DISCLOSURE DAY ............................ 35

   E. EFFECT OF CHOOSING THE APPROPRIATE DISCLOSURE DAY .................... 35

   F. A SUMMARY OF MR. PETIT AND MR. TAYLOR'S GAINS ............................ 38

   APPENDICES ..................................................................................................... 39

# I.   INTRODUCTION

## A.   QUALIFICATIONS

I am a Partner at StoneTurn Group, LLP ("StoneTurn") an international economic research and consulting firm.  I have over 25 years of experience in the application of economics and finance to complex business issues.  I have served as an expert witness in matters involving securities fraud, market manipulation, ERISA and 10b-5 claims, and my research on event-study analysis and loss causation issues has been cited by the U.S. Court of Appeals for the 11th Circuit.

I have provided expert testimony in numerous prior engagements for both plaintiffs and defendants, wherein I have undertaken economic analyses in a variety of industries.  My testimony has been accepted in State and Federal Courts, Delaware Chancery, AAA, and in international arbitration venues.  In many prior engagements, in computing damages and shareholder losses, I have undertaken event-study analysis.

I am the author of nearly 50 peer-reviewed journal articles on a wide range of topics, including securities pricing and limitations of event-studies in the presence of confounding information.  My financial research has been cited in scores of publications, including *The Wall Street Journal*, *The Economist*, and *The New York Times*.  I am a recipient of the Graham and Dodd Award, which recognizes excellence in financial research.

Prior to joining StoneTurn, I held senior positions at a number of economic consulting firms, including Analysis Group and Compass Lexecon.  Earlier in my career, I cofounded Data Science Partners, an economic consulting firm specializing in data analytics.  Additionally, I was a tenure-track professor for four years at Texas A&M University, where I taught Ph.D.-level courses in econometrics and applied economics.  I hold a Ph.D. from the University of California, Davis, with applied economics and econometrics as my fields of specialization.  My curriculum vitae, including a list of cases in which I have testified as an expert witness at trial or by deposition, is attached as Appendix A to this report.

3

**B.    CASE BACKGROUND AND ASSIGNMENT**

Parker H. Petit ("Mr. Petit") and William Taylor ("Mr. Taylor") are former executives of MiMedx Group Inc. ("MiMedx"), a publicly traded company.  On November 19, 2020, a jury found Mr. Taylor guilty of conspiracy and Mr. Petit guilty of securities fraud; they were acquitted of other charges.  I have been asked by counsel for Mr. Petit and Mr. Taylor to:

(a) critically review the Expert Report of Dr. Artur Minkin dated February 9, 2021 ("Dr. Minkin's Report");

(b) estimate the loss, if any, to MiMedx shareholders from the inflated revenue in 2015;

(c) review and summarize the evidence proffered at trial regarding the gains realized by Mr. Petit and Mr. Taylor from cash bonuses received as a result of the inflated revenue.

**C.    INFORMATION RELIED ON**

In undertaking the foregoing assignments, I have relied on my education, training, and professional experience; additionally, I and others working under my supervision, have reviewed and analyzed information from a variety of sources, including documents produced in discovery in this matter.  My report also relies on information obtained through independent research, industry reports, companies' websites, peer-reviewed articles, and other publicly available sources. The information relied on for this report is listed in Appendix B.

StoneTurn is being compensated for my time, as well as for the time of others who have assisted me.  StoneTurn's compensation is not dependent on the outcome of this matter.

**D.    DR. MINKIN'S ANALYSIS**

Dr. Minkin's analysis to estimate shareholder loss can be summarized as follows:

- Dr. Minkin uses an event study analysis to compute a market and industry adjusted price drop of MiMedx's stock on February 20, 2018; he finds this price drop to be $5.62. [Dr. Minkin's Report, page 3, paragraph 9]

4

- To allocate the portion of the $5.62 price drop attributable to the conduct at issue, Dr. Minkin first takes the ratio of MiMedx's revenue inflation at issue of $8.26M to the total revenue inflation of $70.7M for the years 2014-2017; this ratio is 11.7%.  He then opines that 11.7% of the price drop on February 20, 2018 is attributable to the conduct at issue and arrives at a per share loss figure of $0.65 (=11.7% of $5.62). [Dr. Minkin's Report, Exhibit 3]

- Finally, Dr. Minkin multiplies this per-share loss of $0.65 by the total net purchases of MiMedx stock by institutional shareholders between 2016 and 2018 (53.2M shares) to arrive at the aggregate shareholder harm figure of $34.6 M (=$0.65×53.2M). [Dr. Minkin's Report, Exhibit 5]

E.   SUMMARY OF CONCLUSIONS

1. There are three key problems with Dr. Minkin's analysis.  First, he incorrectly assumes a one-to-one relationship between revenue inflation and MiMedx's share price inflation.  Second, Dr. Minkin fails to account for the confounding factors that contributed to MiMedx's stock price drop on February 20, 2018, which he uses as the relevant disclosure date.  Third, Dr. Minkin chooses the incorrect date for the relevant corrective disclosure.  I elaborate on each of these problems below.

2. Dr. Minkin's apportionment of MiMedx's price drop on February 20, 2018 to the revenue inflation at issue hinges on a key assumption: that there is a positive and one-to-one relationship between stock price inflation and revenue inflation; in other words, a certain percentage increase (or decrease) in revenue translates to the corresponding percentage increase (or decrease) in share prices.  My analysis of MiMedx's stock price response on various revenue announcement days suggests that this assumption is demonstrably false.  Using an event study analysis for MiMedx's stock, I show that not only is the relationship between revenue-related events and stock price not one-to-one but the relationship, on average, is negative.  In other words, positive revenue news is generally accompanied by negative price reaction (after controlling for market and

5

industry effects).   Specifically, in more than 68% of the quarterly revenue announcement days (within the five-year period, 2013-2017), the direction of MiMedx's price movement is inconsistent with the direction of revenue news.  The inconsistency reaches 79% of the revenue-related event days if one were to consider only the subset of days with statistically significant price moves.  Absence of a positive association between revenue-related events and price reaction is not unique to MiMedx's stock; this phenomenon is well documented for numerous publicly traded companies in various academic studies.  Thus, Dr. Minkin's key assumption that the revenue inflation in 2015 led to a commensurate inflation in MiMedx's stock price is unfounded.  Not surprisingly, Dr. Minkin does not cite any academic study nor does he undertake any empirical analysis to support this critical assumption for his shareholder loss analysis.

3.  In using MiMedx's stock price loss on February 20, 2018, Dr. Minkin fails to account for the various factors that contributed to the price drop that day.  One such key factor was that day's announcement-induced elevated uncertainty about the company's viability and overall revenue.  It is important to note, on that day neither the revenue inflation of $8.26M for 2015 nor the $70.7M inflation for 2014-17 was announced; the only pieces of news that were released by MiMedx on that day were that it was postponing the release of its 2017 financials and that the "Audit Committee of MiMedx's Board of Directors has engaged independent legal and accounting advisers to conduct an internal investigation into current and prior-period matters relating to allegations regarding certain sales and distribution practices."[1]   This disclosure provided little clarity to the marketplace; instead it created considerable uncertainty about MiMedx's viability as an ongoing business, especially in light of the persistent negative commentaries by short-sellers in the preceding years, which essentially characterized MiMedx as a house of cards, with little or no real revenue.  In fact, one

---

[1] MiMedx Press Release, "MiMedx Postpones Release of its Fourth Quarter and Fiscal Year 2017 Financial Results," PR Newswire, February 20, 2018, https://www.prnewswire.com/news-releases/mimedx-postpones-release-of-its-fourth-quarter-and-fiscal-year-2017-financial-results-300601124.html.

6

influential short seller wrote on September 20, 2017: "**Viceroy believes MiMedx is valued at $0.**"[2]  The market's uncertainty about MiMedx's business was evidenced by analyst community's commentaries in the period soon after the February 20, 2018 announcement.  It was also reflected in MiMedx's market cap loss on that single-day: it exceeded MiMedx's entire revenue for the years 2016-2017, which suggests that the stock market was skeptical about the existence of any meaningful revenue for the company.  When this uncertainty was resolved by the restated revenue announcement on March 17, 2020, MiMedx's share prices rebounded, gaining nearly 120% by year-end.  In fact, by December 2020, MiMedx was trading at prices *higher* than the average price during the period at issue, i.e., Q2-Q4 of 2015.

4. As noted above, MiMedx's share price drop on February 20, 2018 was greatly accentuated by negative short-selling commentaries in the period leading up to it.  The short sellers' commentaries touched upon various topics beyond the conduct at issue, including MiMedx's relationship with AvKARE (a MiMedx distributor not at issue), conduct of MiMedx employees, the company's regulatory, compliance, and legal issues, etc.  Prior to February 20, 2018, the short interest (i.e., percent of the equity float that is shorted) for MiMedx's stock was extremely high, which made the stock prone to a crash with the slightest hint of any bad news.  It is well documented in the academic literature that heavily shorted stocks are typically more prone to crashes.  Furthermore, the pronounced rise in MiMedx's stock before February 20, 2018 which exceeded 130% (from a low of $7.68 on February 2, 2017 to a high of $17.96 on January 29, 2018), was induced, in part, by a short squeeze, that is, short-sellers having to limit their losses by buying shares to close out their short positions causing share prices to rise further.  In other words, the large stock price drop on February 20, 2018 was, in part, caused by the rapid price rise that preceded it.  Dr. Minkin makes no attempt to disentangle the effect of the revenue inflation at issue (i.e., $8.26M) from

---

[2] "MiMedx's Employment of Kickback & Bribery Scheme Inducers Makes It Uninvestable," Viceroy Research Group, September 20, 2017, https://viceroyresearch.org/2017/09/20/mimedxs-nasdaqmdxg-employment-of-kickback-bribery-scheme-inducers-makes-it-uninvestable/.

the effects of these other factors that contributed to the stock price drop on February 20, 2018.  Admittedly it is unclear whether it is at all possible to quantify which portion of the price drop on February 20, 2018 is attributable to the revenue inflation at issue (especially because it was not even announced on that day) versus other factors.  As noted above, these factors included:

- the uncertainty about whether MiMedx had any revenue, especially against the backdrop of short sellers' persistent negative commentaries;
- the short sellers' commentaries regarding many issues unrelated to revenue inflation of $8.26M in 2015;
- the high volatility of MiMedx's stock price induced by the huge short interest;
- the enormous run-up in MiMedx's stock caused by a short squeeze.

5. Dr. Minkin incorrectly chooses February 20, 2018 as the relevant 'corrective disclosure' date.  His loss calculation is based on the revenue inflation of $70.7M for the years 2014-2017; however, this revenue inflation was ***not known*** on February 20, 2018 (the date he chose to estimate the share price impact); it was disclosed to the marketplace on March 17, 2020.[3]  He does not make any attempt to examine MiMedx's price response in the period after March 17, 2020.

6. While Dr. Minkin's loss calculation is based on several erroneous assumptions, as discussed above, fixing only one error (choice of the erroneous date) but leaving all his other erroneous assumptions unchanged reduces the shareholder loss figure from over $34.6M to $192.8K.

---

[3] The restated annual revenues for 2014 and 2015, contained in MiMedx Group, Inc. Form10-K filed on March 17, 2020, are marked "unaudited" in the 10-K (p. 52); furthermore, the 10-K has the following statements: 1) "the Company recovered the majority of its billings made between 2012 and 2017 with insignificant write-offs recorded; however, a significant amount to these billings were collected well after payment was due under the contractual terms" (p. F-27) ; and 2) "a summary of the impact of the Restatement on the Company's consolidated statement of operations includes, but is not limited to, the following: the timing of revenue recognition for sales through all distributors and direct sales to all customers." (p. F-20).  Dr. Minkin does not discuss these aspects of the 10-K in his report.

8

7.   I have concluded that, in this particular matter, because of the unique circumstances related to the corrective disclosures, shareholder losses attributable to the conduct at issue cannot be determined with any degree of certainty.

8.   I have reviewed the evidence proffered at trial regarding the gains realized by Mr. Petit and Mr. Taylor from cash bonuses received as a result of the inflated revenue during 2015.  These gains range between $165,224 and $202,436 for Mr. Petit, and between $125,208 and $153,408 for Mr. Taylor.

## II.    ANALYSIS

In this section of the report, I discuss in further detail the three key problems with Dr. Minkin's shareholder loss analysis.  First, however, I set the stage for this discussion by summarizing the impact of the conduct at issue on MiMedx's 2015 revenue.

### A.    THE REVENUE IMPACT OF THE CONDUCT AT ISSUE

Dr. Minkin opines in his report, that "[d]uring the second, third, and fourth quarters of 2015, MiMedx fraudulently recognized a total of approximately $8.26 million in net revenue."[4] In support of this statement, he references the Trial Exhibit GX-0050, proffered by Ms. Chambarry, expert witness for the U.S. Government.

I have reviewed this exhibit, the trial testimony of Ms. Chambarry, and the revenue guidance provided by MiMedx in 2015.  Exhibit 1A, summarizes my findings.  As is evident from this exhibit, based on the ***uninflated*** revenues for 2015 (related to the conduct at issue), MiMedx would have missed revenue guidance only in Q3 2015 and would have met revenue guidance in Q2 and Q4 2015, respectively.

---

[4] Dr. Minkin's Report, p. 2, paragraph 7.



Exhibit 1B summarizes the figures shown in Exhibit 1A in a tabular form.  In this table, the relevant figures of $51.84M for Q4 2015 reported revenue and the uninflated revenue figure of $51.77M for the same quarter are shown with outside borders as they are the exact figures to which Ms. Chambarry testified on cross-examination.  The relevant portions of her testimony are shown after Exhibit 1B.

