# EXHIBIT 2

**Ex. 2**

**SUPPORTING LETTER APPENDIX**

| FAMILY | |
|---|---|
| 1.    Taylor, Carol [Wife] | A001 |
| 2.    Taylor, Olivia [Daughter] | A004 |
| 3.    Taylor, Sophie [Daughter] | A006 |
| 4.    Taylor, Charles and Rolene [Parents] | A008 |
| 5.    Yoder, Robin [Sister] | A010 |
| 6.    Kern, Carolyn [Sister] | A013 |
| 7.    Kern, Jason [Nephew] | A015 |
| 8.    Kruzel, Rebecca [Sister-in-Law] | A017 |
| **COLLEAGUES AND FRIENDS** | |
| 9.    Fitzpatrick, Paul | A018 |
| 10.   Guldberg, Bob | A020 |
| 11.   Hennies, Clyde | A023 |
| 12.   Ito, Takehito | A025 |
| 13.   Lilly, Kevin | A028 |
| 14.   Matthews, Gloria | A030 |
| 15.   Mellon, Henry | A033 |
| 16.   Miller, Brent | A035 |
| 17.   Motisi, Steve | A037 |
| 18.   Tatum, Leana | A039 |
| 19.   Wood, Gary | A041 |
| 20.   LeVaughn, Rick | A043 |

Carol Sue Taylor

██████████████████

February 4, 2021

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

Thank you for considering this letter in support of leniency for my beloved husband, Bill
Taylor.

For twenty-seven years, Bill and I have enjoyed the blessings of a beautiful life together. Bill and
I met in 1990 when we both worked for Miles Laboratories, back in Indiana, where we're both
from. From the very beginning, I was drawn to Bill's honesty, gentleness, and great sense of
humor. We shared strong family values and I respected his work ethic and polite demeanor.

Together, we raised our extraordinary daughters, Olivia and Sophie. Bill has always been an
extremely hard working and loyal husband and father. But as hard as he worked, he was always
there for our daughters to support their academic development and extracurricular activities.
He attended their sporting events and dance recitals no matter what was going on at work. He
spent many nights, after long days working, quizzing our daughters for their math and science
exams. Bill was absolutely devoted to providing the most stable, loving home possible. He put
us first, always.

When Sophie was in middle school, Bill served as a team leader for the Future Cities
Competition, a project-based learning program where students design the cities of the future.
Bill used his mechanical engineering background to coach the year-long process. He empowered
his all-girl team to learn about infrastructure and innovative construction. Bill ran meetings
every week and gave his team a wonderful experience. I am proud to report that Sophie's team
won first prize in the State of Georgia, then advanced to the final round in Washington, D.C.

Bill coached Olivia's softball team one year, and routinely cheered both daughters during their
basketball and lacrosse years. Both our daughters also participated in the theater. In fact, Bill
suggested we host the cast party to celebrate the final performance with the kids and their
parents. Many parents will not even consider hosting due to the big, noisy crowd and the
lateness of the hour. Bill, of course, hosted the party twice. He loved the chance to get to know
the other kids and their families. Bill has a natural instinct for creating community and
fostering a safe, happy environment for kids to enjoy themselves.

1

Bill's love and guidance is a big part of why our daughters became the kind, straight forward, hard-working young women that they are. Our daughter, Olivia, followed Bill's footsteps to become a biomedical engineer. Sophie is currently working in the criminal justice field at the Cherokee County Magistrate Court. They both embody Bill's values and commitment to making things better than you found them, of doing good, not just doing well.

Throughout our marriage, Bill has gone above and beyond to be of service to our entire family, including my parents, sisters, and their families back in Indiana. For example, when my sister, Diane, died in 2004, Bill did everything he could to support me and my sisters. I did not have to worry about anything from flights to packing to childcare. And he paid for all of us to take a trip together, to mourn as a unit, yes, but also to laugh with one another again. Later, Bill helped my family ███████████████████████████ At that time, my father ███████████ ████████████████████████████████████████████████████████ ███████████ In both of these examples, and on so many other occasions, Bill didn't think twice about helping. He didn't make a show of it, either – that's not how he was raised. And he didn't expect anything in return. He just did it because he knew it was the right thing to do. That's how Bill is. It's who he is. Bill cherishes his loved ones, and I am so grateful for our marriage.

Bill's been generous to our neighbors and community, too, it's just his way. At St. Peter Chanel Catholic Church, Bill serves as an usher and member of the Knights of Columbus. He has volunteered on food drives for Haiti and assisted me on Advent with Candlelight, a large community-building event. If there is a way to help a friend, Bill will do it. He helped one neighbor put out a gas fire. At a Halloween party, ████████████████████████████ ████████████████████████████ When two friends had a snafu during a move, Bill invited them to live with us for two weeks. He's helped friends make meaningful professional contacts and opened doors whenever possible. Truly, my husband is the most hospitable, generous, civic-minded person I know.

This case has been a stressful for our entire family. Because of all this, Bill was fired by MiMedx. And news articles and social media posts said all kinds of bad things about him. Bill is not one to gripe, but I could tell how hard this was on him – he'd worked so hard to get where he was. It was hard on me, too, when many neighbors and folks I'd considered friends started looking the other way to avoid talking to me. At times, it's been downright humiliating. Of course, after Bill was charged, nobody would hire him. With no health insurance and no money coming in, I went back into the workforce. After being a stay-at-home mom for 25+ years, looking for a job at 56 years old was difficult, to say the least. Thankfully, I've been able to find a series of positions – although none of them have paid well, I know how incredibly lucky I am to have any job in this current environment, and to be able to help support our family. But without Bill working, we are struggling, falling behind. And I understand more

financial penalties are likely to come, in this case or another.  Frankly, it is scary to think where things go from here, especially if Bill is sentenced to prison.

I know it is my duty to honor the jury's verdict, but the truth is that it has been hard for me to accept.  I've simply never experienced anything but honesty and hard work from Bill.  But as he prepares to receive his sentence, I am focused on acceptance, healing, and grace. And I am grateful to you for considering what I've had to say.

Your Honor, when considering Bill's sentence, I ask that you keep in mind the positive impact he had on our family and community, his long record of hard work and service to others. Please consider handing down a lenient sentence to my husband.

Sincerely,

*Carol Sue Taylor*

Carol Sue Taylor

Olivia Taylor

██████████████████████

02 January 2021

Honorable Jed S. Rakoff
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

Thank you for your service in the case regarding my father, Bill Taylor. I am writing on his behalf to provide some information about his character that I hope you will consider as you make your decision regarding sentencing. I admire my father for his honesty, work ethic, and respect for others.

When I was studying Biomedical Engineering in college and trying to learn more about the medical device and biopharmaceutical industries in the Atlanta area, my father gave me contact information for a few people he had interacted with over the years from different companies. Each of these people expressed a deep respect for my father and his manner of doing business. They all expressed that he was a man of his word who always tried to do the right thing. I was moved by my father's dedication to his work and the excellent reputation he had built for himself in the business community.

Shortly after I was born, my father started a new chapter of his life in Georgia with my mother, away from their families in Indiana, because he had a good job opportunity and wanted to be able to provide a good life for his growing family. All my life my father put in long hours and a lot of travel and time away from us to be able to provide opportunities for us to get a good education. He was the first in his family to graduate from college, so he understood the importance of a quality education. He paid entirely for my undergraduate college education and financially assisted me for part of my graduate program. I know him to be logical and organized with tasks and projects. He gave charitably regularly to his church and to the high school that my sister and I attended, and frequently paid for members of his and my mother's family members to visit from out of town. He helped coach sports and academic teams while we were in school. He is a man who is always willing to lend a hand.

I am now 26 years old (the eldest of his two daughters) and am a Manufacturing Engineer for a medical device company in Alpharetta, GA. I live about a half hour away from my parents' residence. I am fortunate to be able to provide for myself and hope to have a positive impact in my career and community. I believe my father played a valuable role in both shaping my character and providing opportunities for me to learn and grow.

I now respectfully request that Your Honor consider a lenient sentence, as my father has spent his entire life managing businesses with quality and integrity, sharing successes, and providing stability and opportunity for his family and community.

Thank you for your time and consideration.

Sincerely,

Olivia Taylor

Honorable Jed S. Rakoff
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

Thank you for your service to the country and our justice system. My name is Sophie Taylor, and I am Bill Taylor's youngest daughter. I am twenty-three years old and I graduated from college back in May. I moved back home with my parents in March after the coronavirus shut down the University of Georgia, and I have been living here ever since. I graduated from UGA with a degree in Criminal Justice, and after working as a temp for Honda Financial Services for several months, I have received a job offer from Cherokee County's Magistrate Court. I start there on January 7th, 2021. I am writing to you today to provide you with some information about my father and the man I have known him to be my entire life.

