# EXHIBIT 4

Dear Mr. and Mrs. Taylor,

As a recipient of the **William and Carol Taylor Scholarship**, I wanted to convey my deep appreciation for helping with the financial burden of a college education. I feel so blessed to have received a scholarship which was made possible by your contribution. The scholarship has enabled me to pay for my tuition and supplies for the semester. This help will allow me to focus on my studies for my final semester at Purdue.

I am from ▓▓▓▓▓▓▓▓ and I chose to study at Purdue because of its distinguished reputation and top ten ranking for engineering programs in the country. I have always enjoyed problem solving and as I continued through school I had a knack for subjects based in science and math. I have always maintained a broad interest in many different types of industries, so I decided that pursuing a degree in mechanical engineering would be the best path. While at Purdue, I decided to compliment my degree with minors in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. My time at Purdue has opened so many opportunities! I was able to do ▓▓▓▓▓▓ work rotations which have given me important real-world experiences. I was able to study abroad ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. One semester, I worked closely with a friend to create a ▓▓▓▓▓▓▓▓▓▓▓ and compete in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

I plan to graduate from Purdue ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and begin work shortly after. I'll be starting my career ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. This path was made viable with a world-class education from Purdue University.

Those activities and experiences would not have been possible without your generous support. Each of those opportunities are fundamental to my educational experience and will stay with me for a lifetime. I want to thank you again for your generous contribution toward my education.

Sincerely,



*Thank you for supporting me during the 2018-2019 academic year!*

**PURDUE** UNIVERSITY. | Mechanical Engineering

Dear Mr. and Mrs. Taylor,

Generous people like you are what allows students like me to achieve their dreams. Thank you for funding the **William and Carol Taylor Scholarship**. Your financial generosity has allowed me to focus on becoming the best student I can be and become more involved on campus.

At the time of this letter, I am a █████████████ in mechanical engineering. Purdue has come to be my home away from home, and there's no place that I would rather be to grow as a student and become a professional engineer. I chose to attend Purdue not only for the prestige, but for the culture. Every alumni that I spoke with told me how much they loved their time here, and how there were so many resources available to grow into ██ ███ I want to become, and I have found this to be overwhelmingly true. I have had the privilege of being involved in everything from the ████████████████ to ████ ████████████████████ My peers in mechanical engineering have become my family. My professors have shown that they truly care about the success of the students, and I am growing as an intellectual and a professional here at Purdue.

After undergraduate school, I plan to ████████████████████████████████ Thanks to the generous scholarships I have received, this has become a very realistic goal financially. I hope to use my technical training from Purdue to become █████ ████████████████ in a ████████████████ company. I have a real passion for ████████████████████████ and the idea that something I design could be used to drastically improve ████████████████████████████ is very exciting.

Once again, I'd like to reiterate how thankful I am for the generous financial contributions to my education. You have allowed me to focus on mastering the material presented to me without having to worry about how I was going to make enough money to remain in school. Thank you for investing in my future and believing in me to make an impact on the world. Boiler Up!

Sincerely,

████████████

*Thank you for investing in my future and believing in me!*

2018-2019

**PURDUE** | Mechanical Engineering
UNIVERSITY.

Dear Mr. and Mrs. Taylor,

Being accepted into the School of Mechanical Engineering was a major achievement in my life, but college comes with a large bill attached. Thanks to the **William and Carol Taylor Scholarship**, I have been afforded the ability to further my education at a much more affordable level. This gift solidifies that dedicating time to my education is not only the next step in my plan but is awarded.

Since senior year of high school, I've been centered on a mechanical engineering degree because of my passion for understanding how things work. The adaptability of an engineering degree will provide me the necessary stepping-stone to find my true passion. My current philosophy has centered on attempting new career paths that challenge my thinking and cater to my curiosity. Purdue's Mechanical Engineering program is affording me with these opportunities and has already added much value to my life.

There are many career paths I see as possibilities. I plan to leverage my mechanical engineering degree as proof of my work ethic and use the technical skills I learn to develop a resume that can show my ability to work in the engineering field, as well as [redacted] I have no clear career path because of the plethora of options available and my limited experience in each respective field.

I am grateful to have the chance to specify why this scholarship is so important for my success. The William and Carol Taylor Scholarship is not just money, but an opportunity that I will use to better myself. I view it as a step that will further my ability to lead a life that will allow me to give back to society while improving the lives of those around me.

Thank you.

Sincerely,





*Thank you for supporting me during the 2018-2019 academic year!*

**PURDUE** UNIVERSITY. | Mechanical Engineering

Dear Mr. and Mrs. Taylor,

Thank you so much for the **William and Carol Taylor Scholarship**. This scholarship is crucial to my ability to further my education. It will help me afford my rent and focus on eating healthy while furthering my academic success.

I am a mechanical engineering student. I came to Purdue because I always looked up to ▮▮▮ and ▮ came to Purdue for ▮▮▮▮▮▮▮▮▮▮. I have always been a very dedicated and hardworking student, and I plan to continue this way.

I hope to either go into industry, or if I get a good opportunity, go to graduate school for another division of engineering to further diversify my knowledge. I plan to eventually move back ▮▮▮▮▮▮▮▮▮▮▮▮▮ to build my career in industry.

Thank you again for this scholarship. It is extremely needed for the continuation of my ability to prosper and thrive academically, so that I can eventually give back to the academic and industrial communities.

Sincerely,



**PURDUE** UNIVERSITY. | Mechanical Engineering



*Thank you for supporting me during the 2018-2019 academic year!*



**PURDUE UNIVERSITY** | Mechanical Engineering

Dear Mr. and Ms. Taylor,

I am immensely grateful to be a recipient of the William and Carol Taylor Scholarship for the ▮▮▮▮ academic year and would like to extend my sincerest gratitude for your generosity. Your goodwill allows me to further my education and better myself without worrying about the financial burden of my personal growth. I am honored to have been awarded this scholarship and I am greatly appreciative of your donation towards my education.

I would like to give you a bit of background about myself to give you more perspective on the impact your donation has in my life. I am currently entering my ▮▮▮▮▮▮, eager to continue exploring mechanical engineering and its applications. I plan on graduating ▮▮▮▮ with a major in mechanical engineering along with minors in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Going further back, I was born and raised in ▮▮▮▮▮▮▮▮ and have ▮▮▮▮▮▮ Family has always been a core tenant of my life; spending time with my family is invaluable to me. I enjoy spending my free time ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Your scholarship gives me the financial support to pursue my passions at Purdue, for which I am extremely thankful.

Post-graduation, I hope to use my mechanical engineering degree to benefit more people than only myself. While I am not certain about the exact field I would like to work in, I plan on focusing around ▮▮▮▮▮▮▮▮ either through ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Last summer I worked ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. This summer, I will be working ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Specifically, I will work ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I am excited to transition from working on components to products, to better understand my engineering interests. I hope to have more internships throughout my career at Purdue to hone in even more on what engineering work interests me the most. No matter the field I find my way to, my goal is to both better the world through my work, as well as through generosity akin to what you have shown me.

Thank you again for your goodwill, your generosity has made my college education and the pursuit of my passions a reality. Please know the incredible impact your kindness has made on my life. I greatly appreciate the benevolence you have shown me, and I hope to eventually invest in hard-working students' educations myself.

Sincerely,