# EXHIBIT 8



February 16, 2021

William C. Taylor

Dear Mr. Taylor:

We're thrilled of your continued interest in our program, and we'd be very grateful for your continuing support of time and energy.

To confirm, we're an IRS approved 501c3 with the following identification number:

- » [Straight-A Guide Foundation](#)
- » IRS Number: 27-1904346

Since 2009, our nonprofit has worked to build safer communities. We create programs to teach and inspire people in prison, at-risk youth, and we open employment opportunities for formerly incarcerated people. Your background as a job creator would be enormously valuable to our mission.

Administrators in jails and prisons have tasked us with creating new coursework specifically for people in jails and prisons. Those people will have a particularly difficult time finding employment in this COVID environment. Our entire society would benefit from the guidance you could offer in job training, and we're grateful for your offer to volunteer in both writing and creating this coursework that we can distribute to jails and prisons across America.

In addition to creating new digital coursework, we need assistance with:

- » Strategy review & tactical project implementations
- » Identify & implement projects central to increasing the Foundation's reach to people in need
- » Reformatting of educational videos
- » Compressing of educational videos
- » Publishing educational video into new platform for use in jails and prisons

The daily tasks and time requirements follow:

**26970 Aliso Viejo Parkeway, Suite 150 / Aliso Viejo, CA 92656**

| Task | Description | Time |
|---|---|---|
| 1. | Review overall strategy and goals of Straight A Guide Foundation, make recommendations on projects & tactical implementations to improve the reach of the program and make available to more persons in need. Develop extended metrics that measure those goals. | Estimate 30-50 hours |
| 2 | Create new curriculum, in 50-hour format, that will assist participants in understanding how to prepare for job search in high-unemployment environment. | Variable. Estimate 200 hours per 50-hour course we create. |
| 3. | Identify and implement specific operational projects such as developing best practices with filming and content creation, developing a stronger online presence and other significant projects. (Examples of further projects appear below.) | Variable. Estimate 10-50 hours per project. |
| 4. | Locate video from Prison Professors public YouTube channel. Download video onto a hard drive. Depending upon length of video, computer memory, Internet speed, this task takes between 20 to 40 minutes. | Average about 30 minutes. |
| 5. | Reformat the downloaded video to accommodate the prison system's requirements of the following aspect ratio: 1280 x 720 | Average about 30 minutes. |
| 6. | Transfer the video into an open-source video compression system. Compress the videos for the purpose of loading the smaller-sized video into a system for distribution into the prison platform, in accordance with standards attached: https://handbrake.fr/ | Average about 30 minutes |
| 7. | Load the resized and compressed video into the Edovo system, along with the course material. | Average about 30 minutes. |

Based on the above specific tasks, you can expect various projects to be assigned with an expected average of approximately 25-30 hours each, although the course-creation projects would be much more demanding and we will appreciate all of the leadership and contribution you're able to offer. Also, each video project will require about two hours each to complete. We have more than 900 videos on our YouTube channel. We will appreciate your help in preparing these videos so that people in jail and prison can access them in their educational courses.

We would be grateful if you could load two to three videos per day, depending upon your availability and workload on the various projects assigned to you.

During the COVID era, people in prison are more in need than ever of the self-directed digital content we provide. You would be able to complete this project from the safety of your home while you serve time on home confinement. If you're able to accept this assignment, please anticipate the following work schedule:

1. I would call you on Monday to provide a list of the projects and videos we need to compress and load into the video system that people in jail and prison would be able to access.
2. We would speak again on Friday and you could provide me with updates on all the projects you are working on, with progress towards milestones and deliverables, as well as the number of videos you successfully downloaded and compressed.
3. I would update the hours to track the time you've volunteered for this worthwhile project.

Our understanding is that you may be able to assist our efforts to grow the development and distribution of our [Straight-A Guide reentry system](), which we distribute through Prison Professors. It's our understanding that a federal probation officer may want to have some type of accountability log to measure your contributions.

Please let your federal probation officer know that I will work with you in tracking the hours you log and the contributions you make. We will use a Google Drive spreadsheet to track the following metrics:

| Date | Hours | Task | Purpose of task and specific accomplishments |
|---|---|---|---|
|  |  |  |  |

To confirm what we've discussed during our conversations, the following agencies use our Straight-A Guide program:

- » Every state prison in the state of California
- » United States Penitentiary, Atwater, CA
- » Federal Correctional Institution, Victorville, CA
- » United States Penitentiary, Florence, CO
- » Federal Holding Center, Mecklenburg County Jail
- » Edovo Tablets

I'm attaching a PDF with testimonials that show how we're working to improve outcomes of America's prison system. We are desperately in need of leadership like you can provide. We need guidance and resources to scale our program, and we're hopeful that you will be able to assist us.

Until the pandemic ends, our group can only distribute our educational materials through this video format and we're hopeful that you can help us. Once the pandemic ends, we'd welcome your leadership in other ways, too—such as creating additional educational content to teach and inspire people in jail and prison.

Your probation officer can review some of our content by visiting our [YouTube channel through this link](). We create new digital content every day. We're hoping your sanction will authorize you

to assist us. Some of the specific projects we could use assistance with, in addition to the video reformatting include:

- » Helping us develop best practices with filming and content creation.
- » Developing a stronger online presence so we can reach more people from vulnerable populations, especially young women.
- » Generating more financial resources that we can use to both create content, and to open employment opportunities for formerly incarcerated people.
- » Identifying formerly incarcerated people we can interview and profile through our video and audio coursework.
- » Contributing to our Customer Relationship Management system that we can use to interact with more law enforcement professionals.
- » Helping to coordinate regular mailing to jail and prison administrators.
- » Identifying potential employers that will participate with our educational programming.
- » Content management for the coursework we create.

If your probation officer would like us to use a different tracking system, please advise. We will be grateful for any amount of time that you can devote to this project.

As soon as you have clarity with regard to your sanction, please let us know. We will begin assigning tasks and measuring hours. To complete these tasks, you will work remotely, so you will need access to a telephone and a computer with Internet connectivity.

Thanks for your willingness to donate your time to the Straight-A Guide Foundation.

Sincerely,

*Michael Santos*

Michael Santos
Program Director,
Straight-A Guide Foundation