UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

WILLIAM TAYLOR,

    Defendant.

No. 19-cr-850 (JSR)

## ORDER
## MODIFYING CONDITIONS OF RELEASE

For reasons stated in Mr. Taylor's Consent Motion to Modify Conditions of Release, that motion is hereby GRANTED.  Accordingly:

1.  Mr. Taylor's conditions of release and bail are hereby modified in two ways: (i) the security for Mr. Taylor's bond is now cash, rather than his home in Roswell, Georgia; and (ii) Mr. Taylor's bond amount is reduced from $500,000 to $250,000, to be fully secured by cash.

2.  Furthermore, in light of the aforementioned modifications, Mr. Taylor is released from the Agreement to Forfeit Property, executed by Mr. Taylor on December 18, 2019 (SDNY Case No. 19CR850; N.D. Ga. Case No. 1:19-MJ-1031-LTW).

**SO ORDERED.**

_____
**JED S. RAKOFF, U.S.D.J.**

**Dated:**    **New York, New York**

_____4/14/21_____

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>WILLIAM TAYLOR,<br><br>Defendant. | No. 19-cr-850 (JSR) |

**WILLIAM TAYLOR'S CONSENT**
**MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant William Taylor respectfully requests that this Court enter an order modifying his conditions of release and clarifying the impact of that modification.  In sum, the requested order would do three things: (1) change the security for Mr. Taylor's bond from his home in Roswell, Georgia, to cash; (2) reduce his bond amount from $500,000 to $250,000, to be fully secured by cash; and (3) release Mr. Taylor from his agreement to forfeit his home in Roswell, Georgia, in light of the aforementioned modifications.   The government consents to this relief, which will facilitate Mr. Taylor's effort to settle his financial affairs before reporting to prison and pay the criminal fine imposed by the Court.  In support, Mr. Taylor states as follows:

1. On December 4, 2019, Mr. Taylor's conditions of release were established by this court. (ECF Nos. 17 (Appearance Bond) and 16 (Bail Disposition).)  Among the conditions set by the Court were a $500,000 bond, to be secured by Mr. Taylor's home in Roswell, Georgia (the "Taylor Home").  (*Id.*)

2. Mr. Taylor has been on release pursuant to those conditions since that time.

3. Pursuant to those conditions, Mr. Taylor and his wife executed an Agreement to Forfeit Property regarding the Taylor Home, which was filed in the United States District Court

1

for the Northern District of Georgia on or about December 18, 2019, bearing both this court's case number (i.e., 19CR850) and a number assigned by that district (i.e., 1:19-MJ-1031-LTW).

4. Mr. Taylor was convicted of a crime on November 19, 2020, and then sentenced on February 24, 2021 to one year of incarceration and ordered to pay a $250,000 fine.  (ECF No. 154 (Judgment).)  Pursuant to that judgment, Mr. Taylor is scheduled to report to the Bureau of Prisons on or before September 21, 2021 to begin serving his sentence. (*Id.*)

5. Mr. Taylor is working diligently to sort out his family's financial affairs before reporting to prison.

6. As part of that process, Mr. Taylor seeks to sell the Taylor Home.  But the Taylor home is presently being used to secure his bond.  Mr. Taylor seeks to alter his bond conditions so as to remove that impediment to selling the property.

7. Thus, in lieu of the $500,000 bond secured by his home, Mr. Taylor requests a $250,000 bond to be fully secured by cash.  Furthermore, Mr. Taylor is willing to commit that the $250,000 posted as security on the bond be used in its entirety to pay his $250,000 fine upon his reporting to the Bureau of Prisons.

8. The Government by Assistant United States Attorney Edward Imperatore does not object to these requested modifications.


WHEREFORE, Mr. Taylor asks the Court to enter an order modifying his conditions of release and clarifying the impact of that modification, by: (1) changing the security for Mr. Taylor's bond from his home in Roswell, Georgia, to cash; (2) reducing his bond amount from $500,000 to $250,0000, to be fully secured by cash; and (3) releasing Mr. Taylor from his

agreement to forfeit his home in Roswell, Georgia, in light of the aforementioned modifications.

A proposed order is submitted herewith.


Dated: April 14, 2021                          QUINN EMANUEL URQUHART
New York, New York                             & SULLIVAN, LLP

                                               /s/ *William D. Weinreb*
                                               William D. Weinreb
                                               Michael T Packard
                                               111 Huntington Ave., Suite 520
                                               Boston, MA 02199
                                               Tel: (617) 712-7100
                                               Fax: (617) 712-7200
                                               billweinreb@quinnemanuel.com
                                               michaelpackard@quinnemanuel.com

                                               William A. Burck
                                               Daniel R. Koffmann
                                               51 Madison Avenue, 22nd Floor
                                               New York, New York
                                               Tel: (212) 849-7000
                                               Fax: (212) 849-7100
                                               williamburck@quinnemanuel.com
                                               danielkoffmann@quinnemanuel.com

                                               *Attorneys for William Taylor*