UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>WILLIAM TAYLOR,<br><br>Defendant. | No. 19-cr-850 (JSR) |

**ORDER
DIRECTING CLERK OF COURT TO APPLY MR. TAYLOR'S
$250,000 SECURITY PAYMENT TO HIS OUTSTANDING FINE**

For reasons stated in Mr. Taylor's Motion Seeking an Order Directing the Clerk of Court to Apply Mr. Taylor's $250,000 Security Payment to His Outstanding Fine, that motion is hereby GRANTED. Accordingly:

1. The Clerk of Court for the United States Court for the Southern District of New York is hereby ORDERED to take the $250,000 previously transmitted by Mr. Taylor to this Court (in order to secure his bond) and use it to pay Mr. Taylor's $250,000 fine. (*See* ECF Nos. 154 (Judgment) and 205 (Amended Judgment).)

**SO ORDERED.**

_____
JED S. RAKOFF, U.S.D.J.

**Dated:**   New York, New York
   _____9/21/21_____

1