10

## Exhibit 1B.  Estimated Impact of 2015 Revenue Inflation

| Quarter at Issue | Reported | Inflation | Revenue Without Inflation | Lower Bound of Guidance | Revenue Guidance Surprise |
|---|---|---|---|---|---|
| Q2 2015 | $45,679,000 | $1,347,854 | $44,331,146 | $44,000,000 | 0.8% |
| Q3 2015 | $49,015,000 | $6,850,160 | $42,164,840 | $47,000,000 | -10.3% |
| Q4 2015 | $51,835,000 | $63,821 | $51,771,179 | $49,500,000 | 4.6% |
| TOTAL | | $8,261,835 | | | -4.9% |

*Source: Government Exhibit 50, 19 Cr. (850) JSR, pp. 1-20 and Government Witness Carina Chambarry Trial Testimony.*

Relevant excerpts from Ms. Chambarry trial testimony:

> Q. So, 48.8 plus 1.35, which was payment from SLR, plus 225,000 from Stability, plus 1.348 million in payments, write offs and discounts from CPM, that would be **51.771** million?
>
> A. Yes, it would be.
>
> Q. So, on this chart, if you included all of those payments, write offs and discounts that all actually happened in the fourth quarter, then the green number would be up, so it would be just below the blue number, **51,835,000**?
>
> A. Yes, it would be.
>
> Source: Chambarry Testimony, p. 2160, lines 11-22.

Regarding the conduct at issue, Dr. Minkin makes the following two errors in his analysis: (a) he ignores the year-end adjustment for Q4 2015,[5] which contradicts the evidence from Ms. Chambarry's trial testimony; and (b) he states that MiMedx would have "substantially" missed the revenue guidance for the third and fourth quarters of 2015.[6]

While in his report Dr. Minkin cites the total impact of $8.26 million as a result of the alleged conduct, he does not acknowledge the evidence proffered at trial that ***based on the***

---

[5] Dr. Minkin's Report, p. 10, paragraph 24.
[6] Dr. Minkin's Report, p. 11, paragraph 25.

11

***uninflated revenue figures***, MiMedx would have missed revenue guidance ***only in Q3 2015*** and met guidance in Q2 and Q4 of the same year.  The importance of this fact will become apparent as I discuss the relationship between revenue guidance beat/miss and MiMedx's stock price response.  As I demonstrate next, the relationship between quarterly revenue guidance beat/miss in a single quarter and stock price response is generally not one-to-one and thus, it would be erroneous to conclude that MiMedx share prices would have necessarily dropped if it had missed revenue guidance for a single quarter in 2015.

## B.   REVENUE-RELATED NEWS AND STOCK PRICE REACTION

A key assumption in Dr. Minkin's shareholder loss analysis is that there is a positive one-to-one relationship between MiMedx's revenue inflation and its stock price, in other words, a certain percentage increase (or decrease) in revenue translates to the same percentage increase (or decrease) in share prices.  Using an event study analysis for MiMedx's stock price response on various revenue announcement days, I show that this assumption is demonstrably false.

### *Methodology for the Event-study Analysis*

An event study is a standard methodology applied by financial economists to analyze the stock price reaction to corporate events or news.  "An event study is a regression analysis that measures the effect of an event, such as a firm's earnings announcement, on a firm's stock price.  In such an analysis, one must, of course, control for factors other than the event that may also simultaneously affect the stock price."[7]  By applying an event study, one attempts to filter out the portion of the stock price movement that is unrelated to the event at issue, which includes the effects of the changes in the overall market and industry.  Thus, through an event study one can quantify the net effect of an event or news release, that is, quantify the market-and-industry adjusted stock price change in response to an event.  In the interest of brevity, I will call the

---

[7] For a description of event study methodology in the context of securities litigation see: Allen Ferrell and Atanu Saha, "The Loss Causation Requirement for Rule 10-b Causes of Action: The Implications of Dura Pharmaceuticals, Inc. v. Broudo" *The Business Lawyer*, Vol. 63, No. 1 (2007), pp. 163-186.

'market-and-industry adjusted stock price change' simply as the 'adjusted price change' throughout the report.

For the event study analysis of MiMedx's stock, I have used data only for the period 2013 through 2017; this excludes the highly volatile period following MiMedx's announcement on February 20, 2018.[8]  I undertook the following steps to estimate the adjusted MiMedx stock price change in response to revenue-related announcements from 2013 through 2017:

- Compiled daily prices and returns for MiMedx and the S&P 500 index.
- Constructed an industry index based on (equally weighted) 30 Bloomberg-identified comparable companies in the same industry and with a similar market cap as MiMedx. These companies are listed in Appendix C, Table 1.
- Identified 19 quarterly revenue announcements dates within the period Q1 2013 through Q3 2017.  In identifying these dates, I used the next trading day as the relevant date if the news announcement came after 4PM ET, that is, after the market's close.
- Using a regression analysis, I estimated a market and industry-adjusted price change for MiMedx's stock on each of these 19 event days.

### *MiMedx Price Response on Revenue Announcement Days in 2013-17*

For each of the 19 revenue announcement days, I also computed the guidance surprise by comparing the announced quarterly revenue on that day with the most most-current revenue guidance for that quarter provided by MiMedx.  The difference between reported and guided revenue was then converted to a percentage amount to derive the 'Revenue Guidance Surprise %', shown on the horizontal axis of Exhibit 2A.  The vertical axis of Exhibit 2A shows the adjusted MiMedx price change % on those 19 dates.

---

[8] This choice of the estimation data period was made because MiMedx did not provide revenue guidance after Q3 2017 until Q2 2020.

13



If there were a generally positive relationship between revenue guidance surprise and MiMedx's stock price reaction (after controlling for market and industry factors), one would have seen the dots in Exhibit 2A to mostly reside in the North-East and South-West quadrants (as are the light brown dots). On the contrary, we find that the majority of the dots (13 out of the 19) reside in the South-East quadrant (the red dots), implying that a ***positive*** revenue surprise is generally associated with a ***negative*** price change for MiMedx's stock. If Dr. Minkin's assumption were true, we should see very few dots falling into this inconsistent territory.

In Exhibit 2B, I present the evidence in the previous exhibit in a tabular form, which allows me to quantify the relevant information regarding the relationship between revenue guidance surprise and adjusted price change for MiMedx's stock.

14

**Exhibit 2B.  MiMedx Revenue Guidance Surprise and Price Response, Q1 2013 – Q3 2017**

| Announcement Date [1] | Period | Quarterly Revenue ($ Millions) | | Guidance Surprise | Adjusted Price Change | Ratio of Price Reaction to Surprise | Statistically Significant? | Price Change Consistent with Surprise? |
|---|---|---|---|---|---|---|---|---|
| | | Reported | Guidance Lower Bound | | | | | |
| 10/10/2017 | Q3 17 | $84.57 | $79.00 | 6.6% | 4.8% | 0.73 | No | Yes |
| 7/27/2017 | Q2 17 | $76.41 | $73.50 | 3.8% | -1.4% | (0.37) | No | No |
| 4/13/2017 | Q1 17 | $72.61 | $69.50 | 4.3% | 8.3% | 1.95 | Yes | Yes |
| 2/23/2017 | Q4 16 | $69.88 | $69.40 | 0.7% | -4.0% | (5.89) | No | No |
| 10/10/2016 | Q3 16 | $64.43 | $62.00 | 3.8% | 2.4% | 0.64 | No | Yes |
| 7/12/2016 | Q2 16 | $57.34 | $55.70 | 2.9% | -0.5% | (0.16) | No | No |
| 4/11/2016 | Q1 16 | $53.37 | $55.50 | -4.0% | -8.4% | 2.11 | Yes | Yes |
| 1/11/2016 | Q4 15 | $51.84 | $49.50 | 4.5% | 0.0% | (0.00) | No | No |
| 10/29/2015 | Q3 15 | $49.02 | $47.00 | 4.1% | -26.2% | (6.36) | Yes | No |
| 7/30/2015 | Q2 15 | $45.68 | $44.00 | 3.7% | -10.5% | (2.87) | Yes | No |
| 4/14/2015 | Q1 15 | $40.77 | $40.00 | 1.9% | -6.5% | (3.47) | Yes | No |
| 1/12/2015 | Q4 14 | $39.57 | $37.30 | 5.7% | -4.7% | (0.82) | No | No |
| 10/30/2014 | Q3 14 | $33.52 | $30.00 | 10.5% | 6.7% | 0.64 | Yes | Yes |
| 7/29/2014 | Q2 14 | $25.57 | $24.00 | 6.2% | 12.0% | 1.95 | Yes | Yes |
| 4/25/2014 | Q1 14 | $19.56 | $18.00 | 8.0% | -0.2% | (0.03) | No | No |
| 2/26/2014 | Q4 13 | $17.99 | $15.80 | 12.2% | -2.7% | (0.22) | No | No |
| 10/30/2013 | Q3 13 | $16.12 | $16.00 | 0.7% | -2.0% | (2.79) | No | No |
| 7/31/2013 | Q2 13 | $13.52 | $13.50 | 0.1% | -1.2% | (10.88) | No | No |
| 5/1/2013 | Q1 13 | $11.56 | $10.50 | 9.1% | -1.4% | (0.15) | No | No |

| | |
|---|---|
| Average Ratio of Price Reaction to Guidance Surprise | -1.37 |
| Percent Inconsistent | 68.4% |
| Percent Consistent & Significant Price Response | 21.1% |

*Sources: Bloomberg and MiMedx Press Releases*
**Notes:** [1] based on the announcement dates of MiMedx press releases.

Exhibit 2B shows, across the 19 revenue announcement days, the average ratio between price reaction % and guidance surprise % is negative and equals -1.37.  Thus, contrary to Dr. Minkin's unsupported assumption, empirical evidence demonstrates that not only is the relationship between revenue guidance beat/miss and price response ***not one-to-one***, but on average it is ***negative.***

Exhibit 2B also shows that in 13 out of the 19 (68.4%) days, the price response was inconsistent with the direction of the revenue guidance surprise.  If one were to focus only on the price responses that were statistically significant, then only in 4 out of the 19 (21.1%) days was there a consistent and significant price response to guidance surprise.  That is, for two of the six days with a consistent response, price changes are not statistically different from zero.

To further examine, more generally, whether revenue guidance surprise was an important driver of MiMedx's stock price movement, I identified 25 largest single-day stock price

movements for MiMedx's stock (after adjusting for market and industry factors), during the period of 2013 through 2017.

| Exhibit 3.  25 Largest Single-Day MiMedx Stock Price Changes, 2013 - 2017 | | | | | |
|---|---|---|---|---|---|
| | | | Key Drivers for Stock Price Reaction | | |
| No. | Date | Adjusted Price Change [1] | Revenue Guidance | Non-Revenue Financial Results | Other Events |
| 1 | 4-Sep-13 | -46.2% | | | 1 |
| 2 | 29-Oct-15 | -26.1% | | | 1 |
| 3 | 2-Jan-15 | -17.5% | | | 1 |
| 4 | 13-Oct-15 | -13.6% | 1 | | |
| 5 | 14-Mar-13 | -13.4% | | | 1 |
| 6 | 23-Oct-17 | -11.3% | | | 1 |
| 7 | 21-Mar-14 | -10.6% | | | 1 |
| 8 | 30-Jul-15 | -10.5% | | 1 | |
| 9 | 19-Nov-15 | -10.2% | | | 1 |
| 10 | 15-Mar-13 | -10.0% | | | 1 |
| 11 | 6-Sep-13 | -9.5% | | | 1 |
| 12 | 3-Oct-17 | -8.8% | | | 1 |
| 13 | 24-Oct-17 | -8.8% | | | 1 |
| 14 | 21-Oct-13 | 8.8% | | | 1 |
| 15 | 24-Mar-15 | 8.9% | | | 1 |
| 16 | 14-Oct-14 | 9.3% | | 1 | |
| 17 | 26-Feb-15 | 9.4% | 1 | | |
| 18 | 15-Oct-14 | 10.5% | | 1 | |
| 19 | 28-Apr-17 | 10.8% | | 1 | |
| 20 | 17-Dec-15 [2] | 11.7% | | 0.5 | 0.5 |
| 21 | 29-Jul-14 | 12.0% | | 1 | |
| 22 | 12-Dec-13 | 12.3% | | | 1 |
| 23 | 1-Oct-13 | 12.9% | | | 1 |
| 24 | 18-Mar-13 | 13.0% | | | 1 |
| 25 | 5-Sep-13 | 18.0% | | | 1 |
| | Percent of 25 Events | | 8% | 22% | 70% |

Notes:
[1] denotes daily MDXG returns adjusted for market and industry factors over the period of 2013 - 2017.
[2] denotes two equally-weighted events: MiMedx raises repurchase program and expects stronger earnings for FY 2016.

Exhibit 3 lists MiMedx's 25 largest single-day price changes, ranging from −46.2% on September 4, 2013 to +18.0% on September 5, 2013.  For these 25 days, I analyzed all the individual events and news that drove MiMedx's stock prices in either direction.[9]  My review

_____

[9] The event details for these 25 largest stock price movement days are listed in Appendix C, Table 2.

shows that only in two of the 25 days MiMedx's daily stock price change was related to revenue-related announcement.  With the exception of these two days, the vast majority (70%) of the days with largest price swings was associated with the events that were not related to revenue or earnings announcements.  Appendix C, Table 2, which lists the events on these days, shows that MiMedx's large stock price movements were mostly driven by product-related regulatory issues.

The lack of an association between earnings/revenue-related news and stock price movements is not unique to MiMedx.  As I discuss next, the absence of a quantifiable relationship between a company's announcement of financial guidance or results and its stock price performance is widely documented in published research.

### Studies on the Absence of a Relationship Between Guidance and Returns

A study using a survey of 4,000 companies found that while executives have high expectations regarding the positive effects of earnings guidance, these expectations are not supported by evidence.  "Our analysis of the perceived benefits of issuing frequent earnings guidance *found no evidence that it affects valuation multiples, improves shareholder returns, or reduces share price volatility*."[10,11]  With respect to shareholder returns, the study found that "in the year companies begin to offer guidance, *their total returns to shareholders aren't different from those companies that don't offer it at all*."[12]  Given the lack of evidence on the usefulness of earnings guidance, authors of the study conclude that "managers should consider whether there is a better way to communicate with analysts and investors."[13]  This sentiment illustrates the limited value of earnings guidance.