I am incredibly excited to start working in my field. I have always been interested in studying criminology, but I originally started out as a psychology major. I switched to marketing in the middle of my freshman year in college and finally switched to criminal justice at the beginning of my sophomore year. My parents were not thrilled with my choice at first; however, my dad helped me come up with a list of potential careers I considered pursuing. He challenged me to find out what steps would be necessary to obtain my dream job and to outline what a specific career may look like over the next year, five years, and ten years. My dad has always challenged me to go above and beyond and to learn as much as possible so I can make educated decisions when it comes to deciding my future.

On a similar note, while he is dreadfully allergic to dogs, my dad supported my decision to volunteer with the Guide Dog Foundation and raise a golden retriever to be a seeing eye/bomb detection dog. I had Pat for 16 months before he was sent up to New York to train with the MSA. Unfortunately, Pat was not very good with his nose and was too distractible. About 6 weeks after Pat left, I was contacted and was given a choice. I could adopt Pat for free, or forfeit my rights and he would be sold to someone else. I knew my decision as soon as I saw that email. My parents were both hesitant, as he sheds a lot and is a lot of responsibility. My dad sat me down and went through all necessary and possible expenses that come with having a dog. While I was training him, I paid for his food and toys but never had to worry about vet bills or medication as those were covered by the Foundation. After creating a whole new budget with my dad, I officially adopted Pat and have had him with me ever since. My dad loves him just as much as I do, and he takes him on walks and spoils him when I'm not home. I've been really blessed in my life with two parents who love me, support me, and who try to set me up for success every step of the way.

A006

When I was a kid, I was not a very sporty girl. My older sister was always the one playing sports; lacrosse, soccer, softball, you name it, she tried it. I was quiet, and shy, and a gigantic book nerd. My dad and I used to bond a lot over science fiction books. When I was in middle school, I tried my hand at sports and played basketball with my church. For context, I stopped growing at 5 foot 3 inches and religiously only wore glasses until the 8th grade when I finally got used to sticking contacts in my eyes. I had a mouth full of metal and was terrified of getting hit in the face with a ball so you can imagine how horrible I was at basketball. My dad used to take me to practice; he was at almost every game, cheering on the sidelines even when I didn't catch the ball or when I missed the hoop completely, which was pretty much every time I threw the ball. I played all three years of middle school, and my dad supported me every year and kept me motivated even when I was close to giving up.

In middle school I also participated in a competition called Future Cities, wherein a group of 3 middle-schoolers first create a "successful" city of over 50,000 residents on SimCity. After creating that simulation, we had to come up with an innovative idea for a city that exists in a particular time in the future; finally, we had to build that city using recycled materials. In the 8th grade, the future assigned to everyone in the competition was one that was depleted of natural resources. My dad was my team's mentor. He helped us every step of the way, from being our sounding board for ideas, some of which were crazier than others, to helping us figure out the best way to create a sturdy, realistic and futuristic city out of wood, boxes, cans, and plastic bottles.

My dad is the kind of dad who always stops what he is doing to come kill a spider for me; he is the kind of dad who is ready to drop everything to drive 2 hours to Athens, Georgia at 10pm on a random Friday night after I called in tears about a terrible date. My dad cannot be summed up in one letter; even 10 letters could not encompass everything my dad has done for me and my family. He has been a constant source of support and love, and he has always been there, not just for me but for everyone else in our family as well. Thank you again for your service and I hope you are staying safe and healthy during this trying time.

Sincerely,

Sophie Taylor

December 16, 2020

Honorable Jed S. Rakoff
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

Thank you for your service and taking time to read our letter.

Our names are Charles and Rolene Taylor, parents of William Taylor, whom we will call
Bill for the purpose of this letter.  Charles is 77 and Rolene is 73, both retired and live in
Goshen, Indiana. Charles works full time in the summer mowing grass for the Parks
Department of our city.

We are writing this letter in support of Bill to provide you with information for your
consideration in making a decision.  We have an outstanding relationship with Bill.  He
has been a blessing not only to us, but the entire family. Neither of us have a high
school education, but we were hard working Christian people who were determined to
give our children as much education as possible, as well as, instill in them the revelation
that hard work, your faith and honesty would take them far.  Consequently our children
grew up with lots of love and family values.

Bill went to a small town high school where people are down to earth and work hard to
achieve the American Dream.  As a teen, Bill played football in high school, but seems
he focused more on academics. He was on the high honor roll throughout high school.
He was active in the youth group at church. He enjoyed the fun things but was also
always ready to help with projects or to help whoever with whatever was needed.  He
raked leaves, shoveled snow for the elderly as well as running errands where needed.

Bill worked for McDonalds part time while in high school until he left for college at
Purdue University. He studied Mechanical Engineering. He was accepted into the Co-op
program with Miles Laboratories in Mishawaka, Indiana.  He worked on diabetic
equipment.  This Co-op program allowed him to help pay for college expenses.  He
worked on several projects that went on to be patented for the company. He graduated
from Purdue with honors.

After college he married and moved to Georgia to pursue a better career than a small
town could offer.  They were soon blessed with 2 daughters.

We always taught all our children it does not matter what you have or where you live it's how you use what you have. There are always lots of people that are less fortunate than you and you need to treat them like you would want to be treated. Always treat them with respect and love and help them in any way that you can.

There have been lots of times Bill has helped people out but didn't tell them he did it because he wanted to make their life a little bit easier. When his brother passed away suddenly without insurance we were all devastated. After It was over. I went to pay the bill and the funeral home told me it was paid in full! I knew it had been Bill because that's something he would do for his parents. He later told us what he had done.

Bill has always been very involved with his daughters Catholic schooling and activities. He has been involved in his church supporting it greatly.

He made sure his girls had a solid education to live by .

He often thanked us for the basic and grounded lessons in life that helped him throughout his life.

After his brother was gone Bill made sure our family spent a lot of vacation time together paying for them knowing the rest of us could not afford it.

Again, your honor, we thank you for your patience in reading about Bill's positive achievements.

We ask that you consider these previous actions in coming to your decision.

No matter what the outcome of this is we know Bill will learn from this and be a better person because of it.

Based on my knowledge of Bill's character, the conduct of which he was accused and convicted is just not Bill . He would never take advantage of anyone. If he can't get something the right way he would not want it.

Sincerely,

Charles Taylor
Charles Taylor

Rolene Taylor
Rolene Taylor

December 18, 2020

Honorable Jed S. Rakoff
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

My name is Robin Yoder. I am writing to you today on behalf of William "Bill" Taylor. I
am hoping to provide you with some insight on the Bill that I know and love. I am an
Administrative Assistant at Bethany Christian Schools in Goshen, Indiana. My husband
and I have been married 34 years and have 3 adult, married children. I have the
privilege of being one of Bill's older sisters.

As I said I am one of Bill's older sisters. I am just two years older. He and I were not
only close in age, being just two years apart, we were nearly inseparable through most
of our growing up years. Growing up Bill was a kind, even tempered person and he
cared about those around him. He was a rule follower and did not like to get into trouble
or make waves. He is an intelligent person and did well in school.

Our parents both came from very poor (poverty), dysfunctional families. Their family
members fell into the cycle of making the same bad choices over and over. Our
parents, at a very early age, decided that was not what they wanted for themselves and
their future family. They married young and intentionally made choices very different
from the families they grew up in. These choices set our parents and our entire family
on a much healthier path and separated us from most of those family members. This
was not an easy thing for them to do, it took diligence and determination. Our parents
will celebrate their 60th wedding anniversary in February. Bill and I have had many long
conversations about the strength, commitment and determination it took to change their
situation. It was not always easy, our parents started out with nothing and earned
everything they had through hard work and determination. These were not the only
lessons our parents taught us. We also learned the importance of honesty and respect.
We grew up knowing the value of working hard and working hard for others. We were
very involved in our church and church projects helping others in our community and
outside our community. When Bill was a teenager he got a part time job at McDonalds.
This helped further his belief in hard work, respect and care for others.

Bill was the first one in our family line to attend and graduate college. Our parents would have sacrificed many things to pay the majority of his college, however, Bill did not want the expense to be a burden for them. Bill continued to work part time. Not long into college his engineering skills were recognized and he received an internship at Miles Laboratories in Mishawaka, Indiana. He was accepted into their co-op program where he was able to work and study to finish his degree with minimal impact on our parents financially. While working at Miles he was able to be a part of several projects that were patented. He graduated Purdue University with honors.

Growing up in a family that money was tight really helped Bill appreciate his employment opportunities and he enjoys being able to help others. He has donated money to many organizations over the years as well as helping out family in so many financial ways. He has been active in his church and his daughter's schools.