Studies also document that quarterly earnings guidance has no effect on a company's valuation or on investor sentiment.  For example, one study concludes: "[o]ur analysis of S&P 500

---

[10] Peggy Hsieh, Timothy Koller, and S.R. Rajan, "The Misguided Practice of Earnings Guidance," *McKinsey on Finance*, March 1, 2006, https://www.mckinsey.com/business-functions/strategy-and-corporate-finance/our-insights/the-misguided-practice-of-earnings-guidance.

[11] Here, and throughout the report, emphases inside direct quotations have been added to highlight key facts and information.

[12] Ibid.

[13] Ibid.

17

constituents *found no effect [of quarterly guidance] on valuation whatsoever.*"[14]   Moreover, investors are skeptical of the information provided by earnings guidance:

> "First, buy-side investors (i.e. a company's shareholders) have abandoned the view that short-term earnings results are especially predictive of long-term success. Second, *investors are aware of the imprecision of short-term metrics and give them less weight in investment decision making*. … *In repeated surveys* of the shareholder community (primarily institutional buy-side investors), *earnings guidance given for periods of less than one year was consistently deemed irrelevant in evaluating a company's future prospects*."[15]

As documented above, long term investors consider quarterly guidance as providing little, if any, useful information, and therefore are likely to ignore it when making investment decisions. Because of this, it is of no surprise that many academic studies find stock price reaction to earnings guidance is, at best, ambiguous.   A peer-reviewed study examining stock price movements following management earnings forecasts documents the lack of a direct relationship between guidance and stock prices.

> "In the post announcement period, *we find a significant upward price drift for both good news forecasts __and__ bad news forecasts.* Combined with asymmetry in the initial market response, the upward post-guidance drift in stock prices is consistent with a reversal of an initial overreaction to managers' bad news forecasts and a continuation of an initial underreaction to managers' good news forecasts … ."[16]

The authors suggest that these anomalous price movements may be due to the lack of perceived reliability of guidance.   "In other words*, investors may find management forecasts to be more ambiguous signals of future stock valuations* …."[17]   Their findings "suggest that *stock prices are slow to fully impound the information in managers' earnings forecasts*" and support

---

[14] Ariel Fromer Babcock and Sarah Williamson, Quarterly Earnings Guidance - A Corporate relic? *The Conference Board Director Notes,* March 2018, http://www.shareholderforum.com/access/Library/20180300_ConferenceBoard-DirectorNotes.pdf.
[15] Ibid.
[16] Somnath Das, Kyonghee Kim, and Sukesh Patro, "On the anomalous stock price response to management earnings forecasts," *Journal of Business Finance & Accounting*, Vol. 39, No. 7-8, 2012, pp. 905-935.
[17] Ibid.

"the relative inefficiency with which investors respond to earnings-related information events such as earnings announcements."[18]

The general finding of the limited usefulness of earnings guidance among investors, and the empirical evidence of little or no impact of guidance on stock price movement, provide the backdrop for the results in the preceding subsection where I demonstrated the absence of a positive relationship between revenue guidance surprise and MiMedx's stock price reaction. Thus, Dr. Minkin's key assumption that an inflation of revenue necessarily led to a commensurate inflation in MiMedx's share prices is refuted by empirical evidence and is contradicted by academic research. A logical extension of Dr. Minkin's unsupported assumption is that a revenue guidance miss by MiMedx would have necessarily led to a share price decline and investor losses. Next, I examine investors' reaction when MiMedx actually missed its revenue guidance in the first quarter of 2016.

### *Shareholders' Response to MiMedx's Q1 2016 Revenue Guidance Miss*

As documented in Exhibit 2B, in one of the 19 quarters in the 2013-2017 period (Q1 2016), MiMedx missed its revenue guidance by 4% and this miss was accompanied by a negative price response. However, empirical evidence shows that institutional investors viewed the price drop as a buying opportunity. In Exhibit 4A, I illustrate the increase in institutional holdings in the period following MiMedx's revenue guidance miss. While the institutional holdings dipped slightly right after the Q1 2016 revenue announcement (from 50.9M to 48.4M), institutional holdings recovered to the pre-announcement level of 50.9M *within 28 days*. In fact, in the next two quarters after the guidance miss, institutions increased their holdings by 4.1M shares and in the next three quarters after the guidance miss their holdings increased by 23.1M shares.

In this context, it is instructive to note that, ClearBridge LLC, an investment advisor (whose portfolio manager, Mr. Russell, testified for the government at the trial), increased its MiMedx holdings from 1.75M to 2.2M shares between Q1 and Q2 of 2016; that is, ClearBridge *increased*

---

[18] Ibid.

its holdings of MiMedx's stock by nearly 26% despite MiMedx's revenue guidance miss in Q1
2016.





In Exhibit 4B, I show that not only did institutional holdings for MiMedx increase in the period after the revenue guidance miss, but also the *value* of these holdings rose: increasing by $69.8M over the next two quarters and by $207.9M over the next three quarters.  This finding is largely explained by the recovery of MiMedx stock prices after the initial drop right after MiMedx's guidance miss.

In fact, as I discuss next, investors viewed any large stock price drop for MiMedx as a buying opportunity, and largely as a result of investors' 'buy-the-dip' behavior MiMedx share prices recovered within a short period of time after the large drop.

### Shareholders' Response to MiMedx Stock Drops in the 2013-17 Period

In Exhibit 5A, I list the dates and amounts of the five largest price drops for MiMedx's stock in the 2013-17 period; it also lists the number of days it took for MiMedx's stock price to fully recover and exceed the price it was trading at before the drop.  This exhibit shows that the average length of recovery time is 60 days, which is *well within the 90-day window*.

| Exhibit 5A.  Five Largest MiMedx Stock Price Drops and Their Recovery Periods, 2013 - 2017 | | | | |
|---|---|---|---|---|
| Event No. | Date | MiMedx Close Prior to Event Date | MiMedx Adjusted Price Change | Number of Trading Days to Recover |
| 1 | 4-Sep-13 | $6.06 | -46.2% | 62 |
| 2 | 29-Oct-15 | $9.49 | -26.1% | 39 |
| 3 | 2-Jan-15 | $11.53 | -17.5% | 118 |
| 4 | 13-Oct-15 | $9.84 | -13.6% | 54 |
| 5 | 14-Mar-13 | $5.87 | -13.4% | 29 |
| | | | Average Number of Trading Days to Recover | 60 |

Exhibit 5B depicts MiMedx's stock price over the 2013-17 period, with the green vertical line marking the date of the large drop, and the brown line denoting the recovery date.

21



In sum, with the demonstrated absence of a positive relationship between revenue guidance surprise and share stock price reaction for MiMedx, it is wholly unclear what the stock price drop, if any, would have been if MiMedx had missed revenue guidance for a single quarter, Q3 2015 (but met or exceeded guidance for the second and fourth quarter of 2015). Furthermore, based on the evidence on the investors' observed 'buy-the-dip' behavior for MiMedx's stock, it is reasonable to postulate that even if MiMedx's share price dropped as a result of a revenue guidance miss in 2015, the share price would have rebounded well within the 90-day window.

Importantly, Dr. Minkin makes no attempt to examine the price movement of MiMedx's stock during the period at issue; instead, he conjectures what MiMedx's stock price inflation in 2015 was by looking at a single day's price drop that happened nearly three years later through an event study analysis. As I discuss next, his approach is fundamentally flawed.

22

**C.     THE FACTORS CONTRIBUTING TO THE PRICE DROP ON FEBRUARY 20, 2018**

Dr. Minkin uses an event study analysis to estimate the market and industry adjusted price drop of MiMedx's stock on February 20, 2018.  While an event study can control for market and industry factors, it is incapable of accounting for the multiple reasons (beyond the 2015 revenue inflation at issue) that contributed to the price drop on that day.  It is well established in the academic literature that an event-study analysis is incapable of disentangling the effects of news at issue from other contemporaneous confounding events.  In what follows, I first describe the economic literature on the limitations of event studies in the presence of confounding pieces of news and then describe the various of factors that contributed to the large price drop on February 20, 2018.

***Limitations of Event Study Analyses When There are Confounding Pieces of News***

The limitations of event study analyses in the presence of confounding factors are widely discussed and well established in academic studies.  In this subsection, I only reference a select few studies from the vast body of literature on this topic.

As defined in the literature, "[c]auses of price impacts unrelated to the event under study are 'confounding effects.'"[19]  Many academic papers on the use of event studies in securities litigation highlight the challenges posed by confounding effects.  For example, a study notes: "***an event study is likely to be incapable of definitely resolving the question of price impact***, and a court considering a case involving confounding disclosures will have to determine the role of other evidence in addressing the question."[20]  The same study concludes: "***When multiple sources of news are released at exactly the same time, however, <u>no</u> event study can by itself separate out the effects of the different news***."[21]

---

[19] Alon Brav and J.B. Heaton, "Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," *Washington University Law Review*, Vol 93, No. 2 (2015), pp. 583-614.
[20] Jill E. Fisch, Jonah B. Gelbach, and Jonathan Klick, "The Logic and Limits of Event Studies in Securities Fraud Litigation," *Texas Law Review*, Vol. 96 (2018), pp. 553-624.
[21] Ibid.

Similarly, another academic article observes:

"At the end of the day, however, most stocks are routinely affected by events that may not be pinpointed by inspecting the media sources … As a result, courts may have excessively high expectations of the ability of litigants – whether plaintiff or defendant – *to decompose an observed return into a component caused by fraud and a component caused by other factors. There simply is no fully reliable, mathematically precise way to do so.*"[22] (citations omitted).

### News Announcements on February 20, 2018

In his loss estimation, in using MiMedx's stock price drop on February 20, 2018, Dr. Minkin fails to account for the various factors that contributed to the price decline that day. One such key factor was that day's announcement-induced elevated uncertainty about the company's viability and overall revenue. It is important to note, on that day *neither* the revenue inflation of $8.26M for 2015 *nor* the $70.7M revenue inflation for 2014-17 was announced. In fact, there was *no* specific news about revenue inflation announced by the company on that day.

The pieces of news that were released through a press release by MiMedx on that day were that the company was postponing the release of its financial results, as well as the filing of its Form 10-K, for the year ended December 31, 2017.[23] The press release also stated that "[t]he Audit Committee of MiMedx's Board of Directors has engaged independent legal and accounting advisors to conduct an internal investigation into current and prior-period matters relating to allegations regarding certain sales and distribution practices at the Company."[24] The company stated further that it would not be in a position to release its financial results until the Audit Committee's internal investigation is completed.

This disclosure provided little clarity to the marketplace about the reasons for the delayed financial results or the reasons for the Audit Committee's actions. Instead, the announcements

---

[22] Alon Brav and J.B. Heaton, "Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," Washington University Law Review, Vol 93, No. 2 (2015), pp. 583-614.

[23] "MiMedx Press Release, MiMedx Postpones Release of its Fourth Quarter and Fiscal Year 2017 Financial Results," PR Newswire, February 20, 2018, https://www.prnewswire.com/news-releases/mimedx-postpones-release-of-its-fourth-quarter-and-fiscal-year-2017-financial-results-300601124.html.

[24] Ibid.

created considerable uncertainty about MiMedx's viability as an ongoing business, especially in light of the persistent negative commentaries by short-sellers in the preceding years, which essentially characterized MiMedx as a house of cards, with little or no real revenue.  The market's uncertainty about MiMedx's business was evidenced by analyst community's commentaries in the period soon after the February 20 announcement.

### Analysts' Commentaries Regarding February 20, 2018 Announcements

As a small cap stock, MiMedx was regularly followed only by a small group of investment analysts mostly from independent boutique firms.  The market's reaction and elevated uncertainty about the company's future are summarized in the following commentaries from analysts in the period shortly after the announcement:

Lake Street Capital Markets: "Whether one believes management or not, whether one believes the shorts or not, *the investigation represents a significant overhang until it is resolved*, which implies multiple compression."[25]

Craig-Hallum Capital Group: "As this is an independent investigation utilizing multiple parties, management noted that *the timeline is uncertain at this time*."[26]

Lake Street Capital Markets: "***This May Take A While: Downgrading Stock To HOLD Until Internal Investigation Is Resolved***.  We believe that lack of demand for the stock means the shares are unlikely to outperform until the investigation is resolved. And with the involvement of multiple accounting firms and law firms, resolution is not likely to be swift, in our view."[27]

PiperJaffray: "***MiMedx Group, Inc. (MDXG): Suspending Rating, Price Target, and Estimates Until Investigations Completed***. … The announcement today that the Department of Justice is reviewing matters (albeit it is preliminary) in parallel with an SEC investigation, which is added to an Audit Committee investigation regarding sales and distribution practices (leading to an inability to file its form 10-K) *is simply too much for us to digest* at the moment."[28]

---

[25] Bruce D. Jackson, "MiMedx Group, Inc.: Audit Committee Requests Internal Investigation, Multiple Compression to Follow, Lowering Price Target," Lake Street Capital Markets, Institutional Equity Research, February 21, 2018.
[26] Matt G. Hewitt, "MiMedx Group, Inc.: Management Addresses Concerns Regarding Internal Investigation and Provides Operational Update, Craig-Hallum Capital Group LLC, Institutional Research, February 23, 2018.
[27] Bruce D. Jackson, "MiMedx Group, Inc.: This May Take a While: Downgrading Stock to Hold Until Internal Investigation is Resolved," Lake Street Capital Markets, Institutional Equity Research, February 23, 2018.
[28] "MiMedx Group, Inc. (MDXG): Suspending Rating, Price Target, and Estimates Until Investigation Completed," PiperJaffray, Company Note, March 15, 2018.