Bill's career path led him and his young family to Georgia. Even with the distance over the years Bill has stayed very committed to his and his wife's families that reside in Indiana. He made regular trips to Indiana and encouraged everyone to come to Georgia. He was always very gracious and excited to spend time with his family. It was a regular occurrence for Bill to pay for others to fly to Georgia, or pay for others to join him on vacations, especially our parents. He even sponsored several extended family vacations so that everyone could spend time together. He knew that not everyone had the same financial resources and he wanted to make sure that everyone could take part because family is an important part of life.

There have been so many times that Bill has given his time and money to others. My three children attended private school. On one occasion Bill paid a semester's tuition for all three anonymously. He did not want credit or fan fare, he just wanted to share what he had with others. It took awhile for us to figure out that it was Bill and when pressed, he finally admitted to it. On another occasion, in 2013 our younger brother died suddenly. He was unmarried with no insurance. Again, Bill did not want this burden to fall to our parents, so I helped him arrange to pay for the funeral expenses anonymously. I know he has donated extensively to his church, his daughters schools, Purdue University, and many other charitable causes. I cannot however tell you specifics of these as he did not do it for recognition or attention, so he rarely discussed his contributions. He did these things out of the goodness of his heart.

Throughout Bill's entire life he has been a hard worker. He worked long and hard and poured all of his heart and soul into his job. He has been a firm but fair leader in all of his positions. He is also a dedicated brother, husband, father and a man of great integrity. The charges that Bill was accused and convicted of, are just not the actions of

the man that I know. As I said earlier, he has always been a rule follower and he expects the same of everyone around him.

Thank you for taking your valuable time to read this letter and letters from others. I pray they will help you see the man of integrity and character that I have experienced all of his life. I ask that you consider a lenient sentence for him.

Again, Thank you so much for your time and your patience.

Sincerely,

Robin Yoder

Robin Yoder

December 18, 2020


Honorable Jed S. Rakoff
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007


Re: William Charles Taylor



Dear Judge Rakoff,


I am writing today on behalf of my brother William Charles Taylor (Bill). Thank you for your service and for taking the time to read my letter as I respectfully request that you consider a sentence that is of the utmost lenient nature.

I am the oldest of the 4 siblings and am active as clergy in the Indiana United Methodist Conference. Currently, I am part of a conference initiative called "Front Porch Ministries" and pastor two churches in the Warsaw Indiana area. I am also chaplain for Sands Office Equipment where I am the "advocate of the culture" and strive to direct decisions based on our moral compass. In the year 2021 I will turn 60 to which Bill will surely point out how "old" I am.

My experiences are too numerable to list, as you have other letters to read.  I have witnessed first-hand my brothers love for family, his desire to allow faith to guide his movements individually, as a family and as a leader in the corporate world. He also has a strong desire a passion, to make a difference in the lives of others by using the gifts and talents he has been blessed with in the medical field.

Bill has always been one who sets the bar high with the expectation of excellence in all he does. This can be seen in all areas of his life from cooking on the big green egg to painting a room in his house, or helping someone carry their groceries. He goes beyond the normal, setting high standards in this life as he knows we only have one shot in this journey together.

Bill and his family opened their home to my oldest son in his college years as he found an internship in Georgia. They were gracious to take in an outgoing college kid, fed him, encouraged him, challenged him to give of his best and go the extra mile in everyday living.  Bill mentored Jason and guided him in college decisions, as well as general directions in life.

Our family has experienced the sting of death as we know it here on this earth, with my daughter at the age of 22 and our brother Bryan Lee at the age of 40 who passed just a few years after her.  As a parent suffering from the loss of a child… there are no words that can express the gratitude we have for our family and friends who have carried us during our time of grief and sorrow and the reality of missing a loved one every day of our lives.  On both occasions Bill and his family dropped everything to fly to Indiana immediately.  He was part of decision making that was clear and precise, he took care of the smallest of tasks and the insurmountable when it came to covering the cost of my brother's funeral, as he didn't have any health or life insurance. He did this in the back ground knowing this would have been a great burden on my parents. My mom and dad were not aware of his full generosity until weeks later. Shortly after our brothers passing, Bill felt as all of us did, the importance of making memories with our family while we were mentally and physically able.  He put together and paid for our parents, siblings and their spouses a vacation package. We only wish we had that experience and those memories with our brother Bryan while he was living.

In my experience my brother is caring, level headed, a leader, driven, loving, grateful, honest, wise, decerning, giving, forgiving, trustworthy, a jokester and hates to lose at Euchre. So… based on my knowledge of Bill's character and conduct to which he was accused and convicted this is inconsistent with his prior history and character.  I pray for mercy, compassion and discernment as you contemplate his sentence.

Sincerely
Rev. Carolyn Jo Kern

A014

Jason Kern



12/15/2020

Honorable Jed S. Rakoff
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge, Rakoff:

First, I want to thank you for your 24+ years of service. My name is Jason Kern. I am Bill Taylors nephew. My mother is Bills oldest sister. I am 38 years old, currently reside in [redacted] Indiana with my wife and two young children. I currently work in sales at Delta Faucet Company, a Masco Company. I have worked there for over 7 years, prior working in the medical industry and living in the Atlanta GA area.

Today I am writing on behalf of Bill Taylor to provide some information that I hope you will consider when making your decision regarding his sentencing.

As I mentioned above Bill Taylor is my uncle on my mother's side. I have obviously known Bill since I can remember. Bill and I are 14 years apart and share many similar personal and career interests. We are both very close to our family and spend most holidays traveling to be together. We share the love of Purdue University as we are both Alumni. In fact, Bill has spent many years giving back to Purdue, not only as John Purdue Club member but also providing sponsorship opportunities and many talks to students in the Mechanical Engineering program. Like Bill I spent most more than half of my career in the medical field. When I was a junior at Purdue, I had an internship at Facet Technologies, where Bill spent many years progressing though the ranks and ultimately holding the position of CEO. During that semester I lived with Bill and his family (Carol, Olivia, and Sophia) in Alpharetta GA. This semester was one of the most important times in my professional career and set the stage for my future professional success. Prior to starting that internship Bill and I had numerous conversations regarding my role at Facet. One of those discussions had to do with how Bill and my relationship could impact me while working at Facet as well as how our personal relationship would be challenged. Although I did not work for Bill directly, I was in meetings and worked on projects that he was directly involved in. Bill was always the hardest on me. This always challenged our relationship and always wondered why. Bill always pushed me not to only do my best but to go above and beyond. I had to set my self apart due to some folks at Facet possibly thinking I was getting a free ride. Bill did not force his hand on decisions with me. I had to make a name for myself. In fact, the work I did during my internship was impactful enough that I was offered a fulltime position at Facet a couple of years later. During this time, I worked even closer to Bill on many large very impactful projects with many of our major customers. During my

A015

time at Facet, I was able to be apart of many meetings in which Bill led or was a major part of. During no time did I observe any actions that would be consistent in which he has been accused and convicted of. One thing I can say without a doubt that I learned not only from Bill but others he surrounded himself with personally and professionally was to do what was right no matter the consequences. Learn from your mistakes, use them to make yourself a better person personally and professionally, and use those learnings to teach others. Bill will take these learnings and use them not only to make himself a better person personally and professionally but also help guide others for the rest of his life.

I can honestly say, I would not be where I am today without the professional and personal guidance of Bill Taylor. Yes, he is family, and yes, I love him no matter what he may or may not do, but he is a good man that has transformed so many people's life, wither that is personal friends and family, professional colleagues, or the patients that has used products that Bill was instrumental in launching or providing. I am obviously not here to suggest that Bill is innocent as I have the upmost respect in our Judicial system. I am however asking for you to consider some of the comments I have provided when determining his sentence and being as lenient as possible. I thank you for your time today your honor and again thank you for your service.


Respectfully,

Jason Kern

12/21/20

January 8th, 2021

Honorable Jed S Rakoff

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Rakoff,

I am writing to you in regards to the sentencing of Bill Taylor. My name is Rebecca Kruzel and I have worked on the civilian side of Law Enforcement as a Communications Officer for the Indiana State Police and Campus Safety/Communications Officer for the University of Notre Dame Police Department. My career has spanned over 40 years and I have the utmost respect for all Law Enforcement and the Judicial System.

I have known Bill Taylor for over 27 years. Bill has been married to my sister Carol for over 25 years. I have observed over these years, Bill's character as I know it and believe is that of a self-made, honest, hardworking man of faith. Bill put himself through college and flourished professionally providing a stable, loving and secure home for his wife and daughters. Bill's generosity and dedication to family is exemplary. As a divorced mother of two, Bill has without even being asked, provided financial assistance, guidance and support for me and my children on several occasions. Bill paid for a wonderful 50th Birthday Vacation for me and my sisters to enjoy. Memories I will never forget. Another prime example of his generosity and commitment to family occurred just months after the unexpected death of my sister Diane. Bill included and paid for me, my daughter Mary and my sister's daughter Valerie to join them on a family vacation to Disneyland. A much-needed time for healing and family. Bill has paid for flights for myself and my mother who was on a fixed to come to Georgia for family visits and Holidays. The laughter, joy and crazy fun filled times could not have taken place without Bill's help.