25

The lack of clarity in MiMedx's announcement on February 20, 2018 was criticized by one of the crisis-communication experts interviewed by Wall Street Journal as follows:[29]

Jolie Balido, President, Roar Media: "***MiMedx could have better prepared***...its communications could have benefited by sounding less scripted and including important context, [such as] ***government investigations, short-seller issues and that complaints by former employees are not unique to MiMedx and not automatically indicative of corporate wrongdoing***."

In light of the considerable uncertainty induced by company's announcement on February 20, 2018, it is not surprising that MiMedx would experience a massive sell-off on that day, as depicted in Exhibit 6 below. This uncertainty was also reflected in MiMedx's ***single-day*** market cap loss on February 20, 2018: it exceeded MiMedx's entire revenue of for the years ***2016 and 2017***, which suggests that the stock market was skeptical about the existence of any meaningful revenue for the company.

However, it is equally important to note that when the uncertainty about MiMedx's revenue was resolved by the revenue restatement on March 17, 2020, its share prices rebounded gaining nearly 120% by the year-end. In fact, by December 2020, MiMedx was trading at prices ***higher*** than the average price during the period at issue, i.e., Q2-Q4 of 2015.

---

[29] "Crisis of the Week: Delayed Results Thrust MiMedx Into Spotlight," Wall Street Journal, Risk and Compliance Blog Commentary, March 12, 2018, https://www.wsj.com/articles/crisis-of-the-week-delayed-results-thrust-mimedx-into-spotlight-1520873998.

26



Exhibit 6.   Selected Events and MiMedx Stock Prices: 2012-2020

*Short Sellers' Negative Commentaries on MiMedx*

As noted above, the February 20, 2018 stock drop was greatly accentuated by negative short-selling commentaries in the period leading up to it.  From 2014 onward, MiMedx's stock had been a constant target of short-sellers, which was evidenced by surging short interest and numerous negative commentaries publicly disseminated by short sellers.   Some of the commentaries did touch upon MiMedx's dealing with the distributors at issue, CPM Medical, SLR Medical, and Stability Biologics.  However, the short sellers' commentaries focused on topics well beyond the conduct at issue, including: (a) MiMedx's relationship with AvKARE, (a distributor not at issue); (b) government investigations; (c) MiMedx's regulatory, compliance, and legal issues; (d) disparaging remarks about MiMedx's employees; (e) personal attacks on MiMedx's CEO.

27

Below are some examples of activities and negative commentaries from short-sellers on MiMedx's stock from 2014 through February 20, 2018:

- On March 21, 2014, the owners of the StreetSweeper established a short position before publishing a report, titled "***Will MiMedx And Its CEO Both Go Down In Flames?***"[30]

- In August 2017, through an investigation, the SEC settled with Deerfield Management, a New York-based hedge fund, for not appropriately controlling two healthcare analysts who had paid a CMS employee for confidential information related to dialysis companies. These two individuals are the same hedge fund analysts who followed MiMedx from 2012 and "***advanced various other short sale theses***" on the company.[31]  MiMedx claims that the same type of inside information could have been provided relative to "***CMS pricing changes, FDA regulatory issues, or VA policy.***"[32]

- On August 21, 2017,  the Capital Forum issued an article reporting on channel stuffing accusations in a counterclaim by former employee Kruchoski. The Capital Forum article states that "***MiMedx used a distribution agreement with a supply contractor called AvKARE to facilitate and conceal the channel stuffing scheme.***"[33]  In MiMedx's response to the shareholders dated November 30, 2017, this news service was deemed acting similarly to ***the short sell "shill" "Off Wall Street"*** which was involved with illegal short selling of Matria Healthcare in 2007.[34]

- On September 20, 2017, Aurelius Value published a report titled, "***MiMedx: Flying Too Close to the Sun***," which questioned whether MiMedx had engaged in improper channel

---

[30] The Street Sweeper, "Will MiMedx And Its CEO Both Go Down In Flames?" March 21, 2014, Seeking Alpha, https://seekingalpha.com/article/2102513-will-mimedx-and-its-ceo-both-go-down-in-flames.
[31] MiMedx Press Release, "MiMedx Reports Further Developments in its Civil Litigation Against Former Employees," PR Newswire, September 7, 2017, https://www.prnewswire.com/news-releases/mimedx-reports-further-developments-in-its-civil-litigation-against-former-employees-300515713.html.
[32] Ibid.
[33] "MiMedx: Channel Stuffing Accusations Resurface in Recent Counterclaim; Former Employees Corroborate Allegations; A Close Look at Potential Risk," The Capitol Forum, August 21, 2017.
[34]  "Letter to Shareholder," MiMedx, November 30, 2017.

stuffing, based on Aurelius' research including communication with a former MiMedx sales representative.[35]

- Also on September 20, 2017, Viceroy Research issued a report titled, "***MiMedx's Employment of Kickback & Bribery Scheme Inducers Makes It Uninvestible***."[36]  The article compiled non-public internal MiMedx documents, including excerpted communications between employees, which alleged that "***Viceroy finds the MiMedx-AvKare supplier-distributor relationship extremely suspicious.***"[37] The Viceroy report concludes, "…***Viceroy believes MiMedx is valued at $0***."[38]

- On September 27, 2017, "Aurelius Value" issued a report titled, "***MiMedx: Undisclosed Details Undermine 'Independent' Investigation***" claiming that the second internal investigation by the Audit Committee ("ACII") was not independent.[39]

- On October 24, 2017, Citron Research, helmed by short-seller Andrew Left, posted ***a YouTube video*** on the channel-stuffing allegations against MiMedx.[40]  Citron Research also said in its research report that MiMedx used a "***shadowy company in an unrelated industry to house MiMedx's products***."[41] The report attempted to "***accurately capture many dark sides of MiMedx***" and concludes with a "***$3 price target***" for a company with "***management conducting dirty business***."[42]

- On October 26, 2017, short-seller Marc Cohodes wrote an "open letter" to CEO Pete Petit outlining allegations from a current employee regarding channel stuffing, among others.[43]

---

[35] "MiMedx: Flying Too Close to the Sun," Marcus Aurelius Value, September 20, 2017, http://www.mavalue.org/research/mimedx-flying-close-sun/.
[36] "MiMedx's Employment of Kickback & Bribery Scheme Inducers Makes it Uninvestable," Viceroy Research Group, September 20, 2017, https://viceroyresearch.files.wordpress.com/2017/10/mimedx-report-20-09-2017.pdf.
[37] Ibid.
[38] Ibid.
[39] Aurelius, "MiMedx: Undisclosed Details Undermine 'Independent' Investigation," Seeking Alpha, September 27, 2017, https://seekingalpha.com/article/4109861-mimedx-undisclosed-details-undermine-independent-investigation
[40] "Citron Chimes in on MiMedx.  Countdown to Formal Investigation. $3 Price Target," Citron Research, October 24, 2017, containing a YouTube video link, https://www.youtube.com/watch?v=kVafBagmNg0. (The video has since been deleted.)
[41] Ibid.
[42] Ibid.
[43] Marc Cohodes, Open Letter to Parker "Pete" Petit, October 29, 2017.

He has also posted hundreds of tweets criticizing the company's business in general and Petit personally.  Specifically, he tweeted, "***I will bury the little fella in a shoe box***" and "***Grab the Biggest Bat in the Bat Rack and Swing at $mdxg @viceroyresearch Good Luck Pepe***."[44]  He laid out his criticism against MiMedx and Petit on a web page, "***petite parker the barker***."[45]  On December 1, 2017, Cohodes's statements about MiMedx and Petit spurred an FBI visit to his home, which became public on January 12, 2018.[46]

- On November 16, 2017, Viceroy Research Group issued a report entitled, "***MiMedx vendors soliciting up-coding of Medicare incentives***" claiming that MiMedx fraudulently exploited the insurance reimbursement system by manipulating the insurance codes used for medical procedures involving MiMedx products.[47]  The Viceroy Report also claimed that MiMedx had pressured employees to not contact regulatory authorities and stated that "***[t]his is a violation of the United States Code of Federal Regulations***."[48]

- On February 9, 2018, ***MiMedx was ranked among the top 20 most shorted stocks on the Nasdaq stock market as of the January 31, 2018 settlement date***.[49]

- On February 15, 2018, Aurelius Value issued an "open letter" to the MiMedx auditors regarding improper accounting practices amounting to a "***serious and pervasive fraud***."[50]

In light of the concerted and repeated attacks from the short sellers, it is likely that many market participants began to question whether MiMedx had any real revenue at all and whether it was a house of cards with no earnings as crystallized in Viceroy Report's comment on September

---

[44] Greg Farrell and Anders Melin, "Short-Seller Cohodes's Tweets Spur FBI Visit, Free-Speech Gripes," Bloomberg, February 16, 2018, https://www.bloomberg.com/news/articles/2018-02-16/this-short-seller-pressed-tweet-then-the-fbi-showed-up.
[45] Ibid, see also "As Parker Petite's Trial is going on, MiMedx reported this disaster," Petite Parker the Barker, November 5, 2020, petiteparkerthebarker.com.
[46] Ibid.
[47] "MiMedx Vendors Soliciting Up-coding of Medicare Incentives," Viceroy Research Group, November 16, 2017, https://viceroyresearch.files.wordpress.com/2017/11/part-17-sec-submission.pdf.
[48] Ibid.
[49] "Largest Nasdaq Short Interest vs Free Float as of Jan. 31," Bloomberg, February 9, 2018.
[50] "An Open Letter to the MiMedx Auditors," Marcus Aurelius, February 15, 2018, http://mavalue.org/research/open-letter-mimedx-auditors/.

20, 2017: "***MiMedx is valued at \$0***."[51]  Thus, it is plausible that at the hint of negative news as contained in MiMedx's February 20, 2018 announcement, market participants would rush to dump MiMedx's stock, which was evidenced by the precipitous price drop on that day.  However, as I discuss next, the price drop was also exacerbated by the massive short interest (commensurate with the pervasive negative commentaries of short sellers) in MiMedx's stock.

***Massive Short Interest and Its Effects***

Prior to February 20, 2018, the short interest (represented by short sales as percent of all public shares available to trade, i.e. the float) for MiMedx's stock was extremely high.  In line with the short-sellers' campaign, short interest in MiMedx rose sharply between 2013 and 2018.  Starting at less than 1% in January of 2013, short interest in MiMedx increased steadily during the next four years, experiencing accelerated growth during the second half of 2017 as it doubled from 20% in July to 40% by November of 2017.  This sharp increase in short interest was likely perceived as a negative signal by MiMedx's investors[52] making the stock susceptible to a sudden and outsized negative reaction to any bad news.  This was particularly true for a small cap stock like MiMedx.

According to a commentary published on the SEC website: "[i]t is widely agreed that ***excessive short sale activity can cause sudden price declines***, which can undermine investor confidence, depress the market value of a company's shares and make it more difficult for that company to raise capital … ***short selling causes price declines which in turn shake the confidence of long term holders who then sell and prolong the downward price trend regardless of underlying fundamentals*** …"[53]

---

[51] "MiMedx's Employment of Kickback & Bribery Scheme Inducers Makes it Uninvestable," Viceroy Research Group, September 20, 2017, https://viceroyresearch.files.wordpress.com/2017/10/mimedx-report-20-09-2017.pdf.
[52] According to Investopedia, "[a] large increase or decrease in a stock's short interest from the previous month can be a very telling indicator of investor sentiment. … A high short-interest stock should be approached with extreme caution …". See "What Short Interest Tells Us," Investopedia, accessed January 28, 2021, https://www.investopedia.com/articles/01/082201.asp.
[53] Walter Cruttenden, "Shorting America," US Securities and Exchange Commission, accessed January 28, 2021, https://www.sec.gov/comments/4-627/4627-95.pdf.

Furthermore, a study using data from Nasdaq found that "firms with a high level of short interest experience negative and significant abnormal returns when they are heavily shorted." And "***heavily shorted firms are more likely to be liquidated or delisted in the 36 months after being heavily shorted***."[54]  The pernicious effects of short squeezes and the resulting meteoric rise in prices untethered from economic fundamentals and the subsequent crashes were most recently displayed by price volatility of heavily shorted companies such as GameStop and AMC.[55,56]

Exhibit 7 shows that the rising short interest in MiMedx (red line) generally coincided with the level short interest of other comparable companies (black line) between 2013 and 2015. MiMedx's share prices are depicted by the dotted blue line in this exhibit.  Starting from 2016, however, the short interest in MiMedx started outstripping that of competing firms.  The short-interest in MiMedx peaked in the period leading up to February 20, 2018, with MiMedx's stock ranked as ***one of the most shorted stocks on the NASDAQ market, as of January 31, 2018***.[57]

---

[54] Hemang Desai, K. Ramesh, S. Ramu Thiagarajan, and Bala V. Balanchandran, "An investigation of the Informational Role of Short Interest in the Nasdaq Market," *The Journal of Finance*, Vol. 57, No. 5 (2002), pp. 2263-2287.

[55] "The GameStop Short Squeeze Shows an Ugly Side of the Investing World," Wall Street Journal, January 27, 2020, https://www.wsj.com/articles/gamestop-stock-short-squeeze-ugly-side-11611750250.

[56] Jason Gewirtz, "GameStop head-spinning volatility may be only the beginning of a new wave," CNBC, January 28, 2021, https://www.cnbc.com/2021/01/28/gamestop-head-spinning-volatility-may-be-only-the-beginning.html.

[57] "Largest Nasdaq Short Interest vs Free Float as of Jan. 31," Bloomberg, February 9, 2018.