This is Bill's first conviction and offense and so I ask for your leniency in sentencing. If you have any questions, please feel free to contact me ███████████ Your consideration into this matter is greatly appreciated.

Respectfully submitted,

Rebecca L Kruzel

December 31, 2020

Honorable Jed S. Rakoff
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Bill Taylor Sentencing Letter of Support

Dear Judge Rakoff,

Thank you for your service and taking the time to read this letter.  My name is Paul J. Fitzpatrick.  I am a friend and colleague of Bill Taylor.  I am 59 years old, a healthcare and medical device c-level executive and work with startup and small medical device companies including currently serving as the fractional CEO of Advanced Catheter Therapies, Inc based in Chattanooga TN.  I provide pro bono mentoring to entrepreneurs and have served as a volunteer board member to several life science/medical device professional associations including currently being elect to service as Chairman of the Board for Life Sciences of Tennessee for 2021/2022.  I began my healthcare career in the public/private EMS services sector as a professional paramedic for 18 years.  I live in Maine but split my time between Maine, Tennessee, and Georgia.

I am writing to you on behalf of Bill to provide some information that I hope you will consider in making your decision with regard to Bill's sentencing.  I have known Bill for 12 years.  I first met Bill when we were both going through work related transition along with several other healthcare executives.  This group was comprised of several members of the Atlanta based Kettering Executive Network (KEN) www.ketteringsuccess.org .  This is an organization for senior executives that it's members help other members in work transition and has a mantra of "paying it forward" both professionally and personally.

Bill and I along with other members of KEN, all healthcare executives, hit it off and started to network and try to help each other.  When you are going through a transition it is always difficult in many ways including emotionally.  Bill and I along with this group started meeting regularly to support one another and explore the potential of building a healthcare consulting practice together (we actually called it the "Healthcare Insight Group").  This never got off the ground, but I can tell you that through these numerous meetings, over many years, and on occasion going out with Bill and his wife Carol socially, his support and encouragement to me and others was invaluable!  Further his knowledge of healthcare and medical devices is extensive and always without question patient focused that at the end of the day would improve patient care, doing things the right way and not taking shortcuts through the product development, regulatory or commercialization phases of a healthcare or medical device company.

Bill has always been willing to step up and offer help and guidance to others.  He is a family first father to Sophie and Libby and husband to Carol.  He is simply a good person that I am happy to call a friend.  I know little about what he was accused of which led to his conviction.  What I do know and can say without hesitation or reservation is this is shocking.  It is truly inconsistent with his character, reputation in the industry and our personal relationship.

Judge Rakoff, I humbly ask that you consider and impose the most lenient sentence possible.

Respectfully,

Paul J. Fitzpatrick

December 20, 2020


Honorable Jed S. Rakoff
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007


Dear Judge Rakoff,

My name is Robert E. Guldberg, and I was director of the Parker H. Petit Institute for
Bioengineering and Bioscience at the Georgia Institute of Technology in Atlanta, GA from 2010
– 2018.  I was also a professor of mechanical and biomedical engineering at the same institution
for over 22 years.  During that time, I became acquainted with Mr. Bill Taylor and wanted to
provide you with some information that I hope you will consider in making your decision with
regard to his sentencing.

I have known Bill for at least 10 years through working with the company MiMedx as a
scientific consultant on evaluating their injectable micronized amniotic membrane product for
osteoarthritis.  Bill also volunteered his time as a member of the Petit Institute External Advisory
Board.  Bill was an active member of the board for several years during which time he provided
critical advice and feedback to help guide the strategic research and educational priorities of the
institute. In addition to our professional relationship, I had numerous personal discussions with
Bill, particularly about our children who are similar in age.  Not long after meeting Bill, he
provided sponsorship for my son's travel baseball team.  Later, as his daughter considered
different career options, he asked if I would be willing to talk with her about careers in science,
which I was happy to do.

About 10 years ago, MiMedx asked me to create an educational lecture on the proteins contained
in placental-derived amniotic tissues and what was known about their potential therapeutic
functions.  Throughout my work with MiMedx, I was never once pressured from anyone at the
company to promote their materials or products; rather, their goal was for me to produce an
educational lecture based on evidence in the scientific literature.  To prepare for the lecture, I of
course did extensive background reading and learned a great deal about this unique immune-
privileged tissue that has been used for various medical applications by physicians for decades.

After giving my lecture, I approached MiMedx with a proposal to study whether the injectable
micronized form of their amniotic material might be effective for treating osteoarthritis (OA).
Having published over 250 papers on treatment strategies for musculoskeletal injuries and
degenerative conditions like OA, I had an intuition that the properties of micronized amnion
might be effective for treating degenerative joint disease.  My lab had previously published a
very rigorous quantitative method to test OA therapeutics in an in vivo model of meniscal injury
in rats combined with 3D micro-CT image analysis of cartilage surface degeneration (1-5).

MiMedx agreed to provide financial support for the in vivo studies as well as a PhD student stipend.  The results of those studies have been published in top journals in the field (6-10) and demonstrate that if sized and delivered appropriately, micronized amnion tissue effectively slows development of OA disease and even partially reverses already arthritic joints.  This preclinical work was sufficiently promising enough that MiMedx initiated a human clinical trial, which if successful may provide an important new therapy for the 40 million+ patients in the US alone suffering from osteoarthritis.

I tell this story because I have experienced many people from industry who have tried to influence my opinion of their technology or control what we published.  There was never a hint of that from Bill or his team and I was always impressed with their sincere interest in understanding the science behind their product and determining whether it could help people who were suffering.  As tangible evidence of this, our most recent publication (10) details negative results for the MiMedx product when the size of the particles is reduced too much.

My associations with Bill at MiMedx were limited to scientific discussions and I do not know the details of this case.  However, I can say that I have only known Bill to be a person of high character and someone highly supportive of scientific evidence.


Sincerely,

Robert E. Guldberg, Ph.D.


Selected Relevant References

(Full list: https://pubmed.ncbi.nlm.nih.gov/?term=guldberg%20r&sort=date)

1. Palmer, A.W., Guldberg, R.E., Levenston, M.E., "Analysis of Cartilage Fixed Charge Density and Three-Dimensional Morphology Via Contrast-Enhanced Microcomputed Tomography," Proceedings of the National Academy of Sciences U S A, 103(51):19255-60, 2006.

2. Xie, L., Lin, A.S.P., Levenston, M.E., Guldberg, R.E., "Quantitative Assessment of Articular Cartilage Morphology via EPIC-μCT," Osteoarthritis and Cartilage, 17(3):313-320, 2009.

3. Xie, L., Lin, A.S.P., Guldberg, R.E., Levenston, M.E., "Nondestructive Assessment of sGAG Content and Distribution in Normal and Degraded Rat Articular Cartilage via EPIC-μCT," Osteoarthritis and Cartilage 18(1):65-72, 2010.

4. Xie, L., Lin, A.S.P., Kundu, K., Levenston, M.E., Murthy, N., Guldberg, R.E., "Quantitative Imaging of Cartilage and Bone Morphology, Reactive Oxygen Species, and Vascularization

in a Rodent Model of Osteoarthritis," <u>Arthritis and Rheumatism</u>, 64(6):1899-908, 2012.

5. Thote, T, Lin, A.S.P., Raji, Y., Moran, S., Stevens, H.Y., Hart, M., Kamath, R., Guldberg, R.E., Willett, N.J., "Localized 3D Analysis of Cartilage Composition and Morphology in Small Animal Models of Joint Degeneration," <u>Osteoarthritis and Cartilage</u>, Aug;21(8):1132-41, 2013.

6. Willett, N.J., Thote, T., Lin, A.S.P., Moran, S., Raji, Y., Sridaran, S., Stevens, H.Y., Guldberg, R.E., "Intra-articular Injection of Micronized Dehydrated Human Amnion/Chorion Membrane Attenuates Osteoarthritis Development," <u>Arthritis Research Therapy</u>, Feb 6;16(1):R47, 2014.

7. Willett, N.J., Thote, T., Hart, M., Moran, S., Guldberg, R.E., Kamath, R., "Quantitative Pre-Clinical Screening of Therapeutics for Joint Diseases Using Contrast Enhanced Micro-Computed Tomography," <u>Osteoarthritis and Cartilage</u>, Sep;24(9):1604-12, 2016.