The massive short interest in MiMedx also had a perverse effect of boosting its stock prices resulting from 'short squeeze.' This market phenomenon is widely recognized by industry and regulatory authorities. According to the SEC, "[t]he term 'short squeeze' refers to the pressure on short sellers to cover their positions as a result of sharp price increases or difficulty in borrowing the security the sellers are short. ***The rush by short sellers to cover produces additional upward pressure on the price of the stock, which then can cause an even greater squeeze***."[58]

The pattern of short interest and stock prices (dotted line) for MiMedx shown in Exhibit 6 suggests that a short squeeze first occurred in mid-2017, as evidenced by the run-up in MiMedx's

---

[58] "Key Points About Regulation SHO," U.S. Securities and Exchange Commission, accessed January 25, 2021, https://www.sec.gov/investor/pubs/regsho.htm.

stock prices and the temporary drop in short interest at the same time. In this period, short interest dropped from 28% as of March 31, 2017 to 20% as of July 14, 2017 while MiMedx stock rose 62% over the same period. The second short squeeze is evidenced in late 2017. Similarly, the nearly 55% surge in MiMedx's stock price in December 2017 through the end of January 2018, forced some short sellers to cover their positions; as a result, the short interest in MiMedx decreased from 40% in December of 2017 to 36% at the beginning of February of 2018. In other words, the ***large price drop*** on February 20, 2018 was, in part, caused by the ***rapid price rise*** that preceded it, induced largely by a short squeeze. However, a portion of the rapid MiMedx's stock price increase since the middle of 2017 was also driven by positive news about its revenue and earnings, which are unrelated to the revenue inflation at issue.

To summarize, MiMedx's announcements on February 20, 2018 injected considerable uncertainty about whether the company had any real revenue in light of the persistent negative commentaries from short sellers, which essentially characterized MiMedx as a worthless company. These commentaries focused on a whole host of topics beyond the conduct at issue, including MiMedx's dealing with ***AvKARE***, a distributor not at issue. Furthermore, the sustained attacks from the short sellers and the huge short interest made MiMedx's stock highly sensitive to negative news and susceptible to a sudden drop. Finally, the sudden increase in the stock price around the end of 2017 forced some short sellers to purchase MiMedx shares as they covered their short positions to limit losses. This generated a short squeeze and further drove the price up. Thus, the rapid and large run-up in MiMedx's stock in the preceding months was an important contributing factor for the large price drop on February 20, 2018.

Dr. Minkin makes no attempt to disentangle the effect of the revenue inflation at issue (i.e., $8.26M) from the effects of these other factors that contributed to the stock price drop on February 20, 2018. Admittedly it is unclear whether it is at all possible to quantify which portion of the price drop on that day is attributable to the revenue inflation at issue (especially because it was not even announced on that day) versus these other factors.

#### D.     DR. MINKIN CHOSE THE INCORRECT DISCLOSURE DAY

As noted earlier, neither the revenue inflation at issue ($8.26M) nor the extent of any revenue inflation for any years was disclosed on February 20, 2018.  Yet, Dr. Minkin incorrectly chose February 20, 2018 as the relevant 'corrective disclosure' date.  His loss calculation is based on revenue inflation of $70.7M for the years 2014-2017; however, this revenue inflation was not known on February 20, 2018 (the date he chose to estimate the share price impact); it was disclosed to the marketplace on March 17, 2020.  He does not make any attempt to examine MiMedx's price response in the period after March 17, 2020.

While Dr. Minkin's loss calculation is based on several erroneous assumptions, as discussed earlier in my report, fixing only one error (that is, changing the relevant disclosure date to March 17, 2020 instead of February 20, 2018) but leaving all his other erroneous assumptions unchanged reduces the shareholder loss figure from $34.6M to $192K.  This calculation is discussed next.

#### E.     EFFECT OF CHOOSING THE APPROPRIATE DISCLOSURE DAY

As a first step, I calculate the average price of MiMedx in the 90-day window[59] after the corrective disclosure on March 17, 2020.  Since the disclosure about the revenue inflation for the years 2014-16 and three quarters of 2017 was announced via MiMedx's 10K filing ***after the market's close*** on March 17, 2020, I have calculated the 90-day average price using the window March 18 through July 24, 2020.  I find this average price to be $4.11.  The closing price for

---

[59] The choice of the average price over a 90-day window is generally consistent with an approach referenced in the Sentencing Guideline. See United States Sentencing Commission, Guidelines Manual, §3E1.1 (Nov. 2018), specifically §2B1.1, comment. (n.3)(F)(ix).

MiMedx's stock on March 17, 2020 (i.e., before the revenue inflation was announced) was $4.14. Thus, I estimate the impact of the disclosure was $0.03.[60]

In Exhibit 8, I follow Dr. Minkin's erroneous approach of apportionment of $0.03 impact based on the ratio of $8.26M revenue inflation at issue to the total inflation of $70.74M for the years 2014-2017.  This yields a per share price inflation of $0.0036, as shown in the highlighted row and the last column in Exhibit 8.

| Exhibit 8.  Allocation of $0.03 Price Drop Across Restated Periods January 1, 2015 - September 30, 2017 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] = [4] / 70,744 | [6] = [5] x $0.03 | [7] | [8] | [9] = [7] x ([6] / [3]) |
| | Net Sales, thousands (Revenue) | | | Calculation of Incremental Price Inflation | | | | Value of Fraud per Share | |
| Reported Period | Previously Reported | Restated | Revenue Overstatement | Cumulative Net Sales Adjustment (thousands) | Cumulative Net Sales Adjustment, % of Total | Cumulative Price Inflation Per Share as of Reporting Day | Incremental Price Inflation as of Period Reporting Day | Fraudulent Revenue Recognition (thousands) | Incremental Price Inflation per Share Due to Fraud down to $0.01) |
| 2014 | $118,223 | $105,257 | $12,966 | $12,966 | 18.3% | $0.01 | $0.01 | $0 | $0.000 |
| 2015 | $187,296 | $153,131 | $34,165 | $47,131 | 66.6% | $0.02 | $0.01 | $8,262 | $0.0036 |
| 2016 | $245,015 | $221,712 | $23,303 | $70,434 | 99.6% | $0.03 | $0.01 | $0 | $0.000 |
| Q1-Q3 2017 | $233,592 | $233,282 | $310 | $70,744 | 100.0% | $0.03 | $0.00 | $0 | $0.000 |

*Source: Expert Report of Dr. Artur Minkin, dated February 9, 2021, Exhibit 3*

Finally, in Exhibit 9, I use the exact figures used by Dr. Minkin for his estimates of net purchases by shareholders and compute the aggregate shareholder harm by multiplying the per-share inflation amount by the net purchases, shown in the last column of Exhibit 9.  As shown at the bottom of this table, the aggregate amount of the shareholder harm, based on Dr. Minkin's erroneous methodology is $192,750.

---

[60] It is inappropriate to use a traditional event-study approach (which assumes market efficiency) in calculating the impact of the revenue inflation disclosure on March 17, 2020, because by that time MiMedx had been delisted from the NASDAQ exchange and was trading as an over-the-counter ("OTC") stock.  A SEC study notes: "[a]cademic studies find that *OTC stocks tend to be highly illiquid; are frequent targets of alleged market manipulation*; generate negative and volatile investment returns on average; and rarely grow into a large company or transition to listing on a stock exchange."  Joshua White, "Outcomes of Investing in OTC Stocks," U.S. Securities and Exchange Commission, Division of Economic and Risk Analysis (DERA), December 2016, https://www.sec.gov/dera/staff-papers/white-papers/16dec16_white_outcomes-of-investing-in-otc-stocks.html.  Thus, OTC stocks are unsuitable for event study analysis because one of the fundamental requirements of a valid event study is that the stock in question be traded in an efficient market.  See, for example, Robert G. Brown, "Understanding and Conducting Event Studies," *Journal of Business Finance & Accounting*, Vol. 10, No. 4 (1983), pp. 561-584.

**Exhibit 9.  MiMedx Group, Inc. Institutional Shareholder Harm Share Activity 2/23/2016 – 2/20/2018**

| | [1] | [2] | [3] | [4]=[2]-[3] | [5]=[4]×$0.0036 |
|---|---|---|---|---|---|
| | Institution | Estimate of Shares Purchased | Estimate of Shares Sold | Estimate of Net Shares Purchased | Harm |
| 1 | Wellington Management Co. LLP | 7,230,683 | 94,573 | 7,136,110 | $25,839 |
| 2 | SSgA Funds Management, Inc. | 6,113,841 | 199,423 | 5,914,419 | $21,415 |
| 3 | Consonance Capital Management LP | 5,990,682 | 1,849,730 | 4,140,952 | $14,994 |
| 4 | The Vanguard Group, Inc. | 3,667,692 | 0 | 3,667,692 | $13,280 |
| 5 | BlackRock Fund Advisors | 3,488,681 | 50,198 | 3,438,483 | $12,450 |
| 6 | Millennium Management LLC | 2,547,835 | 609,233 | 1,938,602 | $7,019 |
| 7 | CIBC Private Wealth Advisors, Inc. | 1,540,897 | 58,422 | 1,482,475 | $5,368 |
| 8 | Tiedemann Advisors LLC | 4,918,114 | 3,465,696 | 1,452,418 | $5,259 |
| 9 | Morgan Stanley & Co. LLC | 2,341,475 | 977,742 | 1,363,733 | $4,938 |
| 10 | Balyasny Asset Management LP | 1,780,749 | 523,719 | 1,257,030 | $4,552 |
| 11 | Credit Suisse Securities (USA) LLC (Broker) | 1,302,611 | 62,809 | 1,239,802 | $4,489 |
| 12 | Norges Bank Investment Management | 1,209,183 | 0 | 1,209,183 | $4,378 |
| 13 | Manulife Investment Management (US) LLC | 2,945,294 | 1,869,072 | 1,076,221 | $3,897 |
| 14 | Arrowstreet Capital LP | 971,012 | 0 | 971,012 | $3,516 |
| 15 | Senzar Asset Management LLC | 2,766,337 | 1,985,756 | 780,581 | $2,826 |
| 16 | QMA LLC | 802,993 | 195,072 | 607,921 | $2,201 |
| 17 | Disciplined Growth Investors, Inc. | 648,479 | 49,452 | 599,027 | $2,169 |
| 18 | Thrivent Asset Management LLC | 588,027 | 53,275 | 534,753 | $1,936 |
| 19 | LahiTapiola Varainhoito Oy | 689,634 | 180,000 | 509,634 | $1,845 |
| 20 | Allianz Global Investors GmbH | 470,447 | 8,582 | 461,865 | $1,672 |
| | Other Institutions | | | 13,451,127 | $48,705 |
| | **Total** | **52,014,666** | **12,232,755** | **53,233,039** | **$192,750** |

Source: Expert Report of Dr. Artur Minkin, dated February 9, 2021, Exhibit 5

There are several factual aspects of the MiMedx matter that distinguish it from other typical stock drop cases.  First, on February 20, 2018, the revenue inflation at issue was not disclosed. Second, even if one acknowledges that there was a partial corrective disclosure on that day, various factors unrelated to the conduct at issue affected that day's stock drop, making it impossible to disentangle the effect of the revenue inflation in 2015.  Third, when the revenue restatement was announced nearly five years after the period at issue, it was for the years 2014 through 2017; and even for 2015, the amount of the revenue restatement far exceeded the $8.26 million revenue inflation at issue.  Finally, because of the demonstrated absence of a relationship between revenue-related events and share price reaction for MiMedx's stock, it is impossible to determine what the price impact and shareholder loss, if any, would have been had MiMedx missed revenue guidance in a single quarter in 2015.  Therefore, I conclude that, in this matter, it is not possible to compute shareholder losses attributable to the conduct at issue with any degree of certainty.

## F.      A SUMMARY OF MR. PETIT AND MR. TAYLOR'S GAINS

I have been asked by counsel to review and summarize the evidence proffered at trial regarding the gains realized by Mr. Petit and Mr. Taylor from cash bonuses received as a result of the inflated revenue at issue. Exhibit 10 contains this summary. The gain for Mr. Petit ranges between $165,224 and $202,436.  The gain for Mr. Taylor ranges between $125,208 and $153,408.

| Exhibit 10.  Measure of Defendants' Gains Attributable to 2015 Revenue Inflation | | | | | |
|---|---|---|---|---|---|
| | 2015 Actual Bonus Payout | 2015 'But-for' Bonus Payout Without Revenue Inflation | | Gains or Losses | |
| Defendant | Based on Reported Revenue | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Petit | $517,254 | $314,818 | $352,030 | $165,224 | $202,436 |
| Taylor | $391,980 | $238,572 | $266,772 | $125,208 | $153,408 |
| Source: Government Exhibit 50, 19 CR. 850 (JSR), p. 1. | | | | | |

Respectfully Submitted,

Atanu Saha

Date: February 12, 2021

38

**APPENDICES**



# Atanu Saha

**Ph.D.**

## Partner

**Los Angeles**
2029 Century Park East
Suite 400
Los Angeles, CA 90067

T:  +1 213 459 1830
E: asaha@stoneturn.com

**New York**
17 State Street
2nd Floor
New York, NY 10004

T:  +1 212 430 3400

Atanu Saha, a Partner with StoneTurn, has over 25 years of experience in the application of economics and finance to complex business issues. He has served as an expert witness in numerous securities matters, and provided testimony in disputes related to antitrust, patent infringement, valuation of investment portfolios and commercial damages.

An expert witness in matters involving securities fraud, market manipulation, and 10b-5 claims, Atanu's research on securities litigation issues has been cited by the U.S. Court of Appeals for the 11th Circuit. He applies considerable expertise in the energy, financial services and healthcare sectors, as well as a specialization in data analytics, to assist clients across a range of industries with data-driven insights.

Prior to joining StoneTurn, Atanu served as Managing Director at Econ One Research, where he was the head of the firm's finance and securities practice. Earlier in his career, he co-founded Data Science Partners, as well as held senior positions at other consulting firms, including Analysis Group, Alix Partners and Compass Lexecon. In addition, Atanu was a tenure-track professor at Texas A&M University where he taught Ph.D.-level courses in econometrics and applied economics.