8. Reece, D.S., Thote, T., Lin, A.S.P., Willett, N.J., Guldberg, R.E., "Contrast-Enhanced uCT Imaging of Early Articular Changes in Pre-Clinical Model of Osteoarthritis, <u>Osteoarthritis and Cartilage</u>, Jan;26(1):118-127, 2018.

9. Salazar-Noratto, G.E., Nijs, N.D., Stevens, H.Y., Guldberg, R.E., Gibson, G.C., "Regional Gene Expression Analysis of Multiple Tissues in an Experimental Animal Model of Post-Traumatic Osteoarthritis, <u>Osteoarthritis and Cartilage</u>, Feb;27(2):294-303, 2019.

10. Reece, D.S., Burnsed, O.A., Parchinski, K, Marr, E.E., Salazar-Noratto, G.E., Lin, A.S.P., Willett, N., Guldberg, R.E., "Reduced Size Profile of Amniotic Membrane Particles Decreases Osteoarthritis Therapeutic Efficacy," <u>Tissue Engineering Part A</u>, Jan;26(1-2):28-37, 2020.

Clyde A. Hennies



18 December 2020

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NT 10007

Dear Judge Rakoff,

The purpose of my letter is in regard to the upcoming sentencing of former Mimedx
Corporation COO, Mr. William "Bill" Taylor. Since learning of his recent conviction
and forthcoming sentencing, I felt compelled to share some of my personal
observations of Bill for your consideration

As background, I was born in ▮▮▮▮ and raised in Iowa, spending much of my early
life on a farm until I joined the active military in 1954.  I'm a retired Army Major
General, who served over nine of my forty-one years of military service as an
enlisted NCO before being commissioned a Regular Army officer as an Infantryman,
and later as an Army Aviator.  I'm a combat veteran, having served 37 months in
Vietnam as a commander of five Infantry and aviation units, and subsequently
commanded stateside units at the battalion and Brigade levels including the Army's
premier special operations aviation force, the 160th Special Operations Aviation
Group (Airborne) "Nightstalkers."  I also served two tours in the Pentagon in the
Office of Secretary of Defense and the Army Staff. After retirement in 1991, I worked
as a corporate technical and leadership consultant until appointment to the cabinet
of Governor Fob James Jr. of Alabama where I served as the The Adjutant General of
the Alabama Army and Air National Guard, and later as President of Lyman Ward
Military Academy, a private resident 6-12 grade boys school located in Camp Hill, Al.
The past 16 years I have worked in the private sector as a corporate advisor on
leadership and military matters.

I first met Bill Taylor in 2011, when I was invited to receive a briefing by a startup
medical company, specializing in wound care named Mimedx. Bill was the COO of
the company and they were interested in potential Corporate DoD and VA
opportunities and subsequently asked for my services. I worked with a small cell
charged with forming a DoD/VA specific sales operation. During the next five years,
I spent the majority of my time helping shape this business segment, accompanying

team members visiting Army medical facilities, and interviewing medical personal on needs and performance feedback. During my visits to corporate headquarters I would make it a point to provide feedback to Bill and we got to know each other quite well.  As a senior executive of a fast growing company he was always very busy but never too busy to have time for my visits or an occasional dinner.

Over time, I got to know Bill well, especially about his personal life...his immediate and extended family, education, business experience and interests.  We shared stories about family, and early life and even though our career paths were different, we found common ground in our parental backgrounds...hardworking, blue-collar mid-westerners, working paycheck to paycheck trying to make a better life for their families. He reflected on entering the "part-time" work force when he was 14 years old to earn, spend and save money...a family habit he continued while working his way thru college and that he paid his parents back for his first year of tuition. He was the only one in his family to earn a college degree and graduated from Purdue University, majoring in mechanical engineering.  He subsequently entered the business world where he worked his way up the corporate leadership ladder in several companies before his employment with Mimedx. On numerous occasions I observed his interaction with employees in meetings, and his positive and encouraging demeanor as a leader. I viewed him to be a thoughtful man of strong character who truly cared about his employees. He is also family oriented and generous man with an excellent reputation as a community leader.

In reflection, over the course of my life I have worked closely with people of all ages whether leaders or followers, who were engaged in situations that challenge a person's soul. Where decisions good and bad, for better or for worse, have had impact on their lives and the lives of others. While I believe the outcomes are a reflection of a person's character developed over time, the one single thing that has always challenged my critique is whether one mistake should define a person for life.

In the matter of Bill's life, his body of work and his current situation, I feel that his conduct leading to his indictment and conviction not only surprising, but inconsistent and contrary to my assessment of him developed over time, and I pray for leniency in your deliberations.

In closing, I sincerely thank you for your years of service on the Federal Bench and wish you only the very best.

Sincerely,

Clyde A. Hennies

A024

From,
Takehito Ito



Date: 01/15/2021

To,
Honorable Jed S. Rakoff
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

My name is Takehito Ito. I am Japanese and our family moved from Japan to the
US in 2005 for business. Since then, we have been legal residents of the US.

I am writing to urge leniency in the sentencing of my long friend, Bill Taylor.
I have known Bill Taylor for more than 20 years, since we did business between
the US and Japan. I would like to give you my personal perspective that shows
that he has always been responsible, very honest, diligent, helping others (doesn't
matter the citizenship), and a kind of a workaholic, but very family oriented. He is
well-respected, and a devoted husband and a loving father.

Looking back in the past:
I joined a big Japanese medical company after graduation. I was young and didn't
know the medical device industry, or international business and English very well.
2 years later, I became in charge of the US company "Gainor Medical" where I
started getting to know Bill through the business. My life has changed because of
Bill, before I even knew him personally. He was a QA/RA guy at that time, and I
was working in international sales and marketing. Asahi Polyslider was a small
plant that worked with my company. It was located in a rural, small location,
without much experience in high-level systems and quality. Coming from a US
company, Bill came down, supported the plant (regardless of status/situation)

A025

and helped grow and nurture the company to become a high-level global organization. We have Bill to thank for it; he went above the typical business relationship and demonstrated his work ethic, commitment, ambition, and most importantly, perseverance. Bill has been an inspiration to others and myself around him, fundamentally affecting the people he interacts with for the better.

Bill Taylor exhibits and lives life with exceptional creativity and leadership. Everyone looks up to him for his management and teamwork skills. He is highly trusted because of his warm personality and organizational skills. Bill always motivates others around him and I was one of them. He is one of my mentors. He is one of the reasons I moved to the United States in 2005. He helped me get my Visa, and aided in my moving to the United States. He has drastically changed my family's life for the better. From there, we worked together at Facet Technologies- of which he was president, and he continued to inspire me and helped me adapt to my new home. Since then, I have learned about American culture, business, and lifestyle. Although we had a professional employer-employee relationship, we have always had that special friendship that has prevailed over these years. One thing in particular I remember about working with Bill is something he said often during meetings: "Do the right thing." He always valued honesty, trustworthiness, and fairness in ethics. Those four words will forever be engrained in my head, and still words I live by today.

I also remember a time where Bill's daughter had picked "Japan" as a topic. Then, having traveled to Japan many times, Bill carefully told his stories of his experiences in Japan, and together became engrossed in the project. With his motivation, his daughter exceled in the presentation and her classmates became fascinated with Japan—a country so far away. While I was still living in Japan, the entire elementary school class wrote me a letter about how cool they thought Japan was, and that they wanted to visit someday. It was amazing to see little kids so excited about my culture, and witness the effects of how dedicated Bill was in teaching his daughter, who then taught the class. I clearly remember him excitedly telling me that although it may be a small step, the presentation strengthen relations between the US and Japan. It was touching to hear all the details of how he still appreciated and cherished Japan, its culture, and his memories there. I had never experienced someone not a native of Japan have so much respect and sincere interest in its culture.

Through all the years I have known him, Bill Taylor has never failed to keep a positive attitude and tenacious behavior. I have no doubt that he will continue to demonstrate his approachable and devoted nature, and affect others positively as always. I really hope that this letter corresponding to Bill Taylor will act as a helpful insight and perspective to his character during the court's decision about this case.

I really hope I am able to work together with Bill again sometime soon.

Sincerely,

Takehito Ito

December 19, 2020

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

Thank you for your service in the trial of Bill Taylor. I know that these cases are challenging in the best of circumstances and this has been so much more difficult due to Covid-19 restrictions and all the complexities that come with it. I appreciate that you followed through with the trial and ensured that the case was reviewed in a timely manner. It makes a big difference that we are all able to come to closure on this matter.

My name is Kevin Lilly and I am a friend and former colleague of Bill's. I am ███ married to a former Assistant DA (criminal prosecutor in New Orleans), have three children and live in ███████ Georgia. I have known Bill since 1996 when we worked together at Gainor Medical for 5 years and I worked with him at MiMedx, where I was the Senior VP of Sales.