Atanu is the author of numerous refereed journal articles, monographs and book chapters and his research has been cited in various publications, including *The Wall*

## Education

Ph.D., University of California—Davis

M.A., University of Alberta, Canada

## Practice Areas

Litigation Advisory

    Securities and Finance

    Business Disputes

    Competition & Class Actions

    Expert Testimony

    Intellectual Property

Valuation Advisory

Data Analytics

*Street Journal*, *The Economist*, and *The New York Times*. He is the recipient of the prestigious Graham and Dodd Award for financial research.

## PREVIOUS EXPERIENCE

- Managing Director, Econ One Research, Inc. (2018-2020)
- Co-Founder and Chairman, Data Science Partners (2015-2018)
- Executive Vice President, Compass Lexecon (2009-2015)
- Managing Director, Alix Partners (2006-2009)
- Managing Principal, Analysis Group, Inc. (1998-2006)
- Sr. Economist, Micronomics (1995-1998)
- Faculty Member, Texas A&M University (1991-1995)

## ACCOLADES

- Recipient, Graham and Dodd Award, "Best Perspectives Paper 2005" for "Hedge Funds: Risk and Return," with B. Malkiel, Financial Analysts Journal, December 2005, 80-88.

## TESTIMONIAL EXPERIENCE

### Antitrust and Damage Analysis

- *Arthur Garabedian v. Los Angeles SMSA et al.* — Expert report and testimony regarding pricing conditions in the cellular communications industry. The class action lawsuit involved price fixing charges against LA Cellular and AirTouch.

- *Michael A. Lobatz, M.D. v. Airtouch Cellular Company and U.S. West Cellular of California, Inc.* — Expert analysis to evaluate the joint settlement between plaintiff class and AirTouch and US West.

- *Beer Antitrust Litigation* — Expert report and testimony regarding pricing conditions in the beer industry. Econometric analysis of beer prices charged by Anheuser Busch to its distributors.

- *Industrial Ferrosilicon Antitrust Litigation* — Expert report regarding the pricing conditions in the international ferrosilicon market. The litigation involved price-fixing allegations.

- *EMC Corporation v. Mann and Karrat* — Expert report and testimony based on economic analysis to determine whether or not the memory storage products of EMC and StorageApps compete in the same product market.

- *EMC Corporation v. D. Kempel* — Expert report determining whether or not the products of EMC and SANgate Systems compete in the same product market.

- *Liebel-Flarsheim Co. v. Medrad, Inc.* — Expert report and testimony regarding "Kodak-type" issues in the fore and after markets for power injectors.

### Securities Pricing and Valuation

- *County of Orange v. McGraw-Hill Companies, Inc., d/b/a Standard & Poors* — Expert witness and testimony for the defendant, Standard & Poors. Assignment included evaluation of the investment strategy implemented by Orange County in its investment pool and the estimation of damages, if any, caused by the allegedly erroneous S&P ratings of Orange County's debt.

- *Granite Partners et al. v. DLJ and ML et al.* — Expert witness and testimony to evaluate damages suffered by the Askin Funds (Granite Partners, Granite Corporation and Quartz Hedge Funds) as a result of the liquidation of assets composed of CMOs.

- *EMC Corporation v. Joanna T. Karwowksa* — Expert report and testimony regarding the valuation of Employee Stock Options (ESOs).

- *Amado Lopez v. Lehman Brothers et al.* — Arbitration before NASD Panel; testimony regarding the valuation of bonds.

- *Olson v. Halvorsen et al.* — Expert witness and testimony regarding fair value of Viking Global, a hedge fund, and rebuttal damage analysis.

- *Amaranth Natural Gas Commodities Litigation* — Expert analyses and testimony regarding class certification and merits issues in natural gas futures price manipulation claim.

- *Platinum and Palladium Commodities Litigation* — Expert analysis of platinum and palladium prices in response to commodity and futures price manipulation claims.

- *IRS v. Presidio Advisory Services et al.* — Expert witness and testimony regarding 'economic substance' of certain investment strategies.

- *SEC v. Hedge Fund* — Expert rebuttal analysis of SEC's allegations regarding certain trading practices of a hedge fund.

- *SEC v. optionsXpress, Inc* — Expert analysis and testimony on behalf of Charles Schwab regarding options transactions and Reg SHO issues.

- *Street Retail Inc., et al. v. Vornado Realty Trust, et al.* — Expert analysis and testimony on behalf of Vornado regarding valuation of real estate assets.

- *MKP Master Fund v. Salomon Smith Barney (SSB)* — Analysis of damages arising from the liquidation of the portfolio which occurred as a result of the margin calls faced by the hedge fund from its prime broker, SSB.

- *Eagle Cayman Fund v. Salomon Smith Barney* — Analysis of damages arising from the liquidation of the portfolio when the hedge fund failed meet the margin calls by SSB.

## Securities Pricing and Securities Class Action Matters

- *Charles Fargo, et al. v. Joseph McCartney, et al.* — Expert witness and testimony for counsel for the defendant, Osicom Technologies, in a Rule 10b-5 litigation.

- *Towers Securities Litigation* — Expert analysis and testimony; event study analysis of Tower's share prices in a Rule 10b-5 class action litigation; rebuttal damage analysis.

- *Greenfield Online Securities Litigation* — Expert analysis regarding damage exposure in a Rule 10b- 5 matter.

- *Jabil Circuits Option Backdating Inquiry* — Expert analysis on behalf of the Special Committee investigating whether the stock options granted to the executives of the firm were backdated.

- *Robert Bains, et al. v. Moores, et al.* — Expert rebuttal analysis of damages arising from the fall of Peregrine's share prices and event study analysis of Peregrine's stock price movement.

- *WorldCom Securities Litigation* — Analysis on behalf of defendant Citi Bank; event-study analysis of the impact, if any, of securities analysts' reports on the share prices of WorldCom in a Rule 10b-5 litigation.

- *Freddie Mac Securities Litigation* — Analysis on behalf of defendant Freddie Mac; event-study analysis and estimation of potential damages exposure in a Rule 10b-5 litigation.

- *Ahold Securities Litigation* — Analysis on behalf of defendant Ahold; event-study analysis and estimation of potential damages exposure in a Rule 10b-5 litigation.

- *Global Crossing Securities Litigation* — Analysis on behalf of defendant Citi Bank; event-study analysis of the impact, if any, of securities analysts' reports on the share prices of Global Crossing in a Rule 10b-5 litigation.

- *Bank of America Securities Litigation* — Analysis on behalf of defendant Bank of America; event-study analysis of the impact, if any, of alleged corrective disclosures in a Rule 10b-5 litigation.

- *DeMarco v. Lehman Brothers* — Analysis on behalf of defendant Lehman Brothers; event-study analysis of the impact, if any, of securities analysts' reports on the share prices of RealNetworks in a Rule 10b-5 litigation. Class certification was denied by Judge Rakoff of SDNY.

- *Madoff Litigation* — Expert analysis on behalf of Securities Investor Protection Corporation (SIPC) Trustee for the liquidation of Bernie L. Madoff Investment Securities. Data analyses to examine whether Madoff's investment returns were 'too good to be true.'

- *The International Projects Development v. Oxbo Carbon & Minerals, et al.* — Expert rebuttal report and damages analysis in an ICC Arbitration matter.

- *Polkomtel S.A. v. SiCap AG* — Expert analysis and testimony in an ICC Arbitration matter.

- *SEC v. Thomas Fisher, et al.* — Expert analysis of damages resulting from alleged inflation of Nicor stock prices.

- *IRS v.* Renaissance Technologies — Expert reports regarding the economic implications of certain option contracts.

- *Kathryn Hyland et al. on behalf of all others similarly situated v. Navient Corporation* — Expert report and quantification of damages suffered by student loan borrowers, who borrowed under the PSLF program.

## Pharmaceutical Litigation

- *Warfarin Sodium Antitrust Litigation* — Expert report regarding pricing conditions and potential consumer savings in the market for Coumadin and its generic substitute.

- *Cardizem CD Antitrust Litigation* — Expert reports and testimony regarding pricing conditions, drug substitution rates and consumer savings in the market for brand name and generic pharmaceutical drugs.

- *Lorazepam and Clorazepate Antitrust Litigation* — Expert reports and testimony regarding the economic impact of vertical supply agreements between a generic manufacturer of two pharmaceutical products and an active ingredient supplier for these products.

- *Vitamin Antitrust Litigation* — Expert analysis regarding the pricing conditions in the market for vitamin C. The litigation involved price-fixing allegations.

- *Medicis Pharmaceutical Corporation v. Actavis Mid Atlantic LLC* — Expert analysis and testimony regarding damages to brand franchise due to early generic entry.

- *Robert Bishop, et al. v. Kowa Pharmaceuticals America, Inc.* — Expert analysis regarding valuation of a privately held pharmaceutical firm.

- *Pharmaceutical Product Development, LLC v. TVM Life Science Ventures VI, L.P., et al.* — Expert analysis regarding valuation of privately held pharmaceutical firm.

- *Janssen Biotech et al. v. Celltrion and Hospira.* — Expert analysis and testimony on behalf of Pfizer regarding the entry of biosimilar substitute for the biologic drug Remicade in the U.S. market.

- *Genentech and City of Hope et al. v. Sandoz.* — Expert analysis on behalf of Sandoz regarding the entry of biosimilar substitute for the biologic drug Rituxan in the U.S. market.

- *PhRMA v. Robert P. David, Director of the California Office of Statewide Health Planning and Development.* -- Expert analysis on behalf of CA AG's office regarding the economic implications of SB17, and difference between WAC and transaction prices.

## ERISA Litigation

- *Freddie Mac ERISA Litigation* — Expert analysis on behalf of defendant Freddie Mac. Comparative performance analysis of the retirement portfolio of Freddie Mac's employees. Rebuttal analysis of class action claims.

- *NUI ERISA Litigation* — Expert analysis on behalf of NUI. Rebuttal analysis of class action plaintiffs' damage claim.

- *The Southern Company ERISA Litigation* — Expert analysis on behalf of The Southern Company. Rebuttal damage analysis based on individual employee's investment decisions.

- *Bank of America ERISA Litigation* — Analysis on behalf of Bank of America. Rebuttal analysis of class action claims.

- *Citi ERISA Litigation* — Analysis of behalf of Citi. Expert rebuttal report and testimony regarding class action claims.

## Contract Dispute

- Expert testimony at an arbitration on behalf of an interdealer broker regarding breach of contract and damage analyses.

- *Sinochem (USA), Inc. v. Ideal Rattan, Inc.* — Expert testimony regarding breach of contract damages.

- *Mihaylo v. Bank of America* — Economic analysis in connection with a loan dispute involving Bank of America.

- *Compton Commercial Development Renaissance Plaza Company v. East Coast Foods, Inc.* — Damages assessment regarding breach of lease contract.

# PUBLICATIONS

## Refereed Publications

- "A Market Signal-Based Alternative to Buy and Hold Investing," with Y. Xu, Forthcoming, *Journal of Investment Management,* 2020.

- "Pharmaceutical Industry's Changing Market Dynamics," with H. Roberts, *International Journal of the Economics of Business*, 27(2), 2020, 159-175.

- "Mutual Fund Returns and Their Characteristics: A Simple Approach to Selecting Better Performing Actively-Managed Funds," with B. Malkiel, *Journal of Investing*, 29(3) April 2020, 63-75.

- "The Rise of Dominant Firms: The Role of Chance," with A. Havenner, *Open Economics*, 2, 2019: 76-91.

- "Are Actively Mutual Funds Per Se Imprudent Choices for 401(k) Plans?" with H. Roberts, *The Journal of Retirement*, 7, Summer 2019, 58-77.

- "Has the VIX Been Manipulated?" with B. Malkiel and A. Rinaudo, *Journal of Asset Management* 20(1), February 2019, 1-14.

- "Option Writing: Using VIX to Improve Returns," with B. Malkiel and A. Rinaudo, *The Journal of Derivatives*, December 2018, 38-49.

- "Actively Managed versus Passive Mutual Funds: A Race of Two Portfolios," with A. Rinaudo, *The Journal of Financial Transformation* 46, November 2017, 193-206.