I was asked to be a character witness for this trial and I was willing to testify on Bill's behalf even though I knew it was likely to put me in harm's way from social media doxing. I agreed to do it because Bill has earned my trust. I would have regretted if I didn't have the courage to stand up for Bill. Based on my knowledge of Bill's character, the conduct of which he was accused and convicted are inconsistent with his prior history and character. He is a person who has shown good character and I feel the need to support him and stand up for all the people who know he is a truly good person.

Bill recruited me to MiMedx in 2015 and I was very comfortable going there because I knew from personal experience that Bill was a man of his word. I know this because I worked very closely with him at Facet Technologies where Bill and I collaborated together with customers in the US, Europe and Japan. I have travelled the world with Bill developing products, negotiating contracts and engaging in quality audits with customers. I've seen him in all sorts of business and personal settings and he is very consistent in his morals and behaviors. He was always true to our customers and our contracts. He was interested in long term partnerships and on several occasions, I saw him offer concessions to our partners because he knew it was a matter of trust. These concessions weren't required, Bill did it because he valued the relationships and a win-win partnership.

Bill is a reserved person who always tries to do the right thing. He also has a kind heart. While working together at Facet technologies, Bill and I made a business trip to Japan. During one of our meetings, Bill noticed that one of the ladies who worked for our partner Nipro was serving us coffee while we sat for a meeting recap. She was a key member of the discussion and her input was extremely valuable. Bill asked the VP why she was serving everyone coffee instead of meeting with us. When they told us that was her job as a woman, Bill became very upset. He

pulled the VP aside and lit into him. This was not trivial since there were significant cultural differences and it risked our business relationship. As a result, they included her in our meetings and she was included as a full partner from that point forward. His commitment to fairness for everyone has always impressed me.

As an Engineer, he often comes across as having a rough exterior and direct style. Once you spend time with him and get to know him, you quickly see a kind, giving person. My role with Bill required us to discuss how we would conduct business. We talked openly about risks, rewards and consequences. Bill is a simple person and his mantra was "say what you're going to do, and do what you say." In my experiences with him, he was true to that commitment. It made things easier for us, our customers and our employees.

While at MiMedx, there were numerous occasions where certain individuals on my sales team just barely missed a goal for year-end awards. On his own, Bill came to me with ideas to make sure we found a way to recognize them and make them feel included. I made sure to tell everyone that it was Bill's idea to support them. Most people didn't know this and Bill didn't seek the credit. Behind the scenes, he was always working to build people up and build up the team. At MiMedx, I had more than 400 people on my direct sales team. I don't pretend to speak for them, but I do want to share that they have expressed to me that they overwhelmingly support, respect and appreciate Bill as a person and as a leader. Due to my role and exposure to Bill day to day, I believe I have unique insight into Bill's character and actions. I know his character because I've known him personally for the 25 years and it has been consistent. I know his actions because he was similarly consistent professionally. When he experienced success, he shared it and paid it forward. He and I agree that it's better to positively impact more people because it changes more lives for the better. That's what I saw him do while I was at MiMedx.

Bill is a humble person who came from humble beginnings. Once he started achieving success, he didn't change. He stayed grateful and shared his success with his family and friends. He's been the same person the entire time I have known him. He's simply a low-key Midwesterner from rural Indiana. I trust him because he has been honest with me and I've seen him be consistently honest with others. He is a loving family man and has a loving family that he has supported throughout his life. Now that they are living through this difficult situation, we are all here to support him.

I humbly ask that you give Bill a lenient sentence. Thank you for taking the time to listen to me and others who support and care for Bill.

Thank you,

Kevin

Kevin Lilly

A029

Gloria Matthews, DVM, PhD, DACVS

████████████

███████████

█████████████████

██████████

January 14, 2021

Honorable Jed S. Rakoff
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

Cc: Michael Packard, Quinn Emanuel

Dear Judge Rakoff:

My first introduction to Bill Taylor was over the phone nearly 5 years ago, when we discussed the possibility of me joining the Mimedx team to help galvanize legitimacy for their amnion-chorion based products by converting the company, both culturally, and operationally, from a distributor of human tissue-based products into a best-in-class biologics company, uniquely recognized amongst peers for excellence in science, advanced innovation, and commercial success.  Pete (Petit) and Bill had brought the company to this critical juncture through strategic expansion and diversification of the product portfolio, leading to capture of increasing market share, resulting in what was largely very real growth. Medical use of the company's flagship product, Epifix, has spared tens of thousands of individuals from having their limbs amputated due to recalcitrant diabetic foot ulcers. Similarly, in the past few years alone, over a thousand osteoarthritis suffers have obtained long term relief from another Mimedx product, Amniofix Injectable.  The sheer numbers of patients with other disorders that have benefited from the product lines that Bill was operationally responsible for creating and marketing are staggering. The quality of some of the careers that were launched from the ranks of approximately a thousand individuals MiMedx employed and cultivated during Bill's tenure is also impressive.

When I joined MiMedx in September, 2017, Bill was keen to have me take on the role of Senior Vice President of Research and Development, reporting directly to him, based on my background running diverse teams and optimizing organizational structure to efficiently develop biologics-based therapeutic products at Genetics Institute, Genzyme, Sanofi, and Histogenics.  I am a Board

Certified equine orthopaedic surgeon with 25 years experience building and leading effective teams, both in the clinic and in the bio-pharmaceutical industry, which I like to think has given me a fairly well developed ability to accurately assess people, their character, and their potential. It is for this reason that I write to you today, on Bill's behalf, to hopefully provide some helpful perspective that you might consider as you make decisions on sentencing, regarding the type of person Bill is and his potential for continuing to provide substantial positive impact in the business community, the medical field, and also in broader society.

In addition to working with/for Bill, I coincidentally live in the same neighborhood as he does north of Atlanta, where Bill has provided years of service on committees created by the Homeowners' Association. I know his wife Carole well, as she and Bill remain quite involved with the community, even now that their daughters are young adults. When I first arrived, Bill helped direct me to various organized activities, such as the book club that Carole and I both attend in our community, as well as those organized for kids at the many local area parks.  I have been a guest at their home for dinner and for Bill's 50th birthday party. Prior to the COVID pandemic, I would frequently see Bill and his family at St. Peter Chanel Catholic Church, which they faithfully attend each week. In fact, at Mimedx, Bill insisted on providing employees access to religious services and time off to attend at all of the annual sales meetings that occurred over a weekend, despite a typically packed agenda.

Bill took exceptional care of Mimedx employees that were loyal to the company, taking a personal interest in ensuring people were in the best roles to enable them to be fulfilled and productive. Bill is a good teacher, combining his decades of business experience with a straightforward no-frills communication style. He also has a great sense of humor and humility. At those same annual sales meetings mentioned above, hilariously entertaining videos, the internal production of which was overseen by Bill, carefully planned months in advance, and took many weeks to complete, would be shown to the delight of hundreds of attendees, as much of the content poked light-hearted fun at Bill himself and some of the other executives.  During one award ceremony for the sales team, Bill presented one of the Area Vice Presidents a "booby prize" instead of his real award (which was given to him later), again much to the delight of the attendees, joking that this was because the guy had beaten Bill at a game of cornhole earlier in the day.

As a boss, Bill was extremely supportive, encouraging me to hire the resources I needed and providing constructive input to my proposed strategies for restructuring pieces of the organization. I never experienced anything from Bill, in dealing with me or anyone else, other than ethical, objective, honest, authentic behavior, nothing like that of which he has been accused and convicted. His follow-through on pre-employment promises and post-hire work commitments was exemplary. He stood behind every statement he made and treated everyone

2

with respect and compassion. Even though the work environment in the cut-throat amniotic membrane/wound care business was fast paced and could be chaotic and demanding, there was a warmth in the culture that turned stone cold after Bill left the company.

I would be remiss if I did not mention what is to me the most significant barometer of Bill's character, his daughters Sophia and Olivia, both of whom are well grounded, talented, accomplished, lovely young women with a clear-eyed view of the world and where they want to be in it.  Olivia Taylor, his oldest, worked for me at Mimedx, and was smart, hard-working, humble, and unassuming. Her maturity outnumbered her years, as evidenced by the graceful way in which she handled what had to be the torture of the daily accusations (the majority of which were completely baseless) levied at her father by the company around her and the media after Bill left MiMedx in the weeks before she was unceremoniously terminated because of the familial association. That had to be a miserably severe punishment for both Olivia and Bill, as it is a rare father that could bear to see his beloved daughter endure such treatment on his behalf.  That kind of resilience and strength of character typically derives from how and by whom children are raised. Based on what I have experienced with Olivia and Sophia, I would say Bill has done an awfully good job.

In closing, I am grateful for your handling of this case and for taking the time to read this letter and consider its content. I believe Bill Taylor has a tremendous amount yet to contribute to the world.  Through this process, he has already been subjected to crushing punishment along financial, familial, career, and reputational domains, dragged out over more than two years. I am respectfully asking you to consider the whole picture and exercise leniency and perhaps some creativity in sentencing. Again, thank you very much for your time.