- "Downside Risk Protection of Retirement Assets: A New Approach," with A. Rinaudo, *The Journal of Financial Transformation* 45, March 2017, 111-120.
- "A Tale of Two Anomalies: Higher Returns of Low-Risk Stocks and Return Seasonality," with C. Fiore, *The Financial Review* 50(2), 2015, 257-273.
- "An Intraday Event Study Methodology for Determining Loss Causation," with A. Rinaudo, *The Journal of Financial Perspectives* 2(2), July 2014, 161-172.
- "Calculating Damages in ERISA Litigation," with A. Ferrell, *The Journal of Financial Perspectives* 1(2), 2013, 93-103.
- "Valuation of Cash Flows with Time-Varying Cessation Risk," with B. Malkiel, *Journal of Business Valuation and Economic Loss Analysis*, 7(1), 2012.
- "Detecting Price Artificiality and Manipulation in Futures Markets: An Application to Amaranth," with H. Petersen, *Journal of Derivatives and Hedge Funds*, 18, 2012, 254-271.
- "Forward-Casting 10b-5 Damages: A Comparison to Other Methods," with A. Ferrell, *Journal of Corporation Law*, 37(2), Winter 2012, 365-387.
- "DCF Valuation with Cash Flow Cessation Risk," with B. Malkiel, *Journal of Applied Finance*, 1, 2012, 175-185.
- "Securities Litigation and the Housing Market," with A. Ferrell, *Journal of Corporation Law*, Fall 2009, 92-122.
- "The Clustering of Extreme Movements: Stock Prices and the Weather," with B. Malkiel and A. Grecu, *The Journal of Investment Management*, 2009, 20-35.
- "The Loss Causation Requirement for Rule 10b-5 Causes-of-Action: The Implication of Dura Pharmaceuticals v. Broudo," with A. Ferrell, *The Business Lawyer*, November 2007.
- "Why Do Hedge Funds Stop Reporting Their Performance?" with A. Grecu and B. Malkiel, *Journal of Portfolio Management*, Fall 2007, 119-126.
- "To Bundle or Not To Bundle: Firms' Choices Under Pure Bundling," with G. Hubbard and J. Lee, *International Journal of the Economics of Business*, February 2007, 59-83.
- "Complementary Goods: Prices and Consumer Welfare Under Duopoly and Monopoly," with A. Girnius and O. Andriychenko, *International Journal of the Economics of Business*, November 2006, 373-386.
- "Generic Competition in the U.S. Pharmaceutical Industry," with H. Grabowski, H. Birnbaum, P. Greenberg, and O. Bizan, *International Journal of the Economics of Business*, April 2006, 15-38.
- "Hedge Funds: Risk and Return," with B. Malkiel, *Financial Analysts Journal*, December 2005, 80-88. Recipient of the Graham and Dodd "Best Perspectives Paper" Award, 2005.
- "Predicting the Price Effect of Mergers with Polynomial Logit Demand," with P. Simon, *International Journal of the Economics of Business*, Antitrust Special Issue, 7, 2000, 149-157.
- "The Economics of Crime and Punishment: An Analysis of Optimal Penalty," with G. Poole, *Economics Letters*, 68, 2000, 191-196.
- "A New Approach to Estimating Damages in Mass Torts," with L. Hilton, *International Journal of the Economics of Business*, 7, 2000, 27-46.
- "He Came, He Saw, [and] He Waited: An Empirical Analysis of Inertia in Technology Adoption," with D. Dong, *Applied Economics*, 30, 1998, 893-905.
- "Refutable Implications of the Firm Model Under Risk," with R. Shumway, *Applied Economics*, 30, 1998, 441–448.

- "Risk Preference Estimation in the Nonlinear Mean Standard Deviation Approach," *Economic Inquiry*, 35, 1997, 770–782.
- "Estimating Nested Count Data Models," with D. Dong, *Oxford Bulletin of Economics and Statistics*, 59, 1997, 423–430.
- "Expo-Power: A Flexible Hazard Function for Duration Data Models," with L. Hilton, *Economics Letters*, 54, July 1997, 227–233.
- "Stochastic Production Function Estimation: Small Sample Properties of ML versus FGLS," with A. Havenner and H. Talpaz, *Applied Economics*, 29, 1997, 459–469.
- "Calculating Marginal Effects in Models for Zero Expenditures in Household Budgets Using a Heckman- type Correction," with O. Capps and P. Byrne, *Applied Economics*, 4, 1997, 181–185.
- "Calculating Marginal Effects in Dichotomous-Continuous Models," with O. Capps and P. Byrne, *Applied Economics Letters*, 4, 1997, 181–185.
- "The Economics and Econometrics of Damage Control," with C.R. Shumway and A. Havenner, *American Journal of Agricultural Economics*, 79, 1997, 773–785.
- "Analysis of Food Away from Home Expenditure Patterns for US Households, 1982–1989," with P. Byrne and O. Capps, *American Journal of Agricultural Economics*, 78, 1996, 614–627.
- "The Role of Information in Technology Adoption: The Case for rbST in the California Dairy Industry," with C. Klotz and L. J. Butler, *Review of Agricultural Economics*, 17, 1995, 287–298.
- "Production and Savings Under Uncertainty," with R. Innes and R. Pope, *International Review of Economics and Finance*, 2, 1994, 365–375.
- "A Two-Season Agricultural Household Model of Storage and Savings Under Uncertainty," *Journal of Development Economics*, 45, 1994, 245–269.
- "Adoption of Emerging Technologies Under Uncertainty," with A. Love and R. Schwart, Jr., *American Journal of Agricultural Economics*, 76, 1994, 836–846.
- "A Household Model of On-farm Storage Under Price Risk," with J. Stroud, *American Journal of Agricultural Economics*, 76, 1994, 522–534.
- "Joint Estimation of Risk Preference and Production Technology Using the Expo-Power Utility Function," with R. Shumway and H. Talpaz, *American Journal of Agricultural Economics*, 76, 1994, 173–184.
- "Compensated Optimal Response Under Uncertainty in Agricultural Household Models," *Agricultural Economics*, 11, 1994, 111–123.
- "Expo-Power Utility: A Flexible Form for Absolute and Relative Risk Aversion," *American Journal of Agricultural Economics*, 75, 1993, 905–913.

## Monographs, Books and Other Publications

- "Will Recession Strike in 2020?" with B. Malkiel, *The Wall Street Journal*, December 2019.
- "What an Economic Analysis Reveals About ERISA Litigation," with A. Rinaudo, *Law 360*, February 2019.

APPENDIX A

- "Conditional Option Writing: Using VIX to Improve Returns," with A. Rinaudo and B. Malkiel, *Seeking Alpha*, October 2018.
- "Commentary: Inclusion of High-Fee Funds not Necessarily a Breach of Fiduciary Duty," with A. Rinaudo, *Pensions & Investments*, May 2018, 12.
- "Are Traditional Valuation Models Flawed? An Illustrative Example: Valuing a Hedge Fund," with B. Malkiel, *ValueWalk*, March 2018.
- "Hedge Funds Today: Caveat Emptor," with B. Malkiel, *The Wall Street Journal*, July 2005.
- "The Projected Effects of rbST and MOET on World Dairy Markets," with L. Jarvis. Chapter in *The Potential Effect of Two New Biotechnologies on the World Dairy Industries*, Westview Press, 1996.

**APPENDIX B: Documents Relied On**

### Legal Filings *(U.S. v. Petit & Taylor)*
Indictment dated November 25, 2019.

Government Exhibit 50, 19 Cr. (850) JSR.

Government Witness Carina Chambarry Trial Testimony, dated November 11, 2020 and November 12, 2020.

### Expert Reports
Expert Report of Artur Minkin, Ph.D. and Related Exhibits, dated February 9, 2021.

### Financial Data
Bloomberg and Yahoo data for MiMedx, its industry competitors, and S&P 500.

MiMedx Group, Inc. Form 10-K, filed March 17, 2020.

### Literature
Robert G. Brown, "Understanding and Conducting Event Studies," Journal of Business Finance & Accounting, Vol. 10, No. 4 (1983), pp. 561-584.

Allen Ferrell and Atanu Saha, "The Loss Causation Requirement for Rule 10-b Causes of Action: The Implications of Dura Pharmaceuticals, Inc. v. Broudo" The Business Lawyer, Vol. 63, No. 1 (2007), pp. 163-186.

Somnath Das, Kyonghee Kim, and Sukesh Patro, "On the anomalous stock price response to management earnings forecasts," Journal of Business Finance & Accounting, Vol. 39, No. 7-8 (2012), pp. 905-935.

Alon Brav and J.B. Heaton, "Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," Washington University Law Review, Vol 93, No. 2 (2015), pp. 583-614.

Jill E. Fisch, Jonah B. Gelbach, and Jonathan Klick, "The Logic and Limits of Event Studies in Securities Fraud Litigation," Texas Law Review, Vol. 96 (2018), pp. 553-624.

Hemang Desai, K. Ramesh, S. Ramu Thiagarajan, and Bala V. Balanchandran, "An investigation of the Informational Role of Short Interest in the Nasdaq Market," The Journal of Finance, Vol. 57, No. 5 (2002), pp. 2263-2287.

### Websites and Other
"An Open Letter to the MiMedx Auditors," Marcus Aurelius, February 15, 2018, http://mavalue.org/research/open-letter-mimedx-auditors/.

"As Parker Petite's Trial is going on, MiMedx reported this disaster," Petite Parker the Barker, November 5, 2020, petiteparkerthebarker.com.

"Citron Chimes in on MiMedx.  Countdown to Formal Investigation. $3 Price Target," Citron Research, October 24, 2017, containing a YouTube video link, https://www.youtube.com/watch?v=kVafBagmNg0. (The video has since been deleted.)

"Crisis of the Week: Delayed Results Thrust MiMedx Into Spotlight," Wall Street Journal, Risk and Compliance Blog Commentary, March 12, 2018, https://www.wsj.com/articles/crisis-of-the-week-delayed-results-thrust-mimedx-into-spotlight-1520873998.

"Key Points About Regulation SHO," U.S. Securities and Exchange Commission, https://www.sec.gov/investor/pubs/regsho.htm.

"Largest Nasdaq Short Interest vs Free Float as of Jan. 31," Bloomberg, February 9, 2018.

"Letter to Shareholder," MiMedx, November 30, 2017.

"MiMedx Credit Pact Extended Until Oct 12 19 from Oct 12 18," Bloomberg News, October 2, 2017.

"MiMedx Group Inc Presentation Canaccord Genuity Medical," Bloomberg Transcripts, November 19, 2015.

"MiMedx Group Inc Raises Repurchase Program by $10 Million to $60 Mil, Extends Term to Dec. 31, 2016," Dow Jones Institutional News Feed, December 16, 2015.

"MiMedx Group, Inc. (MDXG): Suspending Rating, Price Target, and Estimates Until Investigation Completed," PiperJaffray, Company Note, March 15, 2018.

"MiMedx Sees 2016 Adj EPS 31C-35C, EST. $0.26," Bloomberg News, December 16, 2015.

"MiMedx Shareholder Alert Former SEC Attorney Willie Briscoe and Powers Taylor LLP Announce," Business Wire, September 6, 2013.

"MiMedx Shares Sink After Company Announces Subpoena, Lawsuit," The Associated Press, January 2, 2015.

"MiMedx Vendors Soliciting Up-coding of Medicare Incentives," Viceroy Research Group, November 16, 2017, https://viceroyresearch.files.wordpress.com/2017/11/part-17-sec-submission.pdf.

"MiMedx: Channel Stuffing Accusations Resurface in Recent Counterclaim; Former Employees Corroborate Allegations; A Close Look at Potential Risk," The Capitol Forum, August 21, 2017.

"MiMedx: Flying Too Close to the Sun," Marcus Aurelius Value, September 20, 2017, http://www.mavalue.org/research/mimedx-flying-close-sun/.

"MiMedx's Employment of Kickback & Bribery Scheme Inducers Makes it Uninvestable," Viceroy Research Group, September 20, 2017, https://viceroyresearch.files.wordpress.com/2017/10/mimedx-report-20-09-2017.pdf.

APPENDIX B: Documents Relied On

### Websites and Other *(continued)*

"The GameStop Short Squeeze Shows an Ugly Side of the Investing World," Wall Street Journal, January 27, 2020, https://www.wsj.com/articles/gamestop-stock-short-squeeze-ugly-side-11611750250.

"What Short Interest Tells Us," Investopedia, https://www.investopedia.com/articles/01/082201.asp.

Allison Saunders, "MiMedx Mentioned Cautiously by Citron Shares Fall 6%," Bloomberg First Word, October 24, 2017.

Andrew Cinko and Cristin Flanagan, "MiMedx to Meet with FDA on Oct 28th," Bloomberg First Word, October 17, 2013.

Ariel Fromer Babcock and Sarah Williamson, Quarterly Earnings Guidance - A Corporate relic?, The Conference Board Director Notes, March 2018, http://www.shareholderforum.com/access/Library/20180300_ConferenceBoard-DirectorNotes.pdf.

Aurelius, "MiMedx: Undisclosed Details Undermine 'Independent' Investigation," Seeking Alpha, September 27, 2017, https://seekingalpha.com/article/4109861-mimedx-undisclosed-details-undermine-independent-investigation.

Bailey Lipschultz, "MiMedx Falls as First Analysis Says Questions Growing," Bloomberg First Word, October 23, 2017

Bruce D. Jackson, "MiMedx Group, Inc.: Audit Committee Requests Internal Investigation, Multiple Compression to Follow, Lowering Price Target," Lake Street Capital Markets, Institutional Equity Research, February 21, 2018.

Bruce D. Jackson, "MiMedx Group, Inc.: This May Take a While: Downgrading Stock to Hold Until Internal Investigation is Resolved," Lake Street Capital Markets, Institutional Equity Research, February 23, 2018.

Greg Farrell and Anders Melin, "Short-Seller Cohodes's Tweets Spur FBI Visit, Free-Speech Gripes," Bloomberg, February 16, 2018, https://www.bloomberg.com/news/articles/2018-02-16/this-short-seller-pressed-tweet-then-the-fbi-showed-up.

Jason Gewirtz, "GameStop head-spinning volatility may be only the beginning of a new wave," CNBC, January 28, 2021, https://www.cnbc.com/2021/01/28/gamestop-head-spinning-volatility-may-be-only-the-beginning.html.

Joshua Fineman, "MiMedx Drops to Lows After Streetsweeper Mention," Bloomberg First Word, March 20, 2014.

Joshua White, "Outcomes of Investing in OTC Stocks," U.S. Securities and Exchange Commission, Division of Economic and Risk Analysis (DERA), December 2016, https://www.sec.gov/dera/staff-papers/white-papers/16dec16_white_outcomes-of-investing-in-otc-stocks.html.

Marc Cohodes, Open Letter to Parker "Pete" Petit, October 29, 2017.

Matt G. Hewitt, "MiMedx Group, Inc.: Management Addresses Concerns Regarding Internal Investigation and Provides Operational Update, Craig-Hullum Capital Group LLC, Institutional Research, February 23, 2018.

MiMedx Press Release, "C O R R E C T I O N – MiMedx Group, Inc.," PR Newswire, July 28, 2014.

MiMedx Press Release, "Government Declines to Intervene in Action Against MiMedx," PR Newswire, March 23, 2015, https://www.prnewswire.com/news-releases/government-declines-to-intervene-in-action-against-mimedx-300054653.html.