Sincerely,

Gloria Matthews, DVM, PhD, DACVS

Chief Medical Officer
Ankasa Regenerative Therapeutics, Inc.

President and Managing Member
ClearSteer Consulting, LLC

3

# MELLON GROUP LLC

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Rakoff,

My name Is Henry Mellon and I am CEO and President of Mellon Group, LLC and reside in ▮▮▮▮▮▮▮▮▮▮▮▮ am 54 years old and have a lovely wife Elizabeth and 3 lovely kids so I am truly blessed. As I write this note to you I can look out my window and see the President Elects house for he is my neighbor so we are living in exciting times to say the least.

I am writing you this letter to express my support of the character and integrity of William Taylor for your verdict in his case is completely inconsistent with the Bill Taylor who I know and have admired over the 12 years I have known and worked with him. At one point we had 36 million dollars of Mimedx stock to see that number be erased to under 2.5 million. So, I feel I have been put to the test and I still feel very strong about Bill's honesty and integrity for the community.

My company Mellon Group invests in Bio-Tech and software. We invested in Mimedx at the very beginning of the company in 2006. We were also in the top 10 shareholders when Bill came in 2010 to run the company. I have always admired Bill for the 10 years he worked at Mimedx and was aware of only one vacation that he took. Bill put in 80 hours per work week and was a big part of why Mimedx was successful.

Not only is Bill a wonderful, hardworking engineer he was always accessible, compassionate and helped me out with access to the Mimedx product to allow people who couldn't afford it by giving their product away for free.

Allow me to share a story with you. I received a phone call from a Podiatrist Marc Garcia who had incredible results on closing up some impossible hard to heal wounds by using the Mimedx product. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

A033

# MELLON GROUP LLC

█████████████████████████ he Hospital rejected the Mimedx product because they said it was too expensive. Well, when I approached Bill Taylor expressing my frustrations at the Hospital Group, he told me not to worry about it — he would arrange for Mimedx to donate the tissue grafts. And you know what?

███████████████████████████████████████████████████████

██████████████████████████ something that would not have been possible without that decision by Bill Taylor. I know this is only one example of many, probably tens if not hundreds of selfless actions by Bill Taylor.

This is the character of the Bill Taylor I know and admire. I would kindly ask that you give the above story described some thought and consideration when sentencing for verdict the Jury arrived at is not consistent with the hard — working compassionated Bill Taylor I know and who has enormous integrity.

Judge Rakoff I am today haunted by the fact if Bill and Pete were criminals how did they grow a biological company from 30 employees to over 1,000 employees in 7 years and buy back a 130 million dollars worth of their own stock? Why, because Bill Taylor is an amazing hard worker and a great leader, not to mention how many thousands of lives they saved. Bill grew the company unlike none before, healing thousands of patients in dire need of the company's technology — something that would not have happened without Bill's leadership — but now we punish him for it.

Thank you Judge Rakoff for your services through these bizarre times and please consider leniency on Bill Taylor for he is a wonderful caring person who is a wonderful asset to the community.

Many Thanks!

*Henry Mellon*

Henry Mellon

A034

December 29, 2020

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

I am writing this letter on behalf of William (Bill) Taylor. I am aware of the recent charges against Bill and would like to take this opportunity to explain why they do not reflect the Bill Taylor that I have known both professionally and personally for almost 30 years.

I am 63 years old, retired in March of 2017, and now live in ███████████████████████ I first met Bill in the early 1990's while I was working at Bayer Diagnostics in Elkhart, IN. I was the VP of Marketing, responsible for global marketing of our Diabetes line of products, and Bill was a young engineer working in our R&D group. During that period of time we interacted on some of the product development projects. Bill was a well respected and trusted engineer who has a number of patents from his time at Bayer. In 1994/95 we both took positions at a small medical device company (Gainor Medical) in Atlanta, GA. From then through to my retirement, Bill and I have worked together at Gainor Medical, Facet Technologies and MiMedx Group. Bill was the President/COO at both Facet and MiMedx, and I reported to him.

In his role as President/COO, Bill developed a set of guiding rules/principles that clearly reflected the culture and how he wanted the company to be run:
Do the right thing!
Say what you do, Do what you say.
Trust, but Verify.
No surprises.
WAIT is a 4 letter word.
Turn complaints into actions.
Lead by Example.
Get better every day.
Celebrate successes, admit mistakes, learn from both.
These rules/principles were so important to Bill that he had plasticized cards made up for every employee to put in their wallet/purse. To thoroughly instill these into the company culture, they were used as an important part of hiring, performance reviews, promotions and every day interactions where specific examples could be used to reinforce the rules/principles. "Do the right thing" was Bill's overriding, guiding principle that he brought up on almost a daily basis in meetings/discussions. This was forefront when tough decisions needed to be made, not what would result in the largest profit! As an example, in 2001 one of our Account Managers at Facet made a significant mistake that cost the company over $250,000. This employee could have been fired but he was honest about the mistake and Bill used it as a teaching moment. As a result, this employee continued to be a valuable member of our team for 20 years.

Over the past 30 years, I have also got to know Bill and his family on a personal level and consider him one of my best friends. He grew up in a very modest, hardworking, Midwestern family. I have had the pleasure of spending time with his parents, wife Carol and children Olivia and Sophie. Bill, Carol, my wife Sharon and I have gone on vacation trips together. Bill, his Dad Bill Sr, and I have gone on trips together involving NASCAR racing and fishing. Through these interactions I know that Bill has provided guidance and financial support to his family on a routine basis, and cares deeply about their wellbeing.

What I have learned over the past 30 years is that Bill is a caring, straight forward, honest person who tries every day to "Do the right thing" in all aspects of his life, both personal and professional. The conduct of which he was accused and convicted of is inconsistent with my history with Bill. Your Honor, I would hope that you can take this into account and provide leniency in your sentencing.

Thank you for your service.

Respectfully submitted,

Brent Miller

December 17, 2020

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

I am writing this letter on behalf of William (Bill) Taylor. To say I was astounded when I recently learned that Mr. Taylor was convicted of a crime would be an understatement. It simply does not line up with the Bill Taylor I know and appreciate. I respect the law and all those who serve in its stead. That said, I will do my best to try to explain to you who the Bill Taylor is that I have come to admire and respect.

I am retired now, living in ▓▓▓▓ but have known Bill Taylor for nearly 20 years. I had a lengthy business relationship with Bill and continue to have an ongoing personal friendship with him. When we first met, I was trying to secure a business relationship with Facet Technologies. I was in the injection molding business at that time. As our negotiations continued, it became clear that Bill was a formidable negotiator and served his company's best interest most admirably. Ultimately, we came to a mutually beneficial agreement for a working business relationship. This was the beginning of our 20-year association.

As time went by, one day I found my company in a distressful financial situation. Circumstances beyond our immediate control put my company in a precarious situation. Our options for financial assistance were limited. I contacted Bill Taylor and asked for an unusual type of assistance that he nor his company had an obligation to agree to. Simply put, I requested that Facet Technologies immediately pay all outstanding invoices even if they were not due per the terms of our business contract. To help us facilitate our cash flow needs even further during this period, I additionally requested that payment terms for future shipments to Facet be temporarily modified to payment period shorter than what was contracted for. Bill could have easily declined our request for assistance and place his business elsewhere. But thankfully he agreed to our request and assist us during this difficult time. In doing so, Bill's action bought us the time needed for us to get our financial house in order and highly likely preserved some 90 jobs at my company. This told me a few things about Bill. First, he valued our business relationship and wanted both companies to be successful. A lesser, short sighted person would have simply walked away and placed the business elsewhere. Bill didn't do that - and that spoke to me about Bill's moral character.

Time marched on and I eventually left the injection molding company to take charge of a small but struggling contract manufacturing and assembly company. It was clear to me that an Advisory Board would be most helpful to me in getting this company on a solid footing. As such, one of the people I turned to was Bill Taylor. This was a non-compensated advisory board position, thus no small ask on my part. Bill graciously accepted my invitation. As expected, his business acumen and experience proved most helpful in this endeavor. I remain most grateful for his input during that time.

On a more personal level, Bill and I would occasionally get together for a social gathering. Our conversations included all the things you would expect when guys get together – sports, politics, business, etc. But Bill was most animated and lit up when he spoke of his family. They clearly are the most import

thing in his life. I had the pleasure to get to know his wife Carol and their 2 children, Sophie and Olivia. It was obvious to me that they are a close-knit family. This should not be a surprise as it is typical of a person brought up with solid Midwestern Indiana values.

Your Honor, I hope I have been able to convey the character of the man I know. The conduct of which he was accused and convicted of are simply inconsistent with the Bill Taylor I know. I would not presume to tell the Court what sentence should be imposed but I would ask that you consider the totality of the person I described herein and show leniency in this case.

Thank you, your Honor, for taking the time to read my letter.


Respectfully yours,

Stephen Motisi

December 28, 2020


Honorable Jed S. Rakoff
United States District Judge,
Southern District of New York
500 Pearl Street
New York, NY  10007

Dear Judge Rakoff,

Thank you very much for your service to the judicial system, and for receiving and considering the requests of this letter.  I am writing on behalf of Bill Taylor to provide information that, I hope, you will consider when making decisions regarding sentencing.

I have known Bill for over ten years, with eight of those working as a direct report during his tenure at MiMedx.  I started with MiMedx in 2010, as an Executive Assistant.  Over the next eight years, I grew within my position and held the title of Director of Corporate Projects and Administration when I left their employ.  Throughout my time there, I worked directly with all our C-level executives, and as mentioned, I reported directly to Bill for all but the first 6 months of my employment.

While working with Bill, I had direct knowledge of many aspects of his personal and business life.  I managed his calendar, read his emails, and reconciled his credit card account.  I scheduled his travel and traveled with him on numerous occasions.  I managed executive level projects which required intimate knowledge of the business processes and strategy, and included working with Bill to thoroughly understand and execute the directives given by the Board and Executive team.  Never in any of these areas did I witness Bill make any decisions which would give me pause.

Bill is a servant leader.  I've witnessed him taking out the trash during a company event, and I've been mentored by him professionally.  To this day, I follow what we called "Bill's Basics."  These are operating principles that he lives by and requires that all around him observe.  They include: "Do the right thing," "No Surprises," "Trust but verify," "Get better every day," "Lead by example," and "Say what you do, do what you say" among others.  I personally watched him lead by example and expect no less from those in his charge.

Throughout this time, we became friends as well as business associates.  We have celebrated children's graduations and mourned family losses.  I've witnessed just how proud Bill is of his daughters, and as our children are of similar ages, we have shared in the struggle and triumphs that go along with raising strong young women.  Bill is devoted to his wife and family, and is a fierce friend.  Bill remains a mentor and friend today.

A039

Not once have I witnessed Bill do anything that could be considered illegal or immoral.  The conduct which Bill is accused and convicted of is completely inconsistent with my knowledge of his history and character.  I am appalled that he is in this situation.  *I ask that you take these facts into consideration and impose the most lenient sentence possible for Bill.*

I value our great judicial system, and again, thank you for your consideration

Sincerely,

Leana J. Tatum

Leana J. Tatum

January 5, 2021

Honorable Jed S. Rakoff

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Dear Judge Rakoff,

I want to thank you for the opportunity to write you on behalf of Bill Taylor, and to provide you with information about Bill that I hope you will consider with regard to your decision on Bills' sentencing.

My name is Gary Wood and I have known Bill Taylor for 15 years. I am 64 years old and was a close neighbor of Bill's for over 10 years, as Bill lived three doors down the street from me. I met Bill just after he and Carol, with daughters Libby and Sophie, moved into the neighborhood. We quickly became good friends as Bill is a sports fan, and both of us really love watching college and professional football and basketball. We also both enjoy playing cards, especially poker and euchre, spending many Thursday and Saturday nights together over the years. Bill took the lead at assembling and organizing our men's poker club just after he moved in where we could have a great night of friendly competition and fun at the same time.

During these evenings together, I got to know Bill very well and always enjoyed his company and developed a great friendship with him. Bill is very intelligent, friendly, generous, honest, and a man of integrity. Bill would always be there to fill in as host if someone could not make their scheduled date for poker, or he would personally work to find another date that everyone could make. He did such a good job he stayed "captain" of the poker club for over ten years.

Bill has also always been a loving father to Libby and Sophie and loyal and loving husband to Carol. On many occasions Bill and I would commiserate with each other regarding our children as my two kids were in the same teenage years that his were. Bill often provided me excellent advice regarding issues I might be having with my children and I always appreciated his insight and honest advice.

I also know Bill professionally, as I am CEO of an Information Technology consulting and recruiting firm in Atlanta called MATRIX Resources. We did business together for several years as MiMedx needed significant help early on in the technology area. My firm designed their second-generation web site and supplied several technology professionals that Bill hired from MATRIX. I appreciated the business relationship we fostered and always respected his level of professionalism and high integrity in our business interactions. It is because of this experience and our friendship that I have been shocked to learn of what he has been accused and convicted of and see it as inconsistent with my experience working with Bill on a professional level.

Judge Rakoff, I would ask that you be lenient and take these examples of Bill's strong character, loyalty to his family, and high integrity in business into consideration when making your decision on his sentencing.  Bill Taylor is a good person and a good friend.

Thank you again for taking this information into consideration.

Respectfully,

Gary Wood

Rick LeVaughn



February 16, 2021

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  Bill Taylor Sentencing

Dear Judge Rakoff,

Thank you for your service in the court system, and volunteering to keep the courts running, and appearing in person during the Covid-19 Pandemic.

My name is Rick LeVaughn, and I am a Director of Program Management at Aktiv Pharma Group, a specialty pharma company.  I am currently heading up a government (BARDA) program for an emergency auto-injector designed as a counter terrorist antidote for nerve gas poisoning.  I have been in the Medical Device Industry for 26 years, and that is how I came to know Bill Taylor.

I have known Bill since I started working for him in 1995, when he first hired me as an R&D Engineer at Gainor Medical, which would later become Facet Technologies, where he would later become CEO.  I worked with Bill at Facet until 2008 and then rejoined him at MiMedx in 2014, and worked with him there until about 2019.  My experience of Bill Taylor's character during my 2 terms of employment working with him are not congruent with what he is currently going through, and I would like to explain this from my perspective.

Bill is a very generous and devoted family man, a friend, and a leader/innovator in the medical device community.

Bill's family is the most important thing in his life, and his eyes light up when he discusses his wife Carol and their two wonderful daughters Olivia and Sophia.  Olivia happens to be following in her father's footsteps as she has graduated from Georgia Tech with a BioMedical Engineering degree and is now becoming influential in the Medical Device Industry.

If you know anybody who has suffered from diabetes, or the daily diagnostic steps of testing their blood glucose, they have probably benefited from some of the innovative blood sampling technologies that Bill Taylor has been responsible for in his career.  For about 15 years of his career at Facet Technologies, he

was devoted to decreasing the pain and increasing the compliance of people with diabetes through their blood glucose testing regimen.   Their testing, and corresponding diet are the most important for them to maintain a high quality of life.  He has many patents in the technological area of reducing pain for people with diabetes (lancing devices).  I worked with Bill on these products, and I know firsthand how devoted he was to these objectives, and how much he pushed our group to excel for our end customers [people with diabetes].  Bill is a very accomplished Mechanical Engineer himself, and this never left his core as he pursued leadership positions and responsibilities increased in his career.

The generosity of Bill Taylor was displayed to me over my time working with him at both Facet Technologies and MiMedx.  While at Facet Technologies, he authorized and spearheaded the sponsorship of our internal bicycling team for an American Diabetes Association annual charity event ('Tour de Cure') where we would raise money for people with diabetes.  I do not know how much money total over the years from late 90's into mid 2000's, but I know our team was usually in the running for top sponsor in the state of Georgia.

While at Facet Technologies and Mimedx, I managed the Cooperative education/intern programs that was also spearheaded by Bill Taylor.  At Facet we had 4 Co-op students per year and Bill authorized this program with a goal of offering opportunities to local students studying engineering as well as several from his alma-mater Purdue University.  He remains highly connected to his former school, and it was important for him to give back to that program.  At Mimedx, I managed the intern program that again was spearheaded by Bill Taylor, and this program gave many opportunities to students in disciplines across the company with up to a dozen kids benefiting from this program per year (including my daughter).  Bill was a product of the Co-op program at Purdue, and was able to Co-op with Bayer Healthcare, and this is where he got his start in the medical device industry.

Last, I would like to mention that Bill has maintained close friendships with those that he has worked with over the years, and that many of the people that had worked with Bill at Facet Technologies, followed him to MiMedx eventually, as he is a transformational leader in the industry, and success follows him.  I would say that we had over 20 people at MiMedx that came from Facet Technologies, including myself that moved back from Colorado to Georgia for the chance to work under Bill's leadership again.  The contagious passion that he had for people with diabetes, carried over to the wound care segment that MiMedx served as well.  I know that many people will still follow Bill, and I hope there will be a time that he again thrives in the healthcare industry.

Thank you for taking the time to read my experience of Bill Taylor over the years I have known him, and thanks for taking this into consideration during the sentencing later next week.


Sincerely,

Rick LeVaughn