MiMedx Press Release, "MiMedx Achieves Record Revenue and Records First Operating Profit," PR Newswire, October 30, 2014.

MiMedx Press Release, "MiMedx Addresses FDA Untitled Letter and Reiterates 2013 and 2014 Guidance," PR Newswire, September 4, 2013, https://www.prnewswire.com/news-releases/mimedx-addresses-fda-untitled-letter-and-reiterates-2013-and-2014-guidance-222392031.html.

MiMedx Press Release, "MiMedx Announces 2014 Record Revenue and First Full Year Operating Profit," PR Newswire, February 26, 2015, https://www.prnewswire.com/news-releases/mimedx-announces-2014-record-revenue-and-first-full-year-operating-profit-300041751.html.

MiMedx Press Release, "MiMedx Announces 2016 Record Results," PR Newswire, February 23, 2017, http://www.prnewswire.com/news-releases/mimedx-announces-2016-record-results-300412391.html.

MiMedx Press Release, "MiMedx Announces First Quarter 2017 Revenue to Exceed High End of Guidance," PR Newswire, April 13, 2017, http://www.prnewswire.com/news-releases/mimedx-announcesfirst-quarter-2017-revenue-to-exceed-high-end-of-guidance-300439330.html.

MiMedx Press Release, "MiMedx Announces First Quarter of 2016 Revenue Results," PR Newswire, April 10, 2016, http://www.prnewswire.com/news-releases/mimedx-announcesfirst-quarter-of-2016-revenue-results-300248973.html.

MiMedx Press Release, "MiMedx Announces Record 2013 Results," PR Newswire, February 26, 2014.

MiMedx Press Release, "MiMedx Announces Record First Quarter 2013 Results," PR Newswire, May 1, 2013.

MiMedx Press Release, "MiMedx Announces Record Quarterly Results," PR Newswire, April 25, 2014.

MiMedx Press Release, "MiMedx Announces Record Result for Third Quarter of 2015," PR Newswire, October 29, 2015, http://www.prnewswire.com/news-releases/mimedx-announces-record-results-for-third-quarter-of-2015-300168481.html.

**APPENDIX B: Documents Relied On**

**Websites and Other** *(continued)*

MiMedx Press Release, "MiMedx Announces Record Results for Second Quarter of 2015," PR Newswire, July 30, 2015, http://www.prnewswire.com/news-releases/mimedx-announces-recordresults-for-second-quarter-of-2015-300121032.html.

MiMedx Press Release, "MiMedx Announces Record Results for the Second Quarter of 2017 and Raises Full Year Revenue Guidance," PR Newswire, July 26, 2017, http://www.prnewswire.com/news-releases/mimedx-announces-record-results-for-thesecond-quarter-of-2017-and-raises-full-year-revenue-guidance-300494958.html.

MiMedx Press Release, "MiMedx Announces Record Second Quarter Results," PR Newswire, July 31, 2013.

MiMedx Press Release, "MiMedx Announces Record Third Quarter Results," PR Newswire, October 30, 2013.

MiMedx Press Release, "MiMedx Announces Third Quarter Revenues of $84.6 Million Exceeds Guidance by More than 5 Percent," PR Newswire, October 10, 2017, http://www.prnewswire.com/news-releases/mimedx-announces-third-quarter-revenues-of-846-million-exceeds-guidance-by-more-than-5-percent-300533591.html.

MiMedx Press Release, "MiMedx Beats 1Q Profit Forecasts," The Associated Press, April 28, 2017.

MiMedx Press Release, "MiMedx Comments on Recent FDA Draft Guidance on Homologous Use of HCT Ps," PR Newswire, October 29, 2015, http://www.prnewswire.com/news-releases/mimedx-commentson-recent-fda-draft-guidance-on-homologous-use-of-hctps-300169385.html.

MiMedx Press Release, "MiMedx Exceeds Fourth Quarter and Full Year 2014 Revenue Forecasts," PR Newswire, January 12, 2015, http://www.prnewswire.com/news-releases/mimedx-exceedsfourth-quarter-and-full-year-2014-revenue-forecasts-300018945.html.

MiMedx Press Release, "MiMedx Exceeds Fourth Quarter and Full Year 2015 Revenue Consensus," PR Newswire, January 10, 2016, http://www.prnewswire.com/news-releases/mimedx-exceedsfourth-quarter-and-full-year-2015-revenue-consensus-300201990.html.

MiMedx Press Release, "MiMedx Postpones Release of its Fourth Quarter and Fiscal Year 2017 Financial Results," PR Newswire, February 20, 2018, https://www.prnewswire.com/news-releases/mimedx-postpones-release-of-its-fourth-quarter-and-fiscal-year-2017-financial-results-300601124.html.

MiMedx Press Release, "MiMedx Receives Additional Medicare Reimbursement Coverage for EpiFix," PR Newswire, December 12, 2013, https://www.prnewswire.com/news-releases/mimedx-receives-additional-medicare-reimbursement-coverage-for-epifix-235597811.html.

MiMedx Press Release, "MiMedx Reports Further Developments in its Civil Litigation Against Former Employees," PR Newswire, September 7, 2017, https://www.prnewswire.com/news-releases/mimedx-reports-further-developments-in-its-civil-litigation-against-former-employees-300515713.html.

MiMedx Press Release, "MiMedx Reports Record First Quarter 2015 Revenue of $40.8 Million," PR Newswire, April 13, 2015, http://www.prnewswire.com/news-releases/mimedx-reportsrecord-first-quarter-2015-revenue-of-408-million-300064856.html.

MiMedx Press Release, "MiMedx Responds To Inquiries Regarding Trading Activity," PR Newswire, March 18, 2013, https://www.prnewswire.com/news-releases/mimedx-responds-to-inquiries-regarding-trading-activity-reiterates-first-quarter-and-full-year-goals-198751461.html.

MiMedx Press Release, "MiMedx Second Quarter of Revenue Exceeds Upper End of Guidance Range," PR Newswire, July 11, 2016, http://www.prnewswire.com/news-releases/mimedx-secondquarter-of-2016-revenue-exceeds-upper-end-of-guidance-range-300296819.html.

MiMedx Press Release, "MiMedx Signs Distribution Agreement with Medtronic," PR Newswire, October 1, 2013, https://www.prnewswire.com/news-releases/mimedx-signs-distribution-agreement-with-medtronic-225942951.html.

MiMedx Press Release, "MiMedx Third Quarter 2016 Revenue Exceeds Upper End of Guidance," PR Newswire, October 10, 2016, http://www.prnewswire.com/news-releases/mimedx-thirdquarter-2016-revenue-exceeds-upper-end-of-guidance-300341697.html.

MiMedx Press Release, "MiMedx Third Quarter Revenue Of $33.5 Million Exceeds Upper End Of Guidance," PR Newswire, October 13, 2014, https://www.prnewswire.com/news-releases/mimedx-third-quarter-revenue-of-335-million-exceeds-upper-end-of-guidance-278988381.html.

MiMedx Press Release, "MiMedx Third Quarter Record Record Revenue is $49 Million," PR Newswire, October 12, 2015, http://www.prnewswire.com/news-releases/mimedx-thirdquarter-record-revenue-is-49-million-300158178.html.

Peggy Hsieh, Timothy Koller, and S.R. Rajan, "The Misguided Practice of Earnings Guidance," McKinsey on Finance, March 1, 2006, https://www.mckinsey.com/business-functions/strategy-and-corporate-finance/our-insights/the-misguided-practice-of-earnings-guidance.

Tess Stynes, "MiMedx Disputes FDA Letter Citing Violations at Surgical Biologics Unit," Dow Jones Institutional News Feed, September 4, 2015.

The Street Sweeper, "Will MiMedx And Its CEO Both Go Down In Flames?" March 21, 2014, Seeking Alpha, https://seekingalpha.com/article/2102513-will-mimedx-and-its-ceo-both-go-down-in-flames.

United States Sentencing Commission, Guidelines Manual, §3E1.1 (Nov. 2018).

Walter Cruttenden, "Shorting America," US Securities and Exchange Commission, https://www.sec.gov/comments/4-627/4627-95.pdf.

*United States v. Petit & Taylor*

**APPENDIX C**

## Table 1: Boomberg-Identified 30 Biotechnology Stocks Considered for Industry Index

| No. | Ticker | Company Name |
|-----|--------|--------------|
| 1 | ADVM | ADVERUM BIOTECHNOLOGIES INC |
| 2 | AKRO | AKERO THERAPEUTICS INC |
| 3 | ALEC | ALECTOR INC |
| 4 | AMTI | APPLIED MOLECULAR TRANSPORT |
| 5 | ANNX | ANNEXON INC |
| 6 | ATNX | ATHENEX INC |
| 7 | BDTX | BLACK DIAMOND THERAPEUTICS I |
| 8 | CHRS | COHERUS BIOSCIENCES INC |
| 9 | CRTX | CORTEXYME INC |
| 10 | ENTA | ENANTA PHARMACEUTICALS INC |
| 11 | EPZM | EPIZYME INC |
| 12 | ESPR | ESPERION THERAPEUTICS INC |
| 13 | FHTX | FOGHORN THERAPEUTICS INC |
| 14 | FPRX | FIVE PRIME THERAPEUTICS INC |
| 15 | FREQ | FREQUENCY THERAPEUTICS INC |
| 16 | HGEN | HUMANIGEN INC |
| 17 | ICPT | INTERCEPT PHARMACEUTICALS IN |
| 18 | ITOS | ITEOS THERAPEUTICS INC |
| 19 | KPTI | KARYOPHARM THERAPEUTICS INC |
| 20 | KRYS | KRYSTAL BIOTECH INC |
| 21 | MORF | MORPHIC HOLDING INC |
| 22 | ORGO | ORGANOGENESIS HOLDINGS INC |
| 23 | PASG | PASSAGE BIO INC |
| 24 | PTGX | PROTAGONIST THERAPEUTICS INC |
| 25 | RDUS | RADIUS HEALTH INC |
| 26 | RNA | AVIDITY BIOSCIENCES INC |
| 27 | SNDX | SYNDAX PHARMACEUTICALS INC |
| 28 | STRO | SUTRO BIOPHARMA INC |
| 29 | TCRR | TCR2 THERAPEUTICS INC |
| 30 | TSHA | TAYSHA GENE THERAPIES INC |

*Source: Bloomberg*

## Table 2: 25 Largest Single-Day MiMedx Stock Price Changes, 2013 - 2017

| No. | Date | Adjusted Price Change [1] | Event Details |
|---|---|---|---|
| 1 | 4-Sep-13 | -46.2% | MiMedx receives the FDA "Untitled Letter" indicating unlawful manufacturing of drugs at one of its plants |
| 2 | 29-Oct-15 | -26.1% | MiMedx receives the restrictive FDA graft guidance for homologous use of its products |
| 3 | 2-Jan-15 | -17.5% | MiMedx receives a subpoena from HHS and announces a lawsuit against a competitor |
| 4 | 13-Oct-15 | -13.6% | MiMedx parts ways with a distributor (CPM), negatively impacting Q3 2015 results by $2-3 million |
| 5 | 14-Mar-13 | -13.4% | Significant short selling activity triggered by rumors on social media |
| 6 | 23-Oct-17 | -11.3% | An underweight analyst suspended MDXG price target and a short seller calls for CEO Petit to resign |
| 7 | 21-Mar-14 | -10.6% | MiMedx stock drops after Short-seller, Streetsweeper, mention |
| 8 | 30-Jul-15 | -10.5% | MiMedx lowers year operating margin to range of 12% to 14% |
| 9 | 19-Nov-15 | -10.2% | MiMedx presents at Canaccord Genuity Medical Technology and Diagnostics Forum |
| 10 | 15-Mar-13 | -10.0% | Significant short selling activity triggered by rumors on social media |
| 11 | 6-Sep-13 | -9.5% | Several law firms announce the investigation of potential claims against MiMedx |
| 12 | 3-Oct-17 | -8.8% | MiMedx credit pact extended until Oct 2019 from Oct 2018 |
| 13 | 24-Oct-17 | -8.8% | MiMedx is mentioned cautiously by an analyst due to its "dirty business" |
| 14 | 21-Oct-13 | 8.8% | MiMedx announces that the meeting with the FDA to discuss the "Untitled Letter" was postponed |
| 15 | 24-Mar-15 | 8.9% | DOJ declines to intervene in action against MiMedx |
| 16 | 14-Oct-14 | 9.3% | MiMedx reaches operating profit for Q3 2014 |
| 17 | 26-Feb-15 | 9.4% | MiMedx reaffirms Q1 2015 views, Q4 2015 revenue beats, EPS misses by $0.01 |
| 18 | 15-Oct-14 | 10.5% | MiMedx reaches operating profit for Q3 2014 |
| 19 | 28-Apr-17 | 10.8% | MiMedx beats Q1 2017 EPS estimates, $0.07 vs. Est. $0.06 |
| 20 | 17-Dec-15 [2] | 11.7% | MiMedx raises repurchase program by $10m to $60m and expects FY 2016 EPS $0.31 to $0.35, Est. $0.26 |
| 21 | 29-Jul-14 | 12.0% | MiMedx expects to record an operating profit in Q3 2014 |
| 22 | 12-Dec-13 | 12.3% | MiMedx receives additional Medicare reimbursement coverage for one of its products |
| 23 | 1-Oct-13 | 12.9% | MiMedx signs distribution agreement with Medtronic |
| 24 | 18-Mar-13 | 13.0% | MiMedx responds to inquiries of abnormal trading activity and reiterated first quarter and full year goals |
| 25 | 5-Sep-13 | 18.0% | MiMedx disputes the FDA "Untitled Letter" |

*Source: Bloomberg*

<u>Notes:</u>

[1] denotes daily MDXG returns adjusted for market and industry factors over the period of 2013 - 2017.

[2] denotes two equally-weighted events: MiMedx raises repurchase program and expects stronger earnings for FY 2